

**Researcher & Collections Services**
**General and International Collections Directorate**

---

**Annual Report – FY2023**
**Asian Division (AD)**

_____          _____
Dongfang Shao                                                    Date
Asian Division, Chief

ACKNOWLEDGEMENT

The Asian Division (AD) Chief would like to express his deepest appreciation to the group of editors who worked to compile and refine this annual report. Special gratitude is given to Tien Doan, who led the group and invested his full effort in producing the report. With much appreciation, AD Chief would like to acknowledge Jonathan Loar, Cameron Penwell, Kristin Williams, and Ryan Wolfson-Ford, whose reviews contributed editorial guidance and suggested revisions. AD Chief is also thankful to Sabrina Hsu and Chandell Butler for their perceptive information and corrections to the annual report. Lastly, AD Chief would also like to acknowledge all Asian Division staff for their participation and engagement in the process of drafting the annual report.

## Table of Contents

Executive Summary ............................................................................................................... 5

Goal 1. Advance user access to knowledge and creativity ............................................................ 6

    1.1. Expand the National Collection in support of current and future users and services .......... 6

    1.2. Increase user discoverability of collection items ................................................................ 7

    1.3. Make more collections more available to more users online ............................................... 9

    1.4. Care for the National Collection so that it remains available to users .............................. 11

    1.5. Develop and contribute to library/industry/community standards and best practices ....... 13

Goal 2. Advance the practice of librarianship and the delivery of library service to users .......... 13

    2.1. Make collection and reference information and services available at the point of need ... 13

    2.2. Increase user engagement with our collections and expertise ........................................... 18

    2.3. Pursue a coordinated program to engage researchers, librarians, and archivists .............. 22

Goal 3. Improve services for users, applying data collection and analysis ................................. 24

    3.1. Align organization and staff resources with strategic priorities ....................................... 24

    3.2. Support modernization, innovation and collaboration ...................................................... 25

    3.3. Strategically deploy Library expertise in core competencies ........................................... 26

Appendix A: GICD/AD Report of Individual External Staff Activities ...................................... 28

    Staff Conference Attendance ..................................................................................................... 28

    Staff Presentations – External .................................................................................................... 29

    Staff Publications – External ...................................................................................................... 31

    Committees -External .................................................................................................................. 32

Appendix B: Strategic Acquisition Planning for FY23 .............................................................. 33

    Introduction ................................................................................................................................ 33

    Strategic Collecting Areas/Subjects Identified for Acquisition in FY23 .................................. 34

        Chinese .................................................................................................................................... 34

        Japanese .................................................................................................................................. 34

        Korean ..................................................................................................................................... 34

        Mongolian & Tibetan .............................................................................................................. 34

        South Asian ............................................................................................................................. 35

        Southeast Asian ....................................................................................................................... 35

    General Areas of Acquisition and Collection Development Interest ......................................... 35

        Chinese .................................................................................................................................... 35

        Japanese .................................................................................................................................. 35

        Korean ..................................................................................................................................... 36

Mongolian & Tibetan.................................................................................. 36

South Asian .............................................................................................. 36

Southeast Asian ........................................................................................ 36

FY23 Major Acquisitions ............................................................................ 37

Chinese .................................................................................................... 37

Japanese .................................................................................................. 37

Korean ..................................................................................................... 39

Mongolian and Tibetan .............................................................................. 39

South Asian .............................................................................................. 39

Southeast Asian ........................................................................................ 40

Appendix C: Reference Services ..................................................................... 42

A.  Reference Transactions ......................................................................... 42

B.  Other Reference & Outreach Statistics .................................................. 42

Appendix D: Lecture/Panel/Symposium and Research Orientation/Class ................... 43

Appendix E: Social Media .............................................................................. 44

Appendix F: Acknowledgements of AD Collections and Activities in Patron Emails, Print Publications, and Online Media ........................................................................ 50

Internal publications .................................................................................. 50

LC/AD Mentions in External Publications ................................................... 51

Noteworthy Social Media Posts Related to Asian Division ............................ 54

Acknowledgements: selected messages from patrons ................................... 57

Appendix G: Selected Pictures of Asian Division Activities ................................ 61

Appendix H: Training and Personnel Changes .................................................. 67

STAFFING ............................................................................................... 67

PERSONNEL CHANGES ............................................................................ 67

TRAINING OPPORTUNITIES   (Names with GS-level and class or training)...... 67

Appendix I: Selected Achievements in FY23 by AD Employees ............................ 69

Appendix J: Organization Chart ..................................................................... 76

## Executive Summary

> Prepared reorganization of division to provide better services for reference and collection development, which was approved by the Librarian of Congress in August 2023. Through FY23, Scholarly Services Section included ten reference librarians and reference specialists under one supervisor. This was replaced with two sections divided by geographical specialisms: the East Asian Section and the South Asian, Southeast Asian, Tibetan, and Mongolian Section. The division into two sections brings AD into closer alignment with the classification of geographic regions, civilizations, traditions, and cultures taught in North American universities.

> Secured more than $186,000 of End-of-Year funding to acquire a rare 13th-century Tibetan manuscript, '*Phags pa shes rab kyi pha rol tu phyin pa brgyad stong pa* (Perfection of Wisdom in 8,000 Lines), and major database for primary source materials, *Conflict in Indochina Foreign Office Files for Vietnam, Laos and Cambodia: Module 1: Crisis and Upheaval, 1959-1964.*

> Worked with the Digital Collections Management and Services Division and the Scan Center to create digital surrogates for 1,532 Asian titles in 596,442 images.

> Acquired and shelved 19,414 monographs, 3,382 bound serials, 8,416 unbound serials, 1,280 microfilm reels, 47 CD ROMs, 2,060 MLCs, and 1,394 newspaper issues.

> Produced five new LibGuides and significantly revised one LibGuide to introduce and describe specific Asian collections.

> Authored 64 Facebook posts on the International Collections Facebook page, 15 posts on *4 Corners of the World* blog, one post on the main Library of Congress blog, three articles in the *Gazette*, six articles in professional journals, and one book forward to highlight AD items, collections, and the subject area expertise of its reference staff.

> Through the Binding and Inventory contract, prepared 7,733 bindable units, inventoried 40,099 collection items, shelved 6,084 returned bound items into the collection, and shifted 1,771 items to create space for incoming materials. AD staff and contractors prepared 41,494 collection items and shipped 37,277 items to Ft. Meade and Cabin Branch offsite facilities.

> Served 1,817 unique patrons, ten of whom were Congressional staff, in the Asian Reading Room and fielded 1,919 LibAnswers transactions.

> Served 5,772 physical items and 20 electronic articles in response to the readers' requests.

> Served 925 ILL requests, 200 of which were served using e-resources, and 369 via scan-and-send.

> Hosted 465 visitors, 128 of which were U.S. or foreign Congressional/Embassy/VIP participants, during 76 Asian Reading Room visits and seven developmental projects for interns and fellows. AD also hosted or co-hosted nine library-approved events attended by 1,444 attendees in person and via Zoom.

## Goal 1. Advance user access to knowledge and creativity

**1.1. Expand the National Collection in support of current and future users and services**

*(Initiatives under this objective focus on the acquisition of materials in desired formats at lowest cost, improving our collections according to Collections Policy Statements.)*

In FY23, based on vendors' lists, publishers' websites and catalogs, and gift and exchange items, Asian Division (AD) recommending officers reviewed 26,491 titles and recommended 18,056 to ABA for addition to AD collections; reviewed 295 serials titles and recommended 151; reviewed 152 websites and nominated 101 for archiving.

AD's two South Asian librarians attended the South Asian Cooperative Collection Development Workshop in October 2022 on the topic of South Asian government serials and their distribution among collections in North America, the metadata associated with their records, and methods to better preserve and archive insecure and unstable content. The result was that one of the South Asian librarians joined a small group of external colleagues to write a proposal for web archiving government serials through Ivy Plus. The proposal was submitted in early 2023 and accepted in summer 2023, which is when crawling began. This work highlights AD's collaboration with external professional groups to further acquisition needs.

AD was able to acquire the following items from its FY23 desiderata list using the End-of-Year (EOY) fund:

- [Southeast Asian] *Conflict in Indochina Foreign Office Files for Vietnam, Laos and Cambodia: Module 1: Crisis and Upheaval, 1959-1964*. $51,000.
- [Tibetan] *'Phags pa shes rab kyi pha rol tu phyin pa brgyad stong pa* (Perfection of Wisdom in 8,000 Lines). 13th c. Tibetan manuscript. $135,869.

Other significant acquisitions included:

- [Chinese] *A Pictorial History of the Sino-Japanese War* 日本侵华图志.
- [Chinese] *The Complete Collection of Dazu Stone Carvings* (11 volumes).
- [Chinese] *The Complete Works of Yungang Grottoes* 云冈石窟全集.
- [Chinese] *Nangong miao mo* 南宫妙墨 (Wondrous Calligraphy of Nangong), set of 12 calligraphic scrolls attributed to Mi Fu (1051-1107) but probably dating from the 17th to 19th centuries.
- [Chinese] *Zhongguo zu pu cong kan* 中國族譜叢刊 (Set of Chinese Genealogies, 2019), 124 titles in 1,293 volumes.
- [Japanese] *Ezoshima kikan* 蝦夷島奇観 (Unusual views of Island of Ezo). 1799.
- [Japanese] *Haikai shokugyō zukushi* 俳諧職業尽 (Catalogue of Artisan Haiku Poetry). 1842.
- [Japanese] *Kusuda shiryō dai-2 ki* 楠田實資料第二期 (Kusuda Collection Online: Part II). Publisher/Vendor: Tokyo, Maruzen-Yushōdō, 2022. Electronic Resource.

- [Japanese] *Yokohama Specie Bank microfilm collection* 横浜正金銀行マイクロ版 第 16 期, 16th release (57 reels). 2021.
- [Japanese] *Yokohama Specie Bank microfilm collection* 横浜正金銀行マイクロ版 第 17 期, 17th release (36 reels). 2022.
- [Korean] *Korea Pro*. Kyobo Book Centre, Electronic Resources.
- [South Asian] *Hindu Deities*, 19th-century manuscript with various significant Hindu religious texts in Sanskrit and five detailed illustrations of gods and goddesses. Created in Bundi, Rajasthan, northwestern India, ca. 1850-1870.
- [South Asian] *Naya Shiksha Darpan*
- [South Asian] *All India Muslim educational conference program*
- [South Asian] *Urdu Manuscript: A guide to the reading and writing of Urdu Script used in books, newspapers and letters etc*.
- [South Asian] *Jahan, Sultan, Nawab Begum of Bhopal. Muslim Home. Part I: A Present to the Married Couple*.
- [South Asian] *[Muhammad 'Abdur-Rahman Khan Xalyani]. [Five pamphlets]. Ramúzi-i-Hasti, Jalwa-i-Káinát, Isári-i-Qudrat, Nazzára-i-Alam & Audrat-Iláhí*.
- [Southeast Asian] *An Account of the Malaria Research Department, North Borneo*, 1939-42, 1946.
- [Southeast Asian] *Dictionary of the Sunda Language of Java*, 1862.
- [Southeast Asian] *Eerste gronden der Javaansche taal, benevens Javaansch leer- en leesboek met eene woordenlijst ten gebruike bij hetzelve* (Introduction to the Javanese language, as well as a Javanese textbook with a glossary), 1831.
- [Southeast Asian] 47 works from a French-based Vietnamese diaspora publisher, Quê Mẹ, including works that would be censored or banned in Vietnam.
- [Tibetan] *Bla ma mchod pa'i khrid yig gsang ba'i gnad rnam par phye be snyan rgyud man ngag gi gter mdzod* (Great treasure of secret teaching and commentary on offering to the Lama).
- [Southeast Asian] *Malaysian General Election 2022 Web Archive* (63 seeds crawled from October 2022-January 2023)

## 1.2. Increase user discoverability of collection items

*(Initiatives under this objective focus on making items and collections easier to find both online and onsite through enhanced metadata, inventory control, and organization.)*

During FY23, AD concluded the South Asian Missing Microfilm Project, which was a project to place orders to Preservation Services Division (PSD) for reels of South Asian serials on microfilm found to be missing from the collection. This fiscal year saw the South Asia technician place the penultimate order to PSD in February for 328 reels across 9 titles, all of which arrived in AD for inventory, boxing, and shelving in July. The technician also updated each serial's record to reflect the new holdings. The technician then placed the final order of 464 reels across 67 titles at the end of July with an expected delivery to AD in early FY24. Since the project's beginning in early 2021, AD has ordered a total of 1,686 reels across 133 serial titles, which significantly enhances AD's South Asian serial holdings available to patrons. The Library is the

7

only place in North America that has many of these microfilmed serials. Comprehensive holdings strengthen the Library's status as a premier destination for research in South Asian studies.

To make the Southeast Asian Rare Book Collection more discoverable and accessible, a Southeast Asian librarian solicited help from an external scholar on a voluntary basis to identify rare manuscripts for which neither the Library of Congress nor any other U.S. library has staff knowledgeable in the language. This work focused on 32 manuscripts written in Khmer and in Pali in Khmer script. Among them were the Cambodian version of the Ramayana, the Rāmakerti (which is very rare in Cambodian manuscript collections), including one text on Leoporello paper. Other highlights include a nearly complete version of the *Suttajātakanidānānisaṅsa* and a complete version of the *Pātimokkhagaṇṭhidīpanī* as well as Khmer script texts more commonly available in Thai. In conjunction with staff in the Middle East and South Asia (MESA) Section of ABA's Asian and Middle Eastern (ASME) Division, the Southeast Asian librarians added the MARC 710 field "Southeast Asian Rare Book Collection (Library of Congress)" to catalog records for items in this collection. At the start of this project, only 1 title had this field. Now there are 865 records. AD's Southeast Asian librarians also updated 855 holding records and 883 item records.

Throughout the year, a Tibetan librarian and a South Asian librarian worked extensively with ASME/MESA's Tibetan and Sanskrit cataloger during the second year of the Tibetan and Sanskrit Rare Materials Cataloging Project. This project, which began in November 2021, will continue for three years as a major collaboration between AD and ASME/MESA. Between October 2022 and March 2023, the project fully catalogued another 108 Tibetan titles in 195 volumes, for a project total of 1,563 volumes to date. During this time, the Tibetan librarian provided relevant bibliographic sources and provenance, and worked collaboratively with the cataloger to resolve complex challenges of Tibetan cataloging, such as variant author names, conflicting dates, unidentified titles within volumes, and misplaced folios. As a result, some of AD's earliest and rarest Tibetan items are now fully searchable in the Library's online catalog for scholars for the first time since 1900. These include the Rockhill collection, the Joseph Rock collection, the Choni Kanjur and Tanjur, the Narthang Tanjur, and the Derge xylograph collection.

In March, the cataloging project switched from Tibetan to Sanskrit. Between March and September, the Sanskrit portion of the project fully catalogued 136 titles in 147 volumes, including 73 Sanskrit manuscript titles. The South Asian librarian provided extensive consultations with the ASME/MESA cataloger, such as reviewing Sanskrit transliteration in metadata, providing acquisition and provenance information, and locating e-versions of texts to compare against manuscript editions. This project has now made some of the collection's rarest manuscripts discoverable in the online catalog some 90 years after acquisition, including a section of the *Sama Veda* dated to 1626, the mathematical work *Ganitakaumudi* dated to 1834, and the six illustrated 19th-century manuscripts donated by John Davis Batchelder in 1936.

One of the South Asian librarians was the mentor for the Junior Fellow project, "Inventory of South Asian Language Serial Titles." The Junior Fellow used the ILS to create or modify 1,475 item records across 64 serial titles, and she also updated each serial's holding information. Prior

to this work, many serial records had partial holdings or lacked any holding information. The fellow's work enables researchers to discover the exact range of available issues through the Library's online catalog. It also benefits AD technicians who can use the ILS to determine the availability of exact volumes requested for use in the Asian Reading Room.

In April, a South Asian librarian finished a collaborative project with ASME/MESA's volunteer Urdu cataloger to complete the cataloging of the nearly 450 Urdu books from the Franklin Book Program. Because the Library's full-time Urdu catalogers are in OVOP New Delhi and Islamabad, working with the volunteer enabled this collection to become catalogued and discoverable in the online catalog.

During FY23, AD's Chinese librarians accepted donations of two manuscript collections and started the work of making them available to researchers. The Feng Youlan Manuscript Collection includes the papers of Feng Youlan (1895-1990), a famous Chinese philosopher, historian, and educator. The Collection of Chinese Underground Literature of the "Democracy Movement" (1978-1980) = [Zhongguo min zhu yun dong (1978-1980) di xia chu ban wu te cang=中国民主运动 (1978-1980) 地下出版物特藏] includes published and non-published materials covering topics such as the democracy movement, Chinese politics and government, and communism. Box 2, part 1 is now discoverable in the catalog.

In FY23, Chinese librarians worked with a volunteer in AD to catalog 341 rare books, primarily from the William Gamble Collection. The Gamble Collection includes reports and other items from Christian mission hospitals, presses, and other institutions at Ningbo and Shanghai, ca. 1800-1858. It also contains Chinese translations of 19th-century Christian tracts and scriptures. Increasing discoverability of this special collection will open it up to researchers of religion and Chinese history.

In September 2023, the Southeast Asian microfilm project concluded work on mainland titles (Vietnam, Thailand, Laos, Burma/Myanmar). In total, 174 bibliographic records for Southeast Asian serials on microfilm were created or updated from September 2020 to September 2023. These were featured in the Southeast Asian Serials on Microfilm libguide (with hundreds of other titles). The project then switched to a new focus on island titles (e.g. Indonesia, Malaysia, the Philippines, Singapore, Timor Leste).


### 1.3. Make more collections more available to more users online

*(Initiatives under this objective focus on increasing the amount of content we make available online to users and increasing the diversity of formats we provide.)*

In FY23, AD worked with the Digital Collections Management and Services (DCMS) Division and the Scan Center to create digital surrogates for 1,532 titles in 596,442 images. AD submitted four scan-on-demand requests and 16 new digitization proposals. While the scan-on-demand requests were fulfilled, most of the proposals are on the backlog queue, ready to move forward when preservation and scanning resources are available.

This fiscal year, AD brought to successful completion a multi-year collaborative project to catalog, conserve, and digitize the Library of Congress' 41 unique manuscript volumes of the *Yongle da dian* (Yongle Encyclopedia), pre-modern China's largest reference work and one of the Library's most valuable holdings. In FY23, Chinese reference and collections services staff conducted a full inventory of the digital collection and worked with DCMS to rectify errors. AD publicized the newly completed digital collection through a blog post on *4 Corners of the World*, Gazette article, press release, and social media.

AD utilized the scan-on-demand workflow in conjunction with DCMS to enable the efficient digitization of items to support researchers. A South Asian librarian proposed the digitization of *Atmoddhara*, a very rare Marathi-language translation of Booker T. Washington's autobiography *Up from Slavery*. This translation was published in 1913, and the Library holds the only copy registered on WorldCat. The book's scans were uploaded to Stacks for researchers to access when onsite at the Library due to copyright. Another South Asian librarian led the proposal to digitize two 19th-century Urdu illustrated manuscripts of Mir Hasan's *masnavi*. The proposal originated with the librarian's extended reference interactions with a PhD student in India who was writing his dissertation about the connection between the text and illustrations. The manuscripts became further known among South Asian scholars following a presentation by Conservation staff on these manuscripts during the Annual Conference on South Asia at the University of Wisconsin at Madison in October. Scan-on-demand also produced the digitization of a Thai manuscript on eye disease, the second Thai medical text digitized in this workflow. This was done to provide access to a researcher in Europe studying the history of medicine in Thailand and elsewhere. Additionally, an early printed Siamese-English lexicon was also digitized in February using the scan-on-demand request; this request was made by a scholar of Thai linguistics.

In December, a South Asia librarian worked with DCMS and the Scan Center to produce new and improved scans of the 53-foot illustrated scroll of the *Bhagavata Purana*, an important and sacred Hindu text. Created in late 19th-century north India, the scroll features very tiny Sanskrit text, with each letter approximately one millimeter in height. More than a decade ago, the Library digitized this scroll in 19 scans as part of the World Digital Library. These images were lower resolution, which made it difficult to read the small text from the scans. This year's effort generated 47 new scans, rendering a smaller section of the scroll per image and enhancing its online presentation and legibility on the Library's website.

A Southeast Asian librarian worked with DCMS, catalogers, and AD's Head of Scholarly Services to complete the digital presentation of the Southeast Asian Rare Book Collection's "Mangyan bamboo collection from Mindoro, Philippines, circa 1900-1939." This collection comprises 71 bamboo slats and 6 cylinders in the Mangyan script, as well as accompanying documents. The Southeast Asian librarian researched the provenance of the collection, as well as the Mangyan script, literary tradition, and culture by reading various monographs and articles on the Mangyan, and interviewing the Mangyan Heritage Center executive, as well as its Head Researcher, a linguist and doctoral candidate at the University of Hawaii. Through his research, the librarian was able to match items in the collection with transcribed material and transliterations in a published set of three books, identify the author of 22 items in the collection, and describe accompanying documents that were sent by the donor of the collection. The

librarian also prepared a spreadsheet with descriptions, transliterations, and translations, which enabled the cataloging of the collection's 78 items. The librarian also worked with a Manuscript Division cataloger to create a collection-level catalog record. The digital presentation of the collection on the Library's website, launched on January 27, 2023, preserves a historical record of Mangyan writing and literature, a rich heritage that is currently at risk. In addition, it makes the collection freely accessible to users around the world.

AD staff coordinated the digitization of Thai anti-communist posters and comics from the Cold War era, a project that emerged from a request by a Thai studies scholar who asked for access for research purposes. Working with DCMS and the Scan Center, AD coordinated the digitization of the 13 posters and two comics. Before scanning, the items were treated by Conservation Division staff. This collection was launched on the Library's website in August.

The Korean librarian acquired 84 rare book digital files from the National Library of Korea (NLK). In 2008, NLK and the Library digitized the 84 rare books of the Korean collection as a collaborative project. However, researchers and Library staff have not been able to download the rare book digital files from the NLK site due to the Library's security protocols. Therefore, she collaborated with the NLK to acquire these digital files, and AD is working on incorporating them into the Korean rare book digital collections.

The Korean librarian has been overseeing Phase II of the North Korean Serial Digitization Project while collaborating with the CD, the OCIO, the NDNP, and an outside contractor. During FY23, AD digitized 864 items. Currently, 151 titles have been uploaded onto the North Korean Serial Digitization Collection site.

A Chinese librarian oversaw the conservation, scanning, image processing, and re-cataloging of Buddhist sutra scrolls from Dunhuang, dating from approximately the 5th to the 10th centuries. The Library began collecting these ancient manuscripts over a century ago, but this critical work of documenting the items and preparing them for digital presentation will open the material to researchers as never before. Images of four scrolls were published on the Library's website during FY23.


### 1.4. Care for the National Collection so that it remains available to users

*(Initiatives under this objective focus on preserving, protecting and optimally storing Library materials to ensure that they are available to present and future generations of users.)*

To improve the organization of its collections for better discovery, service, and storage, through the Library's new binding contract, contractors and AD staff inventoried 40,099 items, prepared 7,733 binding units, shelved 6,084 returned bound items into the collection, and shifted 1,771 items to create space for incoming materials. To relieve overcrowding on AD decks in the Adams Building, AD staff and contractors prepared 41,494 collection items, of which 37,277 items were shipped to Ft. Meade and Cabin Branch offsite facilities.

Both of AD's South Asian librarians completed projects to revise and improve inventories of rare materials. One librarian completed the project to revise the spreadsheet inventories of the South Asian Rare Book Collection's approximately 2,300 items located in the LA-Deck 5N cage and the LJ Deck 50 vault. The last inventory of the rare book collection was in 2017. The revised spreadsheets corrected errors from the prior inventory, incorporated a better accounting of the uncatalogued and unprocessed items, and added new columns with information on provenance and acquisition history. As part of the project, the librarian modified 481 holding records of rare materials by adding the correct holding location, namely, c-AsiaRare, which is used by all items in this collection. The librarian also researched the provenance of the rarest items, located references in published articles and Library publications, and scanned relevant documents (e.g., Library memos, vendor descriptions, donor letters) for uploading to the inventory project's wiki on Confluence. Another librarian completed an updated inventory for the Naqvi Collection and its rare materials housed in AD (South Asian languages) and AMED (Arabic and Persian languages). This followed work by the Preservation Directorate to rehouse AMED's portion of the collection. AD's South Asian librarian worked onsite in AMED to inventory items while cross-referencing the original inventory provided by the collection owner. The librarian identified materials separated from the collection and previously thought to be missing or undelivered per the original inventory.

A Southeast Asian librarian worked with an external scholar, AD's Head of Collection Services, and staff in ASME's China and MESA sections to identify and catalog a rare set of Buddhist texts in Vietnamese chữ Nôm script, *Việt Nam Phật Điển Tùng Khan* 越南佛典叢刊. The texts were donated to AD in 2003 as part of a larger donation of over one thousand books and manuscripts gifted by former AD chief, J. Thomas Rimer. They were originally acquired from the libraries of French colonial-era scholars Paul Mus and Suzanne Karpelès. Conservation staff provided housing for this complete set, one of two in existence. Working with Conservation staff, the librarian also obtained housing for 15 rare Khmer and Lao colonial era text from the same donation.

A South Asian librarian discovered part of the microfiche collection *Political Pamphlets from the Indian Subcontinent* to be missing from the Library's collection. Several decades ago, the Library sent print materials to be copied on microfiche by University Press of American (UPA). In exchange for this paid-for service, Parts 1-4 were sent to the Library, but Part 5 was never delivered. This year, the South Asian librarian contacted Lexus Nexus (who acquired UPA) to inquire about the missing Part 5 of the collection and determine if they would be willing to send the missing section. Lexus Nexus agreed to supply Part 5 free of charge. Immediately after the microfiche arrived, it was requested by a Florence Tan Moeson fellow, signifying the importance of the re-acquisition.

A Chinese librarian worked with the Conservation Division to initiate the treatment of 7 Buddhist sutra scrolls from Dunhuang, dating from approximately the 5th to the 10th centuries. Work on 3 of the scrolls was completed during the year.

A Chinese librarian collaborated with conservators and art historians from the Library of Congress and the National Museum of Asian Art to assess the conservation condition and needs of *Nangong miao mo* 南宮妙墨 (Wondrous Calligraphy of Nangong). This set of 12 calligraphic

scrolls, donated to AD in 2023, was attributed to Mi Fu (1051-1107) but probably dates from the 17th to 19th centuries.

Chinese librarians and technicians initiated a collaborative project to assess the cataloging needs of the Chinese pre-1912 book collection. AD staff created an inventory of bibliographic records for over 14,000 items in this collection. Most records are currently at the brief level only; this assessment will pave the way for full cataloging in the future.

**1.5. Develop and contribute to library/industry/community standards and best practices**

*(Initiatives under this objective focus on increasing quality, communication and interoperability between organizations by developing, maintaining, and promulgating standards and best practices for cataloging, descriptive and inventory metadata, and preservation.)*

AD had the rare opportunity to vastly improve methods of searching for Thai language materials. Working with ABA and OVOP Jakarta, staff tested the implementation of Thai script in the Integrated Library System (ILS) and Online Public Access Catalog (OPAC) staging databases. The test was successful resulting in Thai script being adopted for the first time (and was, with Armenian script, the first new script added since 2009). This addresses long standing critical information problems that researchers and native speakers have had with the Library's romanization table for Thai by providing them the ability to search in the original script. It allows the Library to catch up with peer institutions which have been using Thai script for over a decade to better serve patrons and researchers and enhance the public user experience.

AD staff have served as General and International Collections Directorate (GICD) and International Collections representatives on the Inclusive Description Working Group and the Image Description Working Group. Appointed in April 2021 by the Director for Special Collections, the role of the initial Inclusive Description Task Force was to study and recommend inclusive descriptive practice for archival, unpublished, and rare materials in the care of the Library of Congress. The goal of the Image Description Working Group is to address the accessibility of image description while keeping in mind the cultural and individual sensitivities of our researchers. Much of this work is done by catalogers, therefore addition of librarian staff is to speak to specific concerns of terminology.

# Goal 2. Advance the practice of librarianship and the delivery of library service to users

**2.1. Make collection and reference information and services available at the point of need**

*(Initiatives under this objective focus on providing timely, easy-to-find, easy-to-use, point-of-need access and support to users.)*

In November, the Deputy Ambassador of the Philippines, and a group of 11 visitors from the Embassy of the Philippines visited the Asian Reading Room. On hand to welcome the visitors were AD Chief, AD Head of Scholarly Services, Southeast Asian librarians, and the Head of Reference and Reader Services Section of the Rare Book and Special Collections Division. As part of the visit, the Deputy Ambassador donated eight books to the Library, which were received by AD Chief. The group was given an overview of Asian collections at the Asian Reading Room, and then viewed a display of Philippine items curated by the Southeast Asian librarian and a book from the Rare Book Division, the *Doctrina Christiana*, the first book known to be published in the Philippines.

In December, a South Asian librarian responded to questions from the Congressional Relations Office (CRO) about Library copies of the *Bhagavad Gita*, an important Hindu sacred text, for use in the congressional swearing-in ceremony scheduled for early January. Per tradition, AD arranged for CRO to borrow collection items, including two non-rare copies of the *Bhagavad Gita*, for use in this year's ceremony. In addition, the South Asian librarian worked with CRO and OVOP New Delhi to identify and acquire three suitable copies of the sacred text in Sanskrit, Hindi, and English for CRO to keep in all future ceremonies. The librarian received the copies from New Delhi and then delivered them to the CRO Deputy Director in February.

In January, AD assisted the Music Division to curate a display for Rep. Mark Takano of California at his request. The display showcased AD's holdings of the works of Isamu Noguchi, Japanese American artist, sculptor, and landscape architect. Rep. Takano's family, including his father, aunt, uncle, and niece, attended the display and accompanying presentation in the Whittall Pavilion (Rep. Takano himself was unable to attend due to the speaker vote in the House of Representatives). Afterward, the guests visited the Asian Reading Room for a brief tour.

On January 19, a group of South Korean government officials from the Ministry of Unification and Ministry of Land, Transport, and Maritime Affairs, as well as doctoral students from the District of Columbia area, visited the Asian Reading Room to learn about the Korean collection. The Korean librarian gave an orientation to the Korean collection and displayed some of its special collection items. In particular, she introduced Korean digital collections, such as the North Korean serial digitization project. Since these visitors were specialists in Korean politics, culture, and foreign policy, the visitors and the librarian engaged in an in-depth discussion about US-Korean relations after the presentation.

Also in January, AD provided an orientation to the Chinese, Japanese, Korean, and Southeast Asian Collections to a group of students, faculty, and administrators from the International Studies program at Johns Hopkins University. The students obtained reader cards before coming to the Asian Reading Room foyer area for the orientation. Librarians made presentations on each collection and provided practical information on how to use items at the Library (at AD and other divisions). The presentations considered specific queries of the faculty, as well as the students' interests in using Asian and English materials, items from before the 20th century as well as contemporary materials on major topics.

On February 6th, CRS requested a presentation on the Korean collection for 40 students and faculty members from Seoul National University. After a short introduction to the Asian Reading Room, the Korean librarian presented the Korean collection, focusing on items that represent Korean cultural accomplishments, James Scarth Gale's rare books, and the Korean War. As the students majored in Korean history, international relations, and political science, they engaged in thorough discussions on the displayed items after the presentation.

On February 8, AD hosted a delegation of four members of Indonesia's House of Representatives and 14 staff members, spouses, and diplomats from the Embassy of the Republic of Indonesia. AD Southeast Asian librarians provided the group with a display of rare Indonesian items and a presentation featuring the Library's Southeast Asian collection, with an emphasis on its Indonesian holdings.

On March 28, Chinese librarians hosted a visit by two Chinese Embassy staff members and displayed Chinese rare books for the guests.

Also in March, the Korean librarian provided extensive research assistance for Roanoke College's nationally grant-winning project, "The Modern-Day Legacy of U.S. Missionaries in Korea." She offered a research orientation to the James Scarth Gale collection and early Korean Christianity documentation when the project participants--two professors and six students-- visited the Asian Reading Room. Additionally, she provided them with a thorough reference list for US missionaries in Korea from the late 19th century to the colonial period.

On April 14, a Chinese librarian conducted a library instruction session on Chinese collections at the Library for a group of 21 students from Northern Virginia Community College. The session focused on items related to Chinese minorities in Southwest China.

On April 26, the South Korean Minister of Patriots and Veterans Affairs, along with his nine staff members, and a professor from George Washington University, visited to learn about the Korean collection. Following a brief introduction to the Asian Reading Room, the Korean librarians presented eight rare books that symbolize the Korea-U.S. alliance, along with special collections such as the Korean War propaganda leaflets. As the South Korean Minister expressed particular interest in materials related to the Korean War, the librarians provided references and introduced the North Korean serial digital collection.

The Korean librarian provided research assistance for the Library's participation in UNESCO's "From Jikji to Gutenberg" project. In February, she was asked to revise the caption for the Korean movable metal print specimen for the "From Jikji to Gutenberg" website. Additionally, she offered the Conservation Division references to earlier books printed with movable metal print and assisted in displaying these items during the "From Jikji to Gutenberg Scholarly Colloquium" event in April.

In May, AD hosted two notable reading room visits from delegations, one from the Office of the Chief Minister of the Malaysian state of Selangor and the other from the National Assembly of the Republic of Korea. The Associate Librarian for Researcher and Collections Services, AD Chief, AD Head of Scholarly Services, and a Southeast Asian librarian were on-hand to welcome

the Selangor delegation, which was headed by the Chairman of the Standing Committee on Investment, Trade, Industry, and Small & Medium Industries.

Also in May, a South Asian librarian and a Southeast Asian librarian hosted a visit from Wangmo Dixey, president of the International Buddhist Association of America (IBAA), and Ven. Katusgastota Uparatana, chairman of the IBAA board of directors, along with ten Buddhist clergy from several Asian Buddhist traditions. Both librarians gave a walking tour of the Asian Reading Room and presented a display of 19 items from AD and the general collections. Several items sparked lots of conversation: facsimiles of the Gandhara scroll (c. first century BCE), two Buddhist palm leaf manuscripts, the partial translation of the *Lotus Sutra* in the American Transcendentalist journal *The Dial* (1844), a Khmer-script *Tripitaka* (1931), and two Thai illustrated manuscripts. The next day, the IBAA group attended the White House event celebrating the Buddhist holiday Vesak.

On June 7, AD welcomed 13 Junior Fellows with onsite projects for an overview of the Asian collections and tour of the Asian Reading Room. The fellows learned about the histories of the Asian collections, how collections grow and develop, and how the division proposes digitization projects. AD's South Asian librarian, Chinese librarian, and Japanese librarian presented some collection highlights, including a newly acquired illustrated Sanskrit manuscript, a facsimile volume of the *Yongle Da Dian* encyclopedia, and a replica scroll of the *Tale of Genji*. AD's Junior Fellow also spoke to her colleagues about her project to inventory South Asian bound serials.

In July, AD staff hosted a delegation from the National Assembly of the Lao People's Democratic Republic, which toured the Law Library and Asian Reading Room. Among the 14-person group were several sitting members of the Lao National Assembly. After presentations by Law Library and CRS staff, the tour headed to AD where they viewed highlights from the Lao rare book and manuscript collection, including palm leaf manuscripts, early colonial-era books and illustrated texts, Cold War-era U.S. Information Agency materials, and an unpublished memoir by a former prime minister, Phoui Sananikone. Manuscript Division staff brought a unique letter between a former prime minister of Laos, Souvanna Phouma, and his half-brother, Souphanouvong, who was the leader of the Lao communist movement that founded the current Lao state in 1975.

On July 12, eight North Korean defectors and two journalists who participated in the North Korean Young Leaders Assembly visited the Asian Reading Room. The Korean librarian introduced the Korean collection to these visitors, with a focus on the US-South Korea alliance and the Korean War, including the Korean War propaganda leaflet collection and archival material from North Korea's first international trading company. She also demonstrated how to access and browse AD's North Korean Serials digital collection, which is fully available online.

On July 19, the Korean librarian and the KF junior librarian introduced the Korean collection, focusing on the McCune family's contributions to Korean studies, to a group of visitors that included descendants of Georgy Shannon McCune, an early Presbyterian missionary who founded Sungsil University in P'yongyang, and his two sons, Georgy McCune, a geographer of Korea, and Shannon McCune, the creator of the McCune-Reischauer Romanization system.

During the presentation, the Korean librarian and the KF junior librarian discussed the contributions of Shannon and Georgy McCune with reference to display items, which included representative materials of early Korean Christianity and works by the McCune brothers.

On July 20, students from the U.S. Congress – Republic of Korea National Assembly Exchange Program came to tour the Asian Reading room. After a short introduction to the reading room, the Korean librarian introduced 10 display items presenting the history of U.S.-Korea relations, including early U.S. missionaries in late 19th and early 20th century Korea, the Korean War propaganda leaflets, North Korean academic journals, etc. The students actively participated in the presentation by raising questions and comments.

On July 27, a Chinese librarian did a show-and-tell session for a five-person delegation of the Taiwan National Archive Administration accompanied by Former Rep. Gregg Harper (R-Miss.) focusing on Taiwanese archival materials in the Library.

On September 5, Professor Namhee Lee, the Director of the UCLA Center for Korean Studies, visited the Asian Reading Room to discuss the recent developments in Korean collections at major universities and institutions. The Korean librarian provided a brief introduction to the Korean collection at the Library, highlighting several special collection items on display, including various items from the James Scarth Gale collection and the North Korean collection. Given Prof. Lee's expertise in the South Korean democratization movement, they engaged in extensive discussions about materials related to this movement within the collections at the Library and at UCLA. Additionally, they explored potential avenues to enhance accessibility and expand the collection.

To increase researcher knowledge of the Asian collections, AD published five new research guides and significantly revised an existing one in FY23. Two of the new guides, "Sino-Japanese War of 1937-1945: A Resource Guide" and "Mangyan Bamboo Collection from Mindoro, Philippines, circa 1900-1939, at the Library of Congress," each attracted nearly 20,000 views in less than a year. Other guides published in FY23 aid researchers using AD's extensive collection of periodicals and rare materials.

In October 2022, AD published "Franklin Book Program Collection at the Library of Congress," a guide jointly authored by AD librarians, junior fellows, and colleagues in AMED. It describes the historical background of the Franklin Book Program and lists titles found in the Library's collections. The guide will continue to be updated as new catalog records are completed for the more than 3,000 titles across 13 languages. The compilation of this guide is the result of collaboration across divisions and directorates, involving AD and AMED in GICD, the MESA section of ASME and the Delhi and Jakarta Overseas Offices in ABA, and the Preservation Directorate.

Southeast Asian librarians published two guides to improve discoverability of unique collection materials. "Southeast Asian Rare Books and Manuscripts in the Asian Reading Room at the Library of Congress" provides basic information on more than 1,300 items in the Southeast Asian Rare Book Collection. Another guide, "Mangyan Bamboo Collection," increases awareness of this rare collection with information on its provenance, translations and

transliterations of collection items, and accompanying documents and publications. The guide also provides a general background on Mangyan peoples and writing.

New guides improved the discoverability of resources about Japan and China. Chinese and Japanese librarians worked together to publish "Sino-Japanese War of 1937-1945: A Resource Guide" in February. This guide highlights significant resources in Chinese, Japanese, and English in a variety of formats. In April, a Japanese librarian published "Japanese Historical Periodicals at the Library of Congress," improving access to AD's significant holdings of Japanese periodicals published prior to the end of the Allied Occupation in 1952. The guide builds on work completed by a junior fellow in summer 2020 and offers researchers easy-to-browse listings of periodicals organized by topic and region, including several dozen titles on China, Manchuria, and Japanese-ruled Korea and Taiwan.

In September, AD completed a major update to the "South Asian Newspapers at the Library of Congress" research guide. Originally published in January 2020, the guide initially focused on recently inventoried AD titles on microfilm. With the current update, the guide's scope has been expanded to include recently catalogued titles; additional formats, such as print and microfiche; and additional titles associated with newspapers, such as annuals and special issues. The update also expands coverage of English-language newspapers, with a page featuring itemized titles available in the Newspaper & Current Periodical Reading Room, Main Reading Room, and Microform & Electronic Resources Center. Finally, the updated guide highlights South Asian newspapers accessible as e-resources, including freely available holdings as well as those accessible only through subscription databases.

AD's two interim librarians for the Asian American and Pacific Islander (AAPI) Collection – a South Asia librarian and a Japanese librarian – provided access to AAPI materials for about a dozen patrons over the year. This included onsite assistance for the week-long fellowship of a Florence Tan Moeson fellow who reviewed the Jade Snow Wong Collection's correspondence, photographs, and materials related to *Fifth Chinese Daughter*. The librarians also met several times with the Library's Innovator in Residence, Jeffrey Yoo Warren, who reviewed AAPI materials related to Chinese American communities and Chinatowns in the United States.

Both South Asian librarians provided onsite assistance for a patron who identified as having very low vision and low hearing. Over the year, the patron visited the Asian Reading Room twelve times for his research project. For each visit, one of the librarians arranged to meet the patron outside the Jefferson Building and assisted with entry to the Asian Reading Room. One of the librarians also offered to assist the patron with exiting the building at the end of each visit. Since AD had not worked with patrons with impairments in the last twenty years, AD's Acting Head of Scholarly Services consulted with the National Library Service (NLS) and documented their guidance on AD's Confluence page for AD staff when they assist patrons with impairments in the Asian Reading Room.

## 2.2. Increase user engagement with our collections and expertise

*(Initiatives under this objective focus on increasing user engagement with collections and staff by collaborating with the new Library Centers, other library units, and external partners, as well as increasing the reach of the Library and its collections through active participation in professional groups and demonstrating the Library's leadership in information organizations.)*

On December 3, a Southeast Asian librarian curated a collection display for a Library event, "An Evening with Nobel Peace Prize Winner Maria Ressa." The display highlighted works by Filipino and Filipino American writers related to freedom of speech and the press, as well as photos of the 1986 People Power Revolution, a series of nonviolent public demonstrations that led to the restoration of democracy in the Philippines. A blog post was published in the *From the Catbird Seat* and *4 Corners of the World* blogs to promote the event. The Southeast Asian librarian collaborated across divisions with colleagues in the Latin American, Caribbean, & European Division; Literary Initiatives Office; Rare Books and Special Collections; Music Division; and Library of Congress Asian American Association to manage the event, which drew an audience of approximately 450 people.

On December 6, the Korean librarian displayed the oldest records of kimchi contained in a work from the Korean Rare Book Collection, Yi Kyu-bo's *Tongguk Yi Sangguk chŏnjip* (1241) and *Koryŏsa* (c. 15th century) for the organizer of the Kimchi Day event held in the Congressional Member's Room. She provided earlier poems about Kimchi in the 13th century and other earlier references to Kimchi in pre-modern Korea. On the same day, Ellen Park, an assemblywoman for New Jersey's 37th legislative district, participated in the Kimchi Day event and visited the Asian Reading Room. As the first Korean American woman to be elected to the New Jersey Legislature, Assemblywoman Park already had profound knowledge of Korean history and culture, and she wished to learn more about the Library's Korean collections. After a brief orientation to AD collections, the Korean librarian introduced the Korean collections, showing the Korean metal print specimens, rare books, and North Korean humor magazines. Park expressed her great interest in AD collections and had an in-depth discussion on the display items and books.

On January 5, the Tibetan librarian co-hosted a book talk with ASME by Charles Manson, Tibetan librarian at Oxford Bodleian and British Library, on "The Second Karmapa Karma Pakshi: Tibetan Mahasiddha." This first AD hybrid talk was attended in person by 12 people and remotely by 86. The Tibetan librarian met with the speaker afterwards to discuss common issues with developing Tibetan collections.

On January 19, a South Asian librarian coordinated a meeting at the Library with four representatives of the Paramaththa Foundation, a Sri Lankan organization that digitizes and preserves palm leaf manuscripts. The attendees included Ven. Kothmale Kumara Kassapa (Founder of Paramaththa Foundation) and Ven. Ulhitiyawe Isedaththa (former president of the Sri Lankan Red Cross). Notably, the Paramaththa Foundation has collaborated recently with the British Library on manuscript preservation and digitization. At this meeting, the South Asian librarian gave a briefing on the South Asian collection and presented a display of 20 Sri Lankan palm leaf manuscripts from the South Asian Rare Book Collection. AD also invited Conservation Division staff to attend the meeting for group discussion on the Library's preservation techniques, a special request from the Paramaththa Foundation representatives.

In February, AD published the *4 Corners of the World* blog post, "Now Online: Mangyan Bamboo Collection from the Philippines at the Library of Congress." The post features the division's recently digitized Mangyan Bamboo collection from Mindoro in the Philippines, as well as an accompanying research guide. The Mangyan Bamboo collection consists of 71 bamboo slats and six cylinders in the Mangyan script, as well as accompanying documents. The Mangyan script is a writing system that pre-dates the arrival of the Spaniards in the Philippines and persists to the present.

In March, AD librarians continued to collaborate with scholarly organizations, such as the Committee on Research Materials on Southeast Asia, which is the main US library organization supporting Southeast Asian Studies. AD's Southeast Asian librarian organized and chaired the organization's annual meetings at the Association of Asian Studies conference in March 2023. This work enhances cooperation in the field of Southeast Asian Studies while increasing visibility of the Library in the scholarly community.

On March 31, AD hosted Jann Ronis, executive director of the Buddhist Digital Resource Center, for a discussion of the recently published work, "Digital Dharma: Recovering Wisdom." The book documents the work of the late E. Gene Smith, who served in the Library's Overseas Offices in New Delhi, Jakarta, and Cairo from 1968–1997, including in field director positions beginning in 1980, and who played a key role in the rescue, preservation, and digitization of the vast canon of Tibetan Buddhist literature. A renowned scholar and advocate, Smith helped save an endangered literary culture and facilitated the emergence of Tibetan studies in the West. The hybrid event attracted 31 live and 86 virtual attendees.

On April 21, AD hosted a session "Tour and Discussion of LC East Asian Book Collections," in conjunction with a symposium "Hidden in Plain Sight: East Asian Rare Books in American Libraries & Museums," co-organized by Johns Hopkins University's Department of History, Program in East Asian Studies, and the Virginia Fox Stern Center for the History of the Book. The AD Chief provided a general introduction to the Division's collections and Chinese, Japanese, and Korean reference librarians introduced rare book collections in those areas, as well as displaying selected rare books.

At the end of April, one of the South Asian librarians curated "Celebrating the Art & Literature of Jade Snow Wong (1922-2006)," a two-case display in the Jefferson Building. The display was open to the public in May during Asian/Pacific American Heritage Month. The display featured 19 items from AD's Jade Snow Wong Collection, part of the larger Asian American and Pacific Islander Collection. Jade Snow Wong was a pioneering Chinese American ceramist and author, and the display featured the first edition of her bestselling 1950 autobiography *Fifth Chinese Daughter*, a Chinese-language lesson book from her childhood, photographs from her career, and materials from her U.S. government-sponsored speaking tour of Asia in 1953.

Following many hours of research, writing, editing, and communicating with social media committee members and image rights holders, AD published the blog "Yongle Encyclopedia Volumes Fully Digitized" on the *4 Corners of the World* blog in April. The post traces the Yongle Encyclopedia's compilation, transmission, near loss, and preservation, and briefly describes its content and value to researchers. AD also worked with the Office of

Communications to create a press release on AD's holdings of the Yongle Encyclopedia and their recent digitization.

In May, AD staff hosted an event "American Impact on the Culture of the Republic of Vietnam" with about 85 users joining the Zoom session and about 10 people attending in person. Spanning pop music, movies, travelogues, and fiction to universities, philosophy, curricula and libraries, the speakers revealed a variety of cultural and intellectual trends of a noncommunist Vietnamese experience of modernity, decolonization, and the Cold War; all while highlighting the neglected history of the Republic of Vietnam. The event was important to promote the Southeast Asian Collection within the Vietnam Studies community (the largest and most active in the field of Southeast Asian Studies).

On May 12, AD hosted the keynote talk for the 15th Annual Mongolian Studies Conference. The keynote featured a presentation by the Embassy of Mongolia's Deputy Chief of Mission, as well as a talk by Michael Allen Lake, entitled, "Mongolia, the Bear, the Dragon, and the Eagle (1984–1990)." The two-day invitation-only conference was presented by the Mongolian Cultural Center and the Embassy of Mongolia and drew an audience of 112 participants.

On June 26–27, the "70th Anniversary of the U.S.-Korea Alliance Symposium" was held at the Library of Congress. This symposium, co-hosted by the Korean Library Association, Asian & Middle Eastern Division, Veterans History Project, and Special Events Office, aimed to explore the U.S.-Korean alliance from a humanistic perspective. AD's Korean librarian played a key role in coordinating the event as a planning-committee member. She invited the program speakers and local dignitaries who attended the symposium and served as the program's moderator. Among the invited dignitaries, the Minister & Consul General of the South Korea Embassy attended the entire program.

AD librarians represented the Division at a series of summer trainings for teachers hosted by the Library's Professional Learning and Out-reach Initiatives office (PLOI), a division of the Center for Learning, Literacy and Engagement. For the three open houses AD staff prepared materials for teachers to encourage their use of the Library's primary sources in the classroom. AD staff displayed Asian texts in translation or originally in English as well as Asian language texts for learning the language. It was a good opportunity to provide general information about AD. One Library staff member mentioned that they were not sure how AD materials could be used until they saw the display.

In September, AD held three Library Events Committee-approved programs which attracted a combined total of 915 attendees. "The Fragile, the Flammable, and the Forbidden: Books in the Art of Xiaoze Xie" event featured artist and Stanford University fine arts professor Xiaoze Xie. "The Mangyan Scripts, Literary Heritage, and Collections" program featured a virtual panel focusing on Mangyan scripts and literary heritage, as well as the Mangyan collections held at the Library, Mangyan Heritage Center, Newberry Library, and Yale Peabody Museum. The event provided a space for audiences to learn more about the Hanunuo ethnic group and other Indigenous groups on the island of Mindoro in the Philippines who are labeled as "Mangyan." Finally, "The Intersection between Texts and Textiles across Africa, the Middle East, and Asia" included a display and hybrid talk that attracted a total of more than 500 people.

## 2.3. Pursue a coordinated program to engage researchers, librarians, and archivists

*(Initiatives under this objective focus on developing infrastructure, initiatives and relationships to meet evolving professional user expectations.)*

In October, AD's Southeast Asian librarians participated on a panel with University of Pennsylvania librarians at the Mid-Atlantic Region Association of Asian Studies conference in Philadelphia. The panel, "Asian Collections at the Library of Congress and the University of Pennsylvania: Present and Future," includedpresentations on Asian collections at both institutions, followed by a Q&A session with the audience.

The Korean librarian had an active outreach month in November, raising awareness of the Division's unparalleled North Korean holdings. She traveled to Rutgers University to deliver a lecture on "North Korean Advertising in the 1950s-1960s: Bargaining Socialist Modernity Between State and Citizens," highlighting AD holdings on the topic, and addressed Rutgers students in a North Korea history seminar, discussing North Korean primary resources in AD's collections. In a separate event, she delivered a virtual lecture on North Korean marketization to students in a North Korea history seminar at the University of Wisconsin. The Korean librarian also provided extensive research assistance for Roanoke College's national grant-winning project, "The Modern-Day Legacy of U.S. Missionaries in Korea." When the project participants, comprising two professors and six students, visited the Asian Reading Room, she offered a research orientation to the James Scarth Gale collection and early Korean Christianity documentation while also providing them with a thorough reference list for U.S. missionaries in Korea from the late 19th century to the colonial period. As another example of outreach activities, the Korean librarian hosted Dr. Philip Ivanhoe, professor of East Asian Languages and Cultures at Georgetown University, and scholars from South Korea in the Asian Reading Room and provided an introduction to the Korean collection with a focus on the guests' research topics of Confucianism and Catholicism. She prepared a book display of Neo-Confucian texts from the Korean Rare Book Collection and other materials related to the early history of Korean Christianity, while also introducing additional references on the conversion of Korean Confucian scholars to Catholicism in the late 18th century.

On November 8, one of AD's Southeast Asian librarians took part in an event organized by Cornell's Southeast Asia Program entitled, "Thinking Historically and Teaching Globally." The librarian was part of a three-person panel—which included a history professor from State University of New York (SUNY) at Albany and a Southeast Asia digital librarian from Cornell—and discussed strategies for using the Library's Asian and other collections to teach world history at the university level. The panel attracted 35 attendees, including many SUNY faculty members who teach world history. A Q&A session followed the presentation.

On November 16, a Southeast Asian librarian virtually presented at the 7th International Conference on Lao Studies (CLS) hosted by Deakin University, Melbourne, Victoria, Australia about "Lao collections at the Library of Congress" on a panel entitled "Lao collections in the digital age: libraries, archives, museums." The panel included librarians from the UK, US,

Australia, and France discussing Laos-related collections, works in minority languages, and diaspora publications. Additionally, the Southeast Asian librarian joined a round table, "Cold War Laos meets Cold War Studies," chaired a keynote session, chaired another session honoring a recently deceased scholar of Lao literature Peter Koret, and spoke at the closing address on behalf of the conference's organizers at the Center for Lao Studies.

Also in November, a Chinese librarian published his Kluge Center Staff Fellow Research Report: "Book Censorship in Post-Tiananmen China (1989-2019)" in *The Journal of East Asian Libraries.* By the end of September 2023, the total downloads of the article surpassed 1,000.

In March, a Southeast Asian librarian gave an in-person talk at the Association of Asian Studies annual conference in Boston. The talk was titled, "Sibling Rivalry: The Correspondence of Souvanna Phouma and Souphanouvong and Familial Relations in the Second Indochina War in Laos." The librarian presented his personal research on a series of letters held by the Manuscript Division.

On March 23, two Korean Foundation (KF) junior librarians from UCLA and the University of Chicago, respectively, visited to learn about the Library, the Korean collection, and the responsibilities of the Korean librarian. After a guided library tour, the Korean librarian introduced the history of AD's Korean collection and showcased examples of Korean special collections. Subsequently, she introduced them to conservation staff to learn about how physical items are preserved.

On August 9-11, AD hosted the 2023 Japanese Rare Book Workshop on Edo Printed Books, with the planning and coordination of a Japanese librarian. Takahiro Sasaki of the Keio Institute of Oriental Classics led the workshop, and 22 North American librarians, curators, and researchers who work with Japanese rare book collections attended. The workshop was co-sponsored by AD with the Council on East Asian Libraries' Committee on Japanese Materials. To illustrate aspects of print culture in Japan, Sasaki used 30 works from the Library's Japanese Rare Book Collection prepared by a Japanese librarian as well as a few works from the Korean Rare Book Collection prepared by the Korean librarian. The workshop was the subject of a peer-reviewed article in the *Journal of East Asian Libraries*, which noted "the seamless execution of the workshop, which was filled with exceptionally rich content. Participants not only gained insights from the lectures but also had the opportunity to examine tangible examples of materials that showcase significant changes in the history of Japanese printing. The participants were profoundly impressed by the exceptionally rare materials held by both LC and NMAA."

On September 28, the Korean librarian delivered a public lecture on "North Korean Advertising in the 1950s-60s: Bargaining Socialist Social Contract between State and Citizens" at the University of Virginia (UVA) showcasing her adept use of the Library's resources and introducing the Korean special collections to the UVA audience. The lecture, along with the Library's Korean studies resource guide, was shared by UVA on Twitter, LinkedIn, and Facebook. Following the lecture, she provided a research orientation focusing on North Korean materials during Prof. Seeley's North Korean history seminar. She provided categorized North Korean periodicals based on subject and period, along with bibliographical information available through e-resources or monographs at the Library.

## Goal 3. Improve services for users, applying data collection and analysis

### 3.1. Align organization and staff resources with strategic priorities

*(Initiatives under this objective focus on developing infrastructure, leadership, and relationships to meet the requirements of an ever-changing digital landscape.)*

In FY23, AD prepared for a major reorganization that took effect on October 1, 2023. The Scholarly Services Section in the Asian Division (AD) was replaced with two new sections: East Asian Section (EAS) and South Asian, Southeast Asian, Tibetan, and Mongolian Section (SSATM). The split into two sections brings AD into closer alignment with the classification of geographic regions, civilizations, traditions, and cultures taught in North American universities. The new structure will support a balanced diversity of supervisory staff within AD management, and it will create a leadership model with a focus on respective strategic plans that clearly align with the goals of each section as well as with the mission of the division. Focusing existing staff responsibilities, knowledge and expertise on regional specialties will increase efficiency and productivity in collection development and management. It will streamline workflows in acquisitions, cataloging, web archiving, displays, webinars, partnered content, and social media. Creating clear distinctions among the major area and regions will enhance congressional awareness and user engagement and collection discoverability. AD hopes to identify new external partnerships and enhance outreach, relations, and connections with different cultures and religions to meet the requirements of an ever-changing digital landscape for regions covered by AD.

During FY23, AD awarded seven Florence Tan Moeson (FTM) fellowships, of which six were accepted. The fellows came to the Asian Reading Room to perform their research from April to August. The fellows' area of research, their names and their project titles are as followed:

1. (AAPI)  Nancy Lee -  *Picture Book Biography of Chinese American author and artist Jade Snow Wong (1922-2006)*
2. (China)  Mian Chen -  *Reassembling the Ideological Apparatuses: Propagandists and the Making of the Chinese Communist Propaganda Complex (1921-1966)*
3. (Korea)  Karlee Bergendorff -  *North Korean cultural activities in the Middle East*
4. (Mongolian/Tibet)  Zachary Clark -  *Modernizing forces within the urban centers of Sino-Tibetan borderland regions of Qinghai, Gansu, Sichuan, and Yunnan in the first half of the twentieth century*
5. (South Asia)  Suvaid Yaseen -  *Islamic Intersections: Religion and Politics in Kashmir in the Long Twentieth Century*
6. (Southeast Asia)  Phimmasone Michael Rattanasengchanh -  *LC holdings on Lao history during the Cold War period*

The FTM project "Islamic Intersections: Religion and Politics in Kashmir in the Long Twentieth Century" necessitated the use of materials in a multitude of formats (print, microfilm, microfiche), with an emphasis on ephemeral materials. AD's South Asian librarians coordinated with staff in Geography & Map and Preservation to arrange for the FTM fellow to view a very rare, cloth map from 19th-century Kashmir in northern India. Due to its size and delicate nature, the map remained unrolled for many years. The collaboration across divisions, however, enabled the fellow to access this remarkable item.

In FY23, AD's Administrative Officer coordinated the re-carpeting of the AD staff area and reading room, a much-needed renovation to replace carpet more than 20 years old. AD staff were also given new ergonomic chairs as part of the renovation.

In July, the newly appointed Head of Scholarly Services reported for duty, replacing the previous head who resigned in the last fiscal year. The new head came to the Library from Cambridge University Library, where she had served as the Head of Japanese Section. In FY23, she met with all AD librarians, joined meetings about AD collections and related teams in ASME, contributed to editing reports and social media posts, worked with some AD librarians on the promotion process, and attended training courses. After reorganization, she became Head of East Asian Section.


## 3.2. Support modernization, innovation and collaboration

*(Initiatives under this objective focus on modernizing and improving our systems and our workflows and processes.)*

Starting in summer 2021 with the Strategy Sprint Group for Web Archives, AD staff worked with other ROs across GICD to discuss the current lay of the land for web archives, as well as problems, potential solutions, and goals for the group. Following the sprint group, a South Asian librarian from the group began working with the chief of the Latin American, Caribbean, and European (LACE) Division on an internationally focused web archive following Collection Development Office (CDO) requirements for the ideal ratio of domestic and international collecting. The *International Political Events Web Archive* was formulated with the support of and in consultation with CDO and the Web Archiving Team (WAT). Launched in January 2023, the archive will enable faster work by providing capacity to archive up to 800 sites at once. The South Asian librarian proposed a plan for the alteration of seeds allowing flexibility for emergency events and planning for planned events (such as elections). Each division would have 1-2 representatives to coordinate amongst recommending officers in their division and other representative ROs. The job of the representative was to keep track of the number of seeds used and available. Recommending officers are allowed to recommend seeds at their discretion without a leader reviewing each proposed seed before the recommending officer puts it in Digiboard. In March 2023, the first content of 35 seeds began to be archived for the Thai 2023 national elections.

In FY23, AD took custody of the Jefferson-building-assigned DTEN all-in-one hybrid meeting unit. AD staff are responsible for the unit's scheduling as well as for assisting Jefferson staff who want to use the unit to conduct their hybrid meetings.

## 3.3. Strategically deploy Library expertise in core competencies

*(Initiatives under this objective focus on developing staff to perform successfully and plan for future staffing needs.)*

AD encourages its staff to serve on committees within the Library as well as those related to external, library-related, and professional organizations. Committee services have allowed AD staff to hone their professional skills, contribute their knowledge and expertise, and keep track of developments and trends in the library circles and scholarly world while also building relationships with area studies' colleagues and peers. Some of the Library committees on which AD staff have served in FY23 are the Inventory Management Policy Group (IMPG), Library Collections Access Platform (LCAP) working groups, Collections Discovery Group (CDG), the Collection Policy Review Committee, the Digital Content Acquisitions Working Group, the Reference Round Table, and the Outreach Subgroup. External professional committees that AD staff served on include the Committee on South Asian Libraries and Documentation (CONSALD), the Committee on Research Materials on Southeast Asia (CORMOSEA), the CORMOSEA Khmer language Working Group, the Center for Lao Studies, the Global Consortium for Japanese Textual Scholarship, the Mongolia Society, the North American Coordinating Council on Japanese Library Materials (NCC), the NCC Cooperative Collection Development Working Group, and the Center for Research Libraries Southeast Asia Materials Project.

In October the Tibetan and Mongolian librarian attended the hybrid 2022 Annual Meeting and Panels of the Mongolia Society, which was held with the Central Eurasian Studies Annual Conference at the Hamilton Lugar School of Global and International Studies, Indiana University. She also participated in the Board of Directors annual meeting to discuss publishing plans, conferences, new by-laws, and supporting Mongolian studies in U.S.

In June, a South Asian librarian took part in a week-long Rare Book School course, Introduction to Islamic Manuscripts, held at the Free Library in Philadelphia. The course was for students who had not yet had the opportunity to study Islamic manuscripts. It was an introductory course and took a broad view of the manuscript arts from the origins of Islam in the seventh century through the early modern period (eighteenth and nineteenth centuries), encompassing Arab, Persian, Turkish, and Indian cultures. The course focused primarily on materials (binding and paper), layout, scripts, and decoration. It was taught through the rich collection of Islamic manuscripts at the Free Library. The goal of the course was for students to be able to identify key components of Islamic manuscripts from across the Islamic world. This course is meant for the South Asian librarian to be able to better assist researchers enquiring about manuscripts in the Naqvi Collection.

The South Asian librarians and the Tibetan librarian attended the annual meetings of the Committee on South Asian Libraries and Documentation (CONSALD). This year's agenda included the annual updates on Islamabad and New Delhi office operations, two presentations from new colleagues, and three presentations on digital collections. A Japanese librarian attended the bi-annual council meeting of the North American Coordinating Council on Japanese Library Resources (NCC) as the representative from the Library of Congress. NCC works to expand and improve access to library resources and other forms of information about Japan within the existing framework of North American library collections by working with collaborating organizations in North America, Japan and elsewhere. The central discussion at the meeting was the contingency planning of NCC's operation and program, including recruiting a new executive director and the chair, under the current challenging financial situation caused by losing the grant support of the Japan-U.S. Friendship Commission (JUSFC), a U.S. federal agency, after thirty years.

A Southeast Asian librarian organized and chaired the Committee on Research Materials on Southeast Asia's annual meetings at the 2023 AAS annual conference in March. Afterward, AD communicated concerns CORMOSEA members raised with the Library's Cooperative Acquisitions Program - Southeast Asia (CAP-SEA) at the collection development meeting. This led the Jakarta office to hold meetings for CORMOSEA members on circulars and billing. This work by AD enhances cooperation in the field of Southeast Asian studies while at the same time increasing visibility of AD and the Library in the scholarly community.

AD continued to maintain two trained and certified Contracting Officer Representatives at Level Two to manage its contracts, identify and rectify any problems, and review contracts for proper completion of contracts and tasks.

## Appendix A: GICD/AD Report of Individual External Staff Activities

**Staff Conference Attendance**

| Attendee First Name | Attendee Last Name | Role | Conference Name | Organization | Date Month and Year Only |
|---|---|---|---|---|---|
| Ian | Chapman | Attendee | Annual Meeting | Association for Asian Studies | March 2023 |
| Ian | Chapman | Attendee | Annual Meeting | Council on East Asian Libraries | March 2023 |
| Charlotte | Giles | Member | Annual Meeting | Association for Asian Studies | February 2023 |
| Charlotte | Giles | Presenter | Annual Meeting | Association for Asian Studies | February 2023 |
| Elli | Kim | Attendee | Webtoons and affective male audience in digital Korea | University of Iowa | October 2022 |
| Elli | Kim | Attendee | Syngman Rhee and the US-ROK Alliance Conference | George Washington University | August 2023 |
| Elli | Kim | Presenter | Annual Meeting | Association for Asian Studies | February 2023 |
| Elli | Kim | Attendee | Annual Meeting | Association for Asian Studies | March 2023 |
| Joshua | Kueh | Attendee | Annual Meeting | Committee on Research Materials on Southeast Asia | March 2023 |
| Joshua | Kueh | Presenter | Mid-Atlantic Region Association of Asian Studies (MARAAS) Conference | Mid-Atlantic Region Association of Asian Studies (MARAAS) | October 2022 |
| Jonathan | Loar | Attendee | CONSALD annual meeting (virtual conference) | Committee on South Asian Libraries and Documentation | October 2022 |
| Jonathan | Loar | Attendee | CONSALD annual meeting (virtual conference) | Committee on South Asian Libraries and Documentation | March 2023 |
| Jonathan | Loar | Attendee | South Asian Cooperative Collection Development (SACOOP) workshop | South Asian Cooperative Collection Development | September 2023 |
| Susan | Meinheit | Attendee | Mongolian Studies Conference: 1st Mongolians in U.S. | Embassy of Mongolia and Mongolian Cultural Center | December 2022 |
| Susan | Meinheit | Member | Annual Meeting | Association for Asian Studies | February 2023 |
| Susan | Meinheit | Member | Annual Meeting | Committee on South Asian Libraries and Documentation | March 2023 |
| Susan | Meinheit | Member | Board of Directors | Mongolia Society | March 2023 |

| Susan | Meinheit | Member | Madison Meeting | Committee on South Asian Libraries and Documentation | October 2022 |
| Susan | Meinheit | Member | Annual Meeting | Mongolia Society | October 2022 |
| Susan | Meinheit | Attendee | International Mongolian Studies Conference | Embassy of Mongolia | December 2022 |
| Cameron | Penwell | Attendee | Annual Meeting | Council on East Asian Libraries (CEAS) | March 2023 |
| Ryan | Wolfson-Ford | Presenter | Committee on Materials on Southeast Asia annual meeting (in-person at a hybrid conference) | Committee on Research Materials on Southeast Asia | March 2023 |

## Staff Presentations – External

| Speaker First Name | Speaker Last Name | Presentation Name | Organization | Date Month and Year Only |
|---|---|---|---|---|
| Charlotte | Giles | Asian Collections at the Library of Congress | CAORC | June 2023 |
| Elli | Kim | North Korean Advertising in the 1950s-60s | Rutgers University | November 2022 |
| Elli | Kim | North Korean Archival Research Orientation | Rutgers University | November 2022 |
| Elli | Kim | North Korean Archival Research guidelines | Wisconsin University | November 2022 |
| Elli | Kim | Korean War Research Orientaton | Roanoke College | November 2022 |
| Elli | Kim | North Korean Advertising in the 1950-1960s: Bargaining Socialist Modernity between State and Citizens | University of Virginia | September 2023 |
| Elli | Kim | Introduction to the Korean Collection | University of Virginia | September 2023 |

| Joshua | Kueh | Thinking Historically and Teaching Globally | | November 2022 |
|--------|------|---------------------------------------------|--|---------------|
| Joshua | Kueh | Asian Collections at the Library of Congress and the University of Pennsylvannia: Present and Future | Mid-Atlantic Association for Asian Studies regional conference (hosted by the University of Pennsylvania) | October 2022 |
| Jonathan | Loar | AD overview for Council of American Overseas Research Centers | | May 2023 |
| Susan | Meinheit | History and Development of the Library of Congress TIbetan Collection | | April 2023 |
| Ryan | Wolfson-Ford | AD overview for Council of American Overseas Research Centers | | May 2023 |
| Ryan | Wolfson-Ford | The Lao collection at the Library of Congress | Seventh International Conference on Lao Studies, virtual and in-person at Deakin University in Melbourne Australia | November 2022 |
| Ryan | Wolfson-Ford | Asian Collections at the Library of Congress | Mid-Atlantic Association for Asian Studies regional conference (hosted by the University of Pennsylvania) | October 2022 |
| Ryan | Wolfson-Ford | The Vietnamese collection at the Library of Congress | Vietnam Studies Group annual meeting at the Association for Asian Studies 2023 annual conference | March 2023 |

| Ryan | Wolfson-Ford | Sibling Rivalry: The Correspondence of Souvanna Phouma and Souphanouvong and Familial Relations in the Second Indochina War in Laos | Association for Asian Studies 2023 annual conference | March 2023 |

## Staff Publications – External

| Author First Name | Author Last Name | Article Title | Publication |
|---|---|---|---|
| Charlotte | Giles | Celebrating the New Delhi Overseas Operations Field Office's 60th Anniversary | SPAN |
| Joshua | Kueh | Competing nationalisms: Shifting conceptions of nation in the construction of Indonesia in the twentieth century | The Routledge Handbook of Nationalism in East and Southeast Asia |
| Jonathan | Loar | Interleaf A: Shirdi Sai Baba's Lamp-Lighting Miracle in Text and Film | Devotional Spaces of a Global Saint: Shirdi Sai Baba's Presence, London: Routledge, Taylor & Francis Group, 2022. |
| Susan | Meinheit | Foreward for : "Dilowa Khutugtuu Zakhidluud" (Letters of Dilowa Khutugtu) | Ulaanbaatar: Ministry of Foreign Affairs, 2022 |
| Yuwu | Song | Book Censorship in Post-Tiananmen China (1989-2019) | Journal of East Asian Libraries |
| Ryan | Wolfson-Ford | Sibling Rivalry: The Correspondence of Souvanna Phouma and Souphanouvong, Familial Relations and Royal Lao Involvement in the American Bombing of Laos During the Second Indochina War | SOJOURN: Journal of Social Issues, Vol. 38, No. 2 (July 2023): 286-319. |
| Ryan | Wolfson-Ford | Xāt Lao: Imaging the Lao nation through race, history and language | The Routledge Handbook of Nationalism in East and Southeast Asia |

**Committees -External**

| Staff Member First Name | Staff Member Last Name | Staff's Role | Committee Name | Organization |
|---|---|---|---|---|
| Charlotte | Giles | Ex officio member and secretary | Executive Committee | Committee on South Asian Libraries and Documentation |
| Eiichi | Ito | Member | North American Coordinating Council on Japanese Library Resources Board | North American Coordinating Council on Japanese Library Resources |
| Eiichi | Ito | Member | Committee of Member Representatives | Global Consortium for Japanese Textual Scholarship |
| Joshua | Kueh | LC Representative | Executive Committee | Center for Research Libraries Southeast Asia Materials Project (SEAM) |
| Joshua | Kueh | Liaison | Committee on Research Materials on Southeast Asia | Committee on Research Materials on Southeast Asia (CORMOSEA) |
| Jonathan | Loar | Ex officio member and secretary | Executive Committee | Center for Research Library's South Asian Materials Project |
| Susan | Meinheit | Member | Board of Directors | Mongolia Society |
| Cameron | Penwell | Member | Cooperative Collection Development Working Group | North American Coordinating Council on Japanese Library Resources |
| Ryan | Wolfson-Ford | Chair | Executive Committee | Committee on Research Materials on Southeast Asia |
| Ryan | Wolfson-Ford | Chair | Board of Directors | Center for Lao Studies |

## Appendix B: Strategic Acquisition Planning for FY23

**Introduction**

The Asian Division's recommending officers (ROs) continue to identify new and emerging collecting areas, recommending specific titles, and building our collections in various formats (print, microform, and digital) in line with each Asian collection's acquisition strategies. AD's ROs update these areas and subjects annually, drawing from conversations with users in the Asian Reading Room, trends in scholarly fields, and the availability of items through publishers, dealers, and donors. In addition to the utilization of GenPac and Firm Order Funds, AD's ROs annually nominate items for End of Year acquisition, which often enable the purchase of expensive e-resources, rare books, and manuscripts.

AD's collaborative work on web archives deserves special mention. In FY23, AD played an integral role in working with ROs across GICD, CDO, and WAT to develop the new *International Political Events Web Archive*, which launched in January 2023. With a capacity of 800 sites at once, this archive also allows the flexibility for ROs to nominate sites for both planned events (e.g., elections) and emergencies. A Southeast Asian librarian contributed 35 seeds for this new archive to document the Thai 2023 national elections. One of AD's South Asia librarians collaborated with colleagues in the Committee on South Asian Libraries and Documentation (CONSALD) to write a proposal for a new external web archive for South Asian government serials through IvyPlus. This collaboration grew out of a workshop on the topic of government serials and their unreliable access on government websites, and the web archive began crawling through IvyPlus in summer 2023. These examples highlight AD's collaboration with partners inside and outside the Libraryto further acquisition goals.

Many of AD's significant acquisitions augment the rare book collections. One End of Year purchase was a beautiful and exceedingly rare 13th-century manuscript of the *Perfection of Wisdom* in 8,000 lines, which is now the Tibetan Rare Book Collection's oldest manuscript. A South Asia librarian used AD Firm Order Fund to acquire an illustrated 19th-century manuscript with a compendium of Hindu religious texts for the South Asian Rare Book Collection. An underlying strategy in these acquisitions was collaboration with ASME/MESA's Tibetan and Sanskrit cataloger, who will provide records for these items.

AD's ROs also take advantage of opportunities to acquire materials that unexpectedly become available via gift or purchase. Oftentimes unplanned acquisitions account for half or more of the acquisitions annually recommended by AD's ROs. Such acquisitions often require extensive collaboration. For example, a Chinese librarian worked with conservators and art historians from the Library and the National Museum of Asian Art to assess the condition and the needs of 12 calligraphic scrolls dating from the 17th and 19th centuries ahead of acquisition for the Chinese Rare Book Collection.

Below is a list of each Asian collection's acquisition areas and collection development interests, followed by a summary of significant acquisitions by collection.

**Strategic Collecting Areas/Subjects Identified for Acquisition in FY23**

Chinese

- COVID-19 related materials
- Development of Chinese economy and new technologies such as artificial intelligence in China
- Materials on issues related to Hong Kong, Taiwan, Xinjiang, and South China Sea
- Sino-U.S. relations
- The 20th National Congress of the Chinese Communist Party

Japanese

- Contemporary social issues: child poverty; family welfare; gender equality
- Historical materials related to sports in modern Japan, especially baseball and the Olympic games
- Japanese periodicals from the 1960s to 1990s that are popular rather than academic in character and serve as significant sources for the study of contemporary society and popular culture during this period
- Microfilm copies of specialty & regional newspapers or primary historical source materials of low to medium cost ($1,000~$15,000) that are not readily available in the US
- Peripheral regions and minority people groups in Japan, including (but not limited to) Hokkaido, the Ainu, the Ryukyu Islands, the burakumin outcaste group, and sexual minorities

Korean

- Subculture literature
- Webtoon
- Webnovel
- Boys' Love (BL) genre literature
- Martial art
- Major Korean scholarship on East Asia, Global history, and international affairs
- Korean politics and trends
- Newspapers, journals, and diplomatic materials from the 20th century representing from North Korea
- North Korea's nuclear, biological, and chemical weapons
- South Korea and inter-Korean unification
- South Korea and United States relations

Mongolian & Tibetan

- Cultural preservation
- Digital Tibetan and Mongolian collections
- Editions of Tibetan religious canons (Buddhism and pre-Buddhist religion Bon)

- Environmental issues and climate change
- Facsimile editions of rare archival documents related to history and culture
- Reproductions of rare Buddhist and Bonpo texts from libraries and monasteries in Tibet and Mongolia

South Asian

- Coronavirus and COVID-19 response and coverage in South Asia
- India/Pakistan Kashmir conflict
- Islamic culture and political Islam in India, Pakistan, Bangladesh, and Maldives
- Literature in various South Asian languages, including regional and minority languages
- Minority social groups and religious communities in South Asia
- Nationalism, especially religious nationalism, in all South Asian countries
- Openly accessible newspapers and serials
- South Asian governmental resources and publications
- South Asian language materials published outside of the South Asian subcontinent
- Terrorism, extremism, military affairs, and national security in South Asia
- Women's rights, education, and social conditions in South Asia

Southeast Asian
- Coups, independence movements, protests, social movements
- Digital copies/Reprints of rare Southeast Asian manuscripts/books
- Material on Southeast Asia published outside of the region
- National elections
- Oral traditions and histories
- South China Sea disputes
- Southeast Asian diaspora
- Web archiving:
- Official statistics for Southeast Asia (ongoing)
- Banking and finance (ongoing)
- Defense and military (ongoing)


**General Areas of Acquisition and Collection Development Interest**

Chinese

- Chinese foreign relations
- Chinese military affairs
- Chinese politics and society
- Ethnic minorities

Japanese

- Imperial Japan: foreign policy; colonial administration; economics & trade; military strategy; political and social movements

- Pre-war, post-war, and post-colonial Japanese migrations within Asia and to North and South America
- Women's movements and feminist activism in modern Japan (both monographs and collections of primary source materials)

Korean

- Primary resources from North Korea, including local newspapers
- Science and Technology in South and North Korea
- South Korean inter-regional conflicts and relations
- Status of North Korean defectors

Mongolian & Tibetan

- Mongolian and Tibetan Buddhist texts
- Mongolian material, both current and retrospective
- Mongolian society and development, economy, international relations
- Tibetan Studies, classical and modern

South Asian

- 19th century and early 20th century monographs/lithographs in various South Asian languages, especially Hindi and Urdu
- Colonial-era journals and serial publications, including newspapers
- LGBTQIA and other gender/sex identity South Asian communities
- Manuscripts and rare books in non-Hindi/Urdu languages, like Marathi, Punjabi, and Bengali
- Primary sources from British colonial period (print/original or databases)

Southeast Asian

- Climate and environmental change
- Cultural heritages
- Ethnic minorities
- Extremism (religious, political, etc.) in Southeast Asia
- LGBTQ
- Significant building projects: Hydroelectric and road projects, new capital cities
- Southeast Asian countries' economy, politics, sciences, sports, and education development
- Territorial and land disputes, land grants
- Lontar Foundation Holdings
  - Digital puppet and mask collection (MukaMukaMu Collection)
  - Archives

36

**FY23 Major Acquisitions**

Chinese

*A Pictorial History of the Sino-Japanese War* 日本侵华图志
A Pictorial History of the Sino-Japanese War (25 volumes) includes 25,000 pictures and over a million words of descriptions related to the Sino-Japanese War of 1931-1945. Starting from the prelude of the war, through the war processes, and to the end of the conflict, it is a comprehensive collection of visual history of almost every aspect during that period.

*The Complete Collection of Dazu Stone Carvings* (11 volumes)
The Complete Collection of Dazu Stone Carvings (11 volumes) is a systematic study and collation of the stone carvings in Dazu District. Located in Chongqing, Sichuan, China, the Dazu Complex of Buddhist stone carvings began to be built in late Tang Dynasty (618–907 AD). It has become one of the most famous stone carvings complexes in China and was listed as a World Heritage Site in 1999.

*The Complete Works of Yungang Grottoes* 云冈石窟全集
As one of most famous Grottoes Complexes in China, the Yungang Grottoes, in Datong city, Shanxi Province, with their 252 caves and 51,000 grottoes, represent the outstanding achievement of Buddhist cave art in China in the 5th and 6th centuries. The cave complex, a popular tourist destination, was designated a UNESCO World Heritage site in 2001.

*Nangong miao mo* 南宫妙墨 (Wondrous Calligraphy of Nangong), set of 12 calligraphic scrolls attributed to Mi Fu (1051-1107) but probably dating from the 17th to 19th centuries.

*Zhongguo zu pu cong kan* 中國族譜叢刊 (Set of Chinese Genealogies, 2019), 124 titles in 1,293 volumes
This is an extensive set of 124 Chinese family genealogies, each a multi-volume work providing biographies, portraits and details on the tombs and memorial rites of individual lineage members, as well as lineage trees and summaries of collective literary and other accomplishments. Not currently held by another North American library, and containing materials not accessible through other publications, the set is invaluable for both family genealogical and historical research. Few other source types provide such granular social, demographic, economic, and cultural information, enabling analysis at local and trans-local levels.


Japanese

*Ezoshima kikan* 蝦夷島奇観 (Unusual views of Island of Ezo). Japan, 1799.
*Ezoshima Kikan* documents the legends, rites, ceremonies, habitations, and hunting of the Ainu in the end of 18th century with colorful paintings. It is considered one of the most important sources for the study of Ainu history and culture. The original document was made by the hands of Awagimaru Hata (aka Shimanojō Murakami, 1760-1808) based on his observations of the Ainu people during his several travels to the Ezo land as a surveyor for the Tokugawa shogunate.

*Ezoshima Kikan* and other works by Hata have been referred as a serious study of the Ainu people and Ezo land differing from earlier works by others, which often exaggerated the distinctive features and characteristics of the people and the land. The original *Ezoshima Kikan* written and drawn by Awagimaru Hata is housed at the Tokyo National Museum, and it was designated by the Japanese government as "Important Cultural Property."

*Haikai shokugyō zukushi* 俳諧職業尽 (Catalogue of Artisan Haiku Poetry). Japan, 1842.

This is a woodblock printed book in Japanese that was published in 1842. It combines a collection of seasonally themed linked-verse poetry (specifically, haiku) with scenes of unusual occupations from different regions of Japan. These include fishers and hunters of a variety of animals, as well as unique agricultural jobs like a harvester of edible lichen from a cliff. These vivid portrayals of unique jobs from the pre-industrial period are of particular interest. Overall, the volume enrichens the Library's existing collection of illustrated Japanese books from the 18th-19th centuries.

*Kusuda shiryō dai-2 ki* 楠田實資料第二期 (Kusuda Collection Online: Part II).

Publisher/Vendor: Tokyo, Maruzen-Yushōdō, 2022. Electronic Resource.
*The Kusuda Collection Online* contains papers of Minoru Kusuda (1964-2003), a political advisor and the principal secretary to Prime Minister Eisaku Sato, the second longest serving prime minister for nine years of postwar Japan (1964-1972). This recommended database, the second half of the Kusuda Collection Online consists of his papers written as well as primary governmental documents collected by Kusuda during his long career as a journalist (1952-1967), the official secretary to Prime Minister Sato, and later, as a political consultant and speech writer of several prime ministers spanning over 25 years from 1977 to 2003. The main portion of Part II includes some 3,000 primary documents from the 1970s to 1990s following rapid high economic growth from 1955 to 1973. For instance, correspondence between prime ministers and influential politicians, Kusuda's notes on various domestic and diplomatic issues including the ruling party's internal politics are invaluable and unique resources not available anywhere else to analyze the political situation of Japan during the period from the 1960s to the early 2000s.

*Yokohama Specie Bank microfilm collection* 横浜正金銀行マイクロ版 第 16 期, 16th release (57 reels). Tokyo: Maruzen Yūshōdō, 2021.

*Yokohama Specie Bank microfilm collection* 横浜正金銀行マイクロ版 第 17 期, 17th release (36 reels). Tokyo: Maruzen Yūshōdō, 2022.
The Yokohama Specie Bank (*Yokohama shōkin ginkō*) was established in 1880 as a financial institution specializing in foreign exchange. Until its demise following the end of World War II, the bank played a significant role in Japan's international trade, colonial expansion, and military. The Yokohama Specie Bank microfilm collection is the result of an on-going project to reproduce a massive amount of primary source materials pertaining to the institution (currently stored in the archives of the Faculty of Economics at the University of Tokyo) and make them available to a wider audience of researchers.

Korean

[Korean] *Korea Pro*. Kyobo Book Centre, Electronic Resources.
*Korea Pro* is an independent, privately owned specialist site focused on South Korea. Different from other Korean major newspapers, which are known to be in line with a certain political orientation, KOREA PRO's writers are Korean specialists from different countries; they aim to offer objective insights on various Korean issues. More importantly, its analytical articles highlight the correlation between Korean domestic issues and international affairs. Thus, KOREA PRO will provide the Library staff and users with insightful and impartial knowledge about Koren politics, economy, and its international relations on a daily basis.

Mongolian and Tibetan

*Bla ma mchod pa'i khrid yig gsang ba'i gnad rnam par phye be snyan rgyud man ngag gi gter mdzod* (Great treasure of secret teaching and commentary on offering to the Lama).
It consists of 240 folios, wrapped in traditional Tibetan cloth cover inside two wooden boards. It is a wonderful intact example of the beauty of Tibetan traditional manuscripts and calligraphy, and an important addition to our Tibetan rare book collection, which contains more xylograph prints than manuscripts, and rarely include the original wooden boards and cloth coverings.

South Asian

*Hindu Deities*, 19th century illustrated manuscript. Bundi, Rajasthan, northwestern India, ca. 1850-1870.
This is an exquisite 19th-century illustrated manuscript with several significant Hindu religious texts, including the 108 names of Ganesh and a portion of the Devi Mahatmya, the most significant text in Hindu goddess worship. The manuscript will be a priority for ASME's Sanskrit cataloger. It comes in professionally restored binding with the original brocade. The manuscript, which is specifically identified as being from Bundi in northwestern India, has five illustrations of deities, including the goddess Durga and the assemblage of Lord Rama, Sita, Hanuman, and Lakshman.

*Naya Shiksha Darpan*. Calcutta, Barabazar, No. 65 Cross Street, printed and published by D. P. Misra at the Uchita-Vakta Press, 1883.
This is a rare Hindi-English primer and letter-writer for Indian clerks, including a list of postal offices, extensive bi-lingual phrase-guides and lexicon, all organized by topic, and numerous sample letters. The content is clearly aimed at Indian merchants and brokers. The earliest known edition of this text, unrevised, is dated 1878 with 176 pages. The Naya Shiksha Darpan was much in demand during its time. The present copy's functional rebinding suggests it saw extensive use.

*All India Muslim educational conference program*. Delhi, Mojtabai Press, 5-[6] December 1911.
This is a program for the 3rd and 4th days of the 26th meeting of the All India Muhammadan (later Muslim) Educational Conference in Delhi, held on 5 and 6 December 1911. The two

broadsides, one for each day, contain eleven resolutions, noting proposers and seconders, where appropriate. The resolutions span topics such as giving thanks to specific donors, plans to fund scholarships and further educational positions, and the presentation of account. The All Indian Muslim Educational Conference, established in 1886 by Sir Syed Ahmad Khan, the great Indian education reformer, was intimately tied to the Aligarh Movement associated with him, and played a pivotal role in the evolution of Muslim political consciousness in India.

*Urdu Manuscript: A guide to the reading and writing of Urdu Script used in books, newspapers and letters etc*. Delhi, published by Haidari's Oriental Book Depot, Akbar Manzil, and the Jamia Press, 1933-4.
This is an interesting example of a textbook produced to meet the needs of colonial British officers and administrators studying for official language examinations. This, however, is not a grammar, but a paleographical guide to the *shikasteh* script used in calligraphy, letters, and, formerly, Mughal bureaucratic documents. It was designed to be used in tandem with the author's own Urdu grammar manual. The text comprises introductions the Urdu alphabet lithographed *nastaliq* script and manuscript *shikasteh*, with each section followed by exercises and keyed by page to the relevant sections of Haidari's grammar.

*Jahan, Sultan, Nawab Begum of Bhopal. Muslim Home. Part I: A Present to the Married Couple.* Published by Calcutta: Thacker, Spink and Co., 1916.
This book, which intended to be the first in a series, is in the style of an advice manual to a newly married couple. It is an English translation of the original text titled *Hadiyat ul-Zaujain* ("A Guide for the Married Couple"), which was printed in the Madras Weekly Newspaper Press in 1917. Although no further parts of the series were issued, the work was highly popular, and extracts were reprinted in Muslim publications in Britain. The author is Sultan Jehan, Begum of Bhopal (1858-1930), who ruled Bhopal State from 1901 until 1926. During this time, she enacted a series of innovative reformist policies such as the creation of workshops in prisons, the establishment of schools and colleges for Muslim and Hindu women, and improvements to general sanitation in the region.

*[Muhammad 'Abdur-Rahman Khan Xalyani]. [Five pamphlets]. Ramúzi-i-Hasti, Jalwa-i-Káinát, Isári-i-Qudrat, Nazzára-i-Alam & Audrat-Iláhí.*
The five short pamphlets in Urdu concern the description of the creation, ancient and modern knowledge of the universe, natural philosophy, astronomy, and philosophy. This copy is inscribed by the author to Colonel S. B. Miles (1838-1914), an extraordinary figure, best known for the remarkable work *The Countries and Tribes of the Persian Gulf* (1919).

Southeast Asian

*An Account of the Malaria Research Department, North Borneo,* 1939-42, 1946.
This account of the Malaria Research Department in North Borneo between the years 1939-42 written by John McArthur provides scientific data and an account of important research on Malaria in Borneo. The work will be of interest to those studying the history of medicine/diseases, particularly for the region of Southeast Asia. The author, McArthur, made important discoveries about the transmission of malaria by mosquitos shortly before the Japanese invasion of North Borneo. His first typescript was burned by the Japanese, and his rewritten

version suffered war damage before being rescued and duplicated in limited numbers. This hard-to-find account will help to grow the Library's collection on Southeast Asian medicine and diseases and complements the larger national collection at the National Library of Medicine, where there are works on malaria.

*Dictionary of the Sunda Language of Java*, 1862.
This extensive dictionary is recognized as the first serious study of the Sundanese language. Being the first of its kind, this is landmark work and significant when it comes to the preserving a record on the study of the Sundanese language (a major language from Indonesia). The dictionary will also develop the collection of Southeast Asian linguistic works, which contains several historically significant language studies.

*Eerste gronden der Javaansche taal, benevens Javaansch leer- en leesboek met eene woordenlijst ten gebruike bij hetzelve* (Introduction to the Javanese language, as well as a Javanese textbook with a glossary), 1831.
First and only edition, printed in Batavia in the Dutch East Indies (now Jakarta, Indonesia), of one of the earliest, best and most extensive introductions to the Javanese language, written and compiled by Johann Friedrich Carl Gericke (1798-1857) for Dutch speakers who wished to learn Javanese. Part 1 gives a general introduction to the language and writing system. Part 2 gives sample texts: conversations, letters, stories, legal documents, etc. Part 3 is a Javanese-Dutch lexicon, also giving Arabic equivalents for some words. One of the earliest, best, and most extensive introductions to the Javanese language, printed in the East Indies.

47 works from a French-based Vietnamese diaspora publisher, Quê Mẹ, including works that would be censored or banned in Vietnam.
Important works providing critical perspective on Vietnam not allowed to be published in country.

*Malaysian General Election 2022 Web Archive* (63 seeds crawled from October 2022-January 2023)

# Appendix C: Reference Services

**A.  Reference Transactions**

| Queries Answered by Form of Communication | | Quantity |
|---|---|---|
| In Person: | Congressional | 9 |
| | Other (in-person) | 2,143 * |
| Phone: | Congressional | 1 |
| | Other (phone) | 59 |
| Letter/Fax/Memo: | Congressional | 0 |
| | Other (letter/fax/memo) | 0 |
| Email, QP, LibAnswers, and other) | Congressional | 6 |
| | Other (QP and other) | 1,483 |
| **Total Reference Queries** | | 3,692 |

**\* 326 from LibAnswers and 1,817 unique reading room users**

**B.  Other Reference & Outreach Statistics**

Unique Readers                     1,817

Internal Circulation                   6,558

Lectures/Panels/Symposiums (virtual and onsite)     10        Attendees     1,444

Research Orientations (virtual and onsite)     11          Attendees          129

Visits of Division Web Pages:  245,175        Views of Division Web Pages:  1,308,371

Unique Visitors to Web Pages:  198,520

# Appendix D: Lecture/Panel/Symposium and Research Orientation/Class

**Summary**: Ten events, 1,479 attendees.

| Date | Title / Name of event | Event Type | Location | Attendees | Number of staff involved | Objects from your division on display |
|---|---|---|---|---|---|---|
| 11/8/2022 | Thinking Historically and Teaching Globally | Lecture/Panel/Symposium/etc. | Online | 35 | 4 | 10 |
| 1/5/2023 | Karma Pakshi: Tibetan mahasiddha | Lecture/Panel/Symposium/etc. | LC | 82 | 2 | 0 |
| 3/31/2023 | Digital Dharma: Recovering Wisdom | Lecture/Panel/Symposium/etc. | LC & Online | 117 | 4 | 0 |
| 4/21/2023 | Hidden in Plain Sight: East Asian Rare Books in American Libraries & Museums | Lecture/Panel/Symposium/etc. | LC | 25 | 7 | 30 |
| 5/2/2023 | American Impact on the Culture of the Republic of Vietnam | Lecture/Panel/Symposium/etc. | LC & Online | 95 | 3 | 0 |
| 5/12/2023 | Keynote talk for 15th Annual Mongolian Studies Conference | Lecture/Panel/Symposium/etc. | LC & Online | 128 | 5 | 51 |
| 8/3/2023 | Ceremony for Mongolian Dinosaur Fossils Repatriation | Exhibit/Display; Lecture/Panel/Symposium/etc. | LC | 82 | 1 | |
| 9/14/2023 | The Fragile, the Flammable, and the Forbidden: Books in the Art of XIE Xiaoze | Lecture/Panel/Symposium/etc. | LC & Online | 84 | 3 | 30 |
| 9/20/2023 | Mangyan Scripts, Literary Heritage, and Collections | Lecture/Panel/Symposium/etc. | Online | 111 | 3 | 22 |
| 9/29/2023 | The Intersection between Texts and Textiles in the Middle East, Africa, and Asia at the Library of Congress | Exhibit/Display; Lecture/Panel/Symposium/etc. | LC & Online | 720 | 25 | 25 |

## Appendix E: Social Media

**Blog Posts Total:  15**

|  | Title | Author | Date |
|---|---|---|---|
| 1 | The Thomas Wilson Haskins Digital Collection (1902-1908) | Susan Meinheit | 2022-10-24 |
| 2 | Thirty years of cataloging the South Asia collection: an interview with Shantha Murthy | Charlotte Giles | 2022-11-29 |
| 3 | An Evening with Nobel Peace Prize Winner Maria Ressa | Joshua Kueh | 2022-12-02 |
| 4 | Greetings from the Chinese People to the American People | Yuwu Song | 2023-01-09 |
| 5 | Now Online: Mangyan Bamboo Collection from the Philippines at the Library of Congress | Joshua Kueh | 2023-02-01 |
| 6 | Celebrating the New Delhi Overseas Operations Field Office's 60th Anniversary, 1962-2022 | Charlotte Giles | 2023-03-06 |
| 7 | Yongle Encyclopedia Volumes Fully Digitized | Ian Chapman | 2023-04-20 |
| 8 | New Display at Library of Congress Highlights Jade Snow Wong | Jonathan Loar | 2023-04-28 |
| 9 | A Long and Dedicated Journey Through Libraries: An Interview With Phong Tran | Charlotte Giles | 2023-05-08 |
| 10 | Looking Back, Looking Ahead: Lao Literature in Diaspora at 50 | Bryan Thao Worra (guest post) | 2023-05-30 |
| 11 | Communism or Freedom? Thai anti-communist posters at the Asian Reading Room | Ryan Wolfson-Ford | 2023-06-26 |
| 12 | The 500th Post! A Milestone for 4 Corners of the World | Jonathan Loar | 2023-07-17 |
| 13 | Cross-post of blog: In Search of a Shrimp: Origami Collections & Activity | Joshua Kueh | 2023-08-21 |

|    | Title | Author | Date |
|----|-------|--------|------|
| 14 | Mangyan Scripts, Literary Heritage, and Collections: a Virtual Panel Discussion on September 20th | Joshua Kueh | 2023-08-31 |
| 15 | The Intersection between Texts and Textiles across Africa, the Middle East, and Asia: a Display and Talk at the Library of Congress | Charlotte Giles | 2023-09-15 |

**Facebook Posts Total:  64**

|    | Title | Author | Date |
|----|-------|--------|------|
| 1  | 150th year anniversary Japan's first railroad | Eiichi Ito | 2022-10-14 |
| 2  | Goodland refugee newspaper post | Ryan Wolfson-Ford | 2022-10-21 |
| 3  | Filipino American Month | Joshua Kueh | 2022-10-25 |
| 4  | AD JF announcement post | Jonathan Loar | 2022-10-27 |
| 5  | Tibetan blog cross post | Cameron Penwell | 2022-10-29 |
| 6  | Seals from Ainu/Ezochi rare book | Cameron Penwell | 2022-11-16 |
| 7  | Franklin Book Program research guide | Charlotte Giles | 2022-11-18 |
| 8  | Pictures of Tilling and Weaving (Yu zhi Geng zhi quan tu 御製耕織全圖) | Yuwu Song | 2022-11-24 |
| 9  | Phongsāvadān Sāt Lāo post | Ryan Wolfson-Ford | 2022-11-28 |
| 10 | Cross-post of Shanta Murthy interview blog | Charlotte Giles | 2022-11-30 |

|  | Title | Author | Date |
|---|---|---|---|
| 11 | Cross-post of Maria Ressa LC book talk blog | Joshua Kueh | 2022-12-01 |
| 12 | Year in Review: SEA Serials Guide | Ryan Wolfson-Ford | 2022-12-07 |
| 13 | Job Announcement Head of Scholarly Services | Cameron Penwell | 2022-12-13 |
| 14 | Year in Review: Manchu rare collection blog post | Cameron Penwell | 2022-12-16 |
| 15 | Year in Review: South Asia Collection Guide | Jonathan Loar | 2022-12-17 |
| 16 | Year in Review: Japanese Collection Guide | Cameron Penwell | 2022-12-22 |
| 17 | Karma Pakshi event (FB event post) | Joshua Kueh | 2022-12-30 |
| 18 | Karma Pakshi event announcement | Cameron Penwell | 2023-01-04 |
| 19 | Karma Pakshi event post (regular) | Cameron Penwell | 2023-01-10 |
| 20 | Reminder FTM applications due | Jonathan Loar | 2023-01-11 |
| 21 | Collection of Wartime Messages Blog cross post | Yuwu Song | 2023-01-13 |
| 22 | Repost of South Asia photochrom: Amritsar | Jonathan Loar | 2023-01-20 |
| 23 | Chinese New Year | Yuwu Song | 2023-01-21 |
| 24 | Paris Peace Accords 50th anniversary | Ryan Wolfson-Ford (with Tien Doan's assistance) | 2023-01-27 |
| 25 | Mangyan blog cross-post | Joshua Kueh | 2023-02-02 |

| | Title | Author | Date |
|---|---|---|---|
| 26 | Repost of South Asia photochrom: Agra, baccha Taj | Jonathan Loar | 2023-02-18 |
| 27 | Masnavi ms post 1 | Charlotte Giles | 2023-02-22 |
| 28 | Masnavi ms post 2 | Charlotte Giles | 2023-02-24 |
| 29 | OVOP blog cross-post | Cameron Penwell | 2023-03-22 |
| 30 | Digital Dharma: Recovering Wisdom event post | Cameron Penwell | 2023-03-24 |
| 31 | Digital Dharma: Recovering Wisdom regular post | Cameron Penwell | 2023-03-29 |
| 32 | American Impact on the Culture of the Republic of Vietnam event post | Ryan Wolfson-Ford | 2023-04-10 |
| 33 | Japanese fiction film guide | Cameron Penwell | 2023-04-14 |
| 34 | ARR website post: researcher resources | Jonathan Loar | 2023-04-17 |
| 35 | Yongle Encyclopedia cross-post | Cameron Penwell | 2023-04-25 |
| 36 | Sino-Japanese War Guide | Cameron Penwell | 2023-04-27 |
| 37 | American Impact on the Culture of the Republic of Vietnam post | Ryan Wolfson-Ford | 2023-04-28 |
| 38 | Jade Snow Wong blog cross-post | Jonathan Loar | 2023-05-01 |
| 39 | Children's Day woodblock print | Cameron Penwell | 2023-05-05 |
| 40 | Phong Tran interview blog cross-post | Cameron Penwell | 2023-05-09 |

| | Title | Author | Date |
|---|---|---|---|
| 41 | Filipinos in Saint Malo Louisiana | Joshua Kueh | 2023-05-11 |
| 42 | Jade Snow Wong display reminder post | Jonathan Loar | 2023-05-15 |
| 43 | A Story in Layers video post | Cameron Penwell | 2023-05-24 |
| 44 | Cross-post for Lao Literature in Diaspora at 50 | Ryan Wolfson-Ford | 2023-05-30 |
| 45 | Japanese historical periodicals guide | Cameron Penwell | 2023-06-02 |
| 46 | NK Serials update | Cameron Penwell | 2023-06-06 |
| 47 | SE Asian LGBTQ publications | Joshua Kueh | 2023-06-10 |
| 48 | Culture of Republic of Vietnam event video | Ryan Wolfson-Ford | 2023-06-12 |
| 49 | Summer boats at Ryogoku Bridge | Cameron Penwell | 2023-06-23 |
| 50 | Thai Cold War Posters blog cross-post | Ryan Wolfson-Ford | 2023-06-28 |
| 51 | Catching Japanese spiny lobster | Cameron Penwell | 2023-06-30 |
| 52 | Fireworks at Ryogoku Bridge | Cameron Penwell | 2023-07-04 |
| 53 | Southeast Asian Rare Books and Manuscripts in the Asian Reading Room at the Library of Congress | Joshua Kueh | 2023-07-12 |
| 54 | The 500th Post! A Milestone for 4 Corners of the World | Jonathan Loar | 2023-07-18 |
| 55 | ARR display Thailand celebrates 2500th year of Buddhist era (1957) | Ryan Wolfson-Ford | 2023-07-25 |

| | Title | Author | Date |
|----|----|----|----|
| 56 | Miao Man tu ce ye post | Yuwu Song | 2023-08-01 |
| 57 | Philippine literature in English | Joshua Kueh | 2023-08-04 |
| 58 | FB post for cross-posted blog on origami shrimp | Cameron Penwell | 2023-08-22 |
| 59 | Lao neutralism post | Ryan Wolfson-Ford | 2023-08-30 |
| 60 | Mangyan virtual panel event post | Joshua Kueh | 2023-09-07 |
| 61 | Fragile, Flammable, Forbidden event post | Yuwu Song / Cameron Penwell | 2023-09-13 |
| 62 | FB event for Mangyan script event | Joshua Kueh / Cameron Penwell | 2023-09-18 |
| 63 | South Asia textile talk/display event post | Charlotte Giles | 2023-09-19 |
| 64 | Japanese mushroom hunting post | Cameron Penwell | 2023-09-30 |

## Appendix F: Acknowledgements of AD Collections and Activities in Patron Emails, Print Publications, and Online Media

**Internal publications**

| Author | Article Title | Publication | Issue, Date, Pages |
|---|---|---|---|
| Joshua Kueh | 'Chinese Overseas' Subject Heading Approved | Gazette | August 11, 2023. Page 6. https://www.loc.gov/static/portals/about/pandemic-information/documents/gazette/Gazette_31_081123_web.pdf |
| | Library Marks Korean Armistice Anniversary | Gazette | August 11, 2023. Page 6. https://www.loc.gov/static/portals/about/pandemic-information/documents/gazette/Gazette_31_081123_web.pdf |
| Ann Roddy | Rare Vietnamese Nôm Cataloged | Off the Shelf | December 16, 2022 |
| Ann Roddy | Events Highlight Tibetan Holdings, Cataloging: Organizers set out to showcase and expand access to Tibetan materials. | Gazette | March 10, 2023. Page 3. https://www.loc.gov/staff/gazette/uploads/2023/03/Gazette_10_031023_web.pdf |
| | Rare Chinese Scrolls Donated to the Library | Gazette | June 2, 2023. Page 3. https://www.loc.gov/staff/gazette/uploads/2023/06/Gazette_22_060223_web_ed.pdf |
| Ian Chapman | Library Digitizes Rare Chinese Encyclopedia | Gazette | June 9, 2023. Page 3. https://www.loc.gov/staff/gazette/uploads/2023/06/Gazette_23_060923_web.pdf |
| Jessalyn Zoom | Armenian and Thai Scripts in Catalog | Gazette | July 21, 2023. Page 4. https://www.loc.gov/staff/gazette/uploads/2023/07/Gazette_28_072123_web.pdf |

| | Records Initiated | | |
|---|---|---|---|
| | Q&A: Jessica Tang | Gazette | August 4, 2023. Page 5. https://www.loc.gov/staff/gazette/uploads/2023/08/Gazette_30_080423_web.pdf |
| Cameron Penwell | 1 Million Pagodas and Prayers | Library of Congress Magazine | January/February 2023. Page 5. https://loc.gov/lcm/pdf/LCM_2023_0102.pdf |
| Ryan Wolfson-Ford | Asian Division and Law Library Host Lao National Assembly Delegation | Off the Shelf | August 4, 2023 |

## LC/AD Mentions in External Publications

| Author | Type of Publication | Publication | Note/Acknowledgement |
|---|---|---|---|
| Neeti Nair | Book | *Hurt Sentiments: Secularism and Belonging in South Asia.* Cambridge, Massachusetts: Harvard University Press, 2023. | "Abundant thanks to Jonathan Loar at the Asian Division of the Library of Congress for his resourcefulness and tremendous support, even during the tough times of the pandemic" (Acknowledgements, p. 325). |

| Author | Type of Publication | Publication | Note/Acknowledgement |
|---|---|---|---|
| Dali Tan | Web article | "A Profile of the World Languages Discipline Group at Northern Virginia Community College: This Quarter's Spotlight: Dali Tan shares how her discipline group creates community in and through Chinese courses" on the website of MAPS (MLA Academic Program Services). Available at https://www.maps.mla.org/Resources/Department-Spotlight/Fall-2023. | "For example, we recently went on a trip to Washington, DC. During our time there, staff members at the National Museum of Asian Art led us on a guided tour of the special exhibit *Anyang: China's Ancient City of Kings*. Our students also received official Library of Congress Reader Identification cards for the next two years, as well as a presentation on materials at its Asian Reading Room at the Library of Congress." |
| Francesca Orsini | Book | *East of Delhi: Multilingual Literary Culture and World Literature*. New York: Oxford University Press, 2023. | "... and Jonathan Loar, South Asia reference librarian at the Library of Congress, helped with images at a crucial time" (Acknowledgements, p. xii. |
| Ole Birk Laursen | Book | *Anarchy or Chaos: M.P.T. Acharya and the Indian Struggle for Freedom*. Oxford: Oxford University Press, 2023. | "I am indebted to many friends and scholars who, in various ways, have offered comments or clarifications, including... Jonathan Loar..." |
| Sensei Alex Kakuyo | Web article | "Gandharan Text at the US Library of Congress May Rewrite the History of Buddhism," November 29, 2022, on the website of BDG (Buddhist Door Global). Available at https://www.buddhistdoor.net/news/gandharan-text-at-the-us-library-of-congress-may-rewrite-the-history-of-buddhism/. | "'This is a unique item because it is very old compared to similar manuscripts and, as such, it does bring us, historically speaking, relatively close to the lifetime of the Buddha,' Jonathan Loar, reference librarian in the Asian Division at the Library of Congress, said in a statement when the manuscripts were first made public two years ago. (CNN)." |

| Author | Type of Publi cation | Publication | Note/Acknowledgement |
|---|---|---|---|
| Marra, Toshie, and Noguchi, Setsuko | Journal article | "The 2023 Japanese Rare Book Workshop on Edo Printed Books: A Report," *Journal of East Asian Libraries*: Vol. 2023: No. 177, Article 5. Available at https://scholarsarchive.byu.edu/jeal/vol2023/iss177/5. | Abstract: "The report on the Japanese Rare Book Workshop on Edo Printed Books which was held at the Library of Congress (LC) in Washington DC from August 9 to 11, 2023. This three-day workshop was organized by the Subcommittee on Japanese Rare Books, Committee on Japanese Materials (CJM) within the Council on East Asian Libraries (CEAL) in collaboration with LC's Asian Division and NMAA and its Library, and Professor Takahiro Sasaki of Shido Bunko, Keio University, as the instructor. The focus of the 2023 workshop remained centered on printed books from the Edo-period, as most Japanese rare materials held by North American institutions are printed books published in this period." |
| David Holden | Web article | "Tuan Hoang Speaks at the Library of Congress," June 6, 2023, on the website of Pepperdine University's Seaver College." | "Tuan Hoang, Seaver College's Blanche E. Seaver Professor of Humanities and Teacher Education and associate professor of Great Books, was recently invited by the Asian Division of the Library of Congress to offer a lecture and act as a panel member discussing the American impact on the culture of the Republic of Vietnam.... ""It was a delight," says Hoang. "It was awesome to be in this very impressive room at the Thomas Jefferson Building. It was a beautiful setting, and it gave me the chance to do some research at the Asian Division's archives." |
| Paula Curtis | Web article | "Specialist Spotlight: Cameron Penwell," July 21st, 2023. Available at | |

| Author | Type of Publication | Publication | Note/Acknowledgement |
|--------|---------------------|-------------|----------------------|
| | | https://guides.nccjapan.org/homepage/news/news/Specialist-Spotlight-Cameron-Penwell. | |
| Jana Igunma | Web article | Laboratory "Lao collections in the digital age: libraries, archives, museums," Southeast Asia Library Group Newsletter No. 54/Dec. 2022. Available at https://southeastasianlibrarygroup.wordpress.com/. | |
| Anne Hansen | Newsletter article | "Library of Congress Archivist Ryan Wolfson-Ford Reflects on His Unexpected Career Path," The Past in the Present: 2022 Alumni Newsletter, University of Wisconsin-Madison History Department, April 2023. Available at https://history.wisc.edu/wp-content/uploads/sites/202/2023/04/history-newsletter-2022-mobile.pdf | |
| K.M. Lawson | Blog post | "Drawings in the North Korean Magazine Hwalsal/Hwasal," Frog in a Well (blog), Nov. 13, 2022. Available at https://froginawell.net/frog/2022/11/drawings-in-the-north-korean-magazine-hwalsal/. | Discussion of drawings from a title in the North Korean Serials digital collection. |
| Kit Brooks | Book | *Ay-O Happy Rainbow Hell*. Washington: National Museum of Asian Art, 2023. | "…helped me track down innumerable journal volumes to assist my research, as did Eiichi Ito and Cameron Penwell at the Library of Congress." |

**Noteworthy Social Media Posts Related to Asian Division**

| Date | Platform | Author | Subject | URL |
|------|----------|--------|---------|-----|

| 2022-10-12 | Twitter (X) | Binalakshmi Nepram | Jonathan Loar and ARR researcher Binalakshmi Nepram in ARR | https://twitter.com/BinaNepram/status/1580306574035152896 |
|---|---|---|---|---|
| 2023-9-29 | Twitter (X) | UVA East Asian Center | Flyer for Dr. Elli Kim's talk on North Korean at UVA | https://twitter.com/Uva_EAC/status/1707767443807166590 |
| 2023-9-30 | LinkedIn | UVA East Asian Center | Dr. Elli Kim's talk for the first speaker event at UVA East Asian Center | https://www.linkedin.com/posts/university-of-virginia-east-asia-center_thank-you-to-everyone-who-attended-our-two-activity-7113727415712903168-ueZD |
| 2022-12-11 | Facebook Instagram | Junaid Akram (Pakistan Influencer) | Viral video related to AD's Naqvi Collection | Video related to the Naqvi Collection and featuring Charlotte Giles showing items from collection. Shared on Facebook with the Pakistani Shi'a community, with over 800 comments and 40k views. Later expanded and shared further by influencers with over 1 million views across all platforms. This soon led to at least 20 LibAnswers tickets about the collection, and researchers still mention the video when contacting AD. <ul><li>Original post: https://www.facebook.com/reel/678912833938081</li><li>Influencer Facebook post: https://www.facebook.com/reel/678912833938081</li><li>Influencer Instagram post: https://www.instagram.com/p/CmBjOisA6Mx/</li></ul> |

| 2023-5-07 | Facebook | Tuan Hoang | Researcher Tuan Hoang's post on visit to ARR | MORE CATHOLIC STUFF. A few nuggets found at the LOC's Asian Division and the archives at CUA. A miniature devotional book of Our Lady of Perpetual Help published in South Vietnam. A documentary that ends with the triennial festival at La Vang. A newsletter of the Association of Vietnamese Clergy and Religious in America from 1971, which includes an announcement of three nuns taking final vows in suburban Buffalo. I also popped over Nelson Minnich's office in the library unannounced, but he was out. https://www.facebook.com/tuannyriver/posts/pfbid02QMG5SGhZuj7g21rSjmL8YLwn7rNm6BYAckWq456eLHbHF5MRsD6FcK5JX2Vo4QCVl |
|---|---|---|---|---|
| 2023-3-9 | Twitter (X) | Jeffrey Kotyk | Researcher Jeffrey Kotyk's tweet on visit to ARR | "The Asian Reading Room at the Library of Congress is fantastic for research." https://twitter.com/JeffreyKotyk/status/1633830479068803078 |
| 2013-3-13 | Twitter (X) | Tatiana Linkhoeva | Researcher Tatiana Linkhoeva's tweet on materials accessed in ARR | "An important study by the Japanese Army in 1936 how to make Mongolian alcoholic drink with lots of information and instructions. Found in the Library of Congress" https://twitter.com/linkhoeva/status/1635404116011909120 |
| 2023-3-16 | Twitter (X) | Hannah Kim | Researcher Hannah Kim's tweet on materials accessed in ARR | "My office for the past few days. The Library of Congress has such a good collection on North Korean philosophy & aesthetics! Been reading poems from the 60's all day" https://twitter.com/thisishannahkim/status/1636490290251853824 |
| 2023-4-28 | Twitter (X) | Weatherhead East Asian Institute (Columbia University) | Weatherhead East Asian Institute's tweet promoting talk by AD staff at | "Starting in one hour! Susan Meinheit will discuss the "History and Development of the Library of Congress Tibetan Collection" with Kristina Dy-Liacco, Tibetan Studies Librarian at the C.V. Starr East Asian Library." |

| | | | Columbia University | https://twitter.com/WEAI_Columbia/status/1651950025168019457/ |
|---|---|---|---|---|
| | | | | |

**Acknowledgements: selected messages from patrons**

1. Email from researcher (South Asian collection)



Re: More LOC books

Vishnu Sriram <                    >
To ○ Loar, Jonathan                                    3/21/2023

ⓘ You replied to this message on 3/22/2023 9:31 AM.

**CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Mr. Loar,

All the books were received. I also wanted to offer my immense thanks. The materials I found during this trip will be incredibly valuable for my thesis. I had been putting off this trip for so long and was very close to just not doing it, but I am so glad that I did. I definitely plan on recommending making this pilgrimage for all the Yale history majors that I know. Thanks again.

Sincerely,
Vishnu

2. Email from researcher (Korean collection)



Re: 조선음악 관련 링크 드립니다.

**Sunhong Kim** <                                          >
To   Kim, Elli
8/8/2023

**CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Dr. Kim,

I hope you are well.

I didn't have time to greet you properly today-I am sorry but sound recordings that I requested in the recording room took some time to look it in details— but, I am so thankful for your help in terms of finding resources related to my research topic over the course of past few days. I found very useful materials for my research. Also, your reference to the box number at the NARA was extremely helpful!

I really appreciate your help. It was fruitful trip to me and great for me to get used to the system here. I hope to meet you later again soon! Have a wonderful summer! I'll keep you in touch.

All the best,
Sunhong

3. Email from reseracher (Chinese collection and FTM fellow)



Thank-you note

**Mian Chen** <                                          >
To   ○ Butler, Chandell M; ○ Song, Yuwu; ○ Chapman, Ian D
ⓘ You forwarded this message on 8/11/2023 12:17 PM.
Tue 8/8/2023 8:00 AM

**CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Chandell, Ian, and Yuwu,

Thanks for your help with my visit to the Asian reading room last week. Nothing makes a historian happier than being productive on-site, and I was so lucky to have been happy throughout the week.

I sincerely thank Chandell for all the arrangements, Yuwu for introducing me to all the fantastic resources, and Ian for looking up uncatalogued newspapers that probably very few people used. These materials significantly enrich my dissertation. Microfilmed and uncatalogued newspapers produced between 1957 and 1958 help me take a closer look at how the Great Leap Forward Campaign dramatically transformed textual expression, rhetorical framing, and visual designs of not just national newspapers but also many local outlets. I also found the 1958 issues of the newspaper published in my hometown, *Chan Chiang Pao* (Zhanjiang Bao) in the uncatalogued papers, which I have been trying to locate for many years but to no avail. I was able to imagine how my grandparents live through the frantic period, what they read, how they thought, and how they talked to my then newly born father (b. 1957) and mother (b. 1960). It was very meaningful to me, both academically and personally. I also found important materials in the main reading room, the official bulletin of the International Broadcasting and Television Organization, a rarely-noticed international organization that China joined during the Cold War. I have been working on a journal article on China's role in this organization. Spending last Saturday in the main reading room helped me enrich this article project and rethink China's role in the cultural Cold War.

All in all, thanks for the support from the LOC, and thank you all for looking out for me. I hope you all have a wonderful summer, and I am sure we will meet again in the future!

Best,
Mian

4. Email from researcher (South Asian colletion)

Re: LC contact emails and US DoS database on India-Pakistan conflict 1963-1966



You replied to this message on 11/14/2022 1:29 PM.
If there are problems with how this message is displayed, click here to view it in a web browser.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Dear Jon and Charlotte,

Thank you so much for making my dissertation research trip to the Library of Congress smooth, productive, and enjoyable. And very welcoming too.

Charlotte, due to your tireless efforts the week before in guiding me and making material requests on my behalf, I was able to dive right into the research materials and Pakistan periodicals available at the LC when I arrived at the LC and make the most of my time in DC. I particularly found the Pakistan military periodicals and journals that you had guided me to really useful. I believe I can add further insights vis-a-vis my project with those periodicals. I also enjoyed working with the microfilms (my first time!).

Jon, it was a pleasure to meet you in-person. Thank you for pointing out the India-Pakistan Conflict, Records of the U.S. State Department, 1963-1966 database. I was able to peruse through it after our conversation and found some potentially useful primary materials for my dissertation research. In particular, the database had multiple clusters of files along the lines of "India-Pakistan Military Operations" and "India-Pakistan Borders & Territory Violations", some of which I accessed and which seem very relevant to my project.

Hope I'll get to see you both the next time I visit the Library of Congress.
Thank you to you both for bearing with my multiple queries and requests. Your support before and throughout my trip was really encouraging and I truly appreciate your invaluable guidance. The last couple of weeks interacting over emails and in-person with you both and visiting the LC itself has really made me appreciate even more the wonderful and expert work you two have done and continue to do.

Hope to stay in touch and continue to benefit from your expertise and guidance.

Thank you,
Omar

5. Email from researcher (Southeast Asian collection)

Re: Meeting Request (Research Consultation): Dec 28th, 29th, 30th; Ja...



You replied to this message on 1/3/2023 8:32 AM.

Dear Joshua,
Hello, I cannot thank you enough for having taken the time to meet with me and for being so generous in sharing your guidance and wisdom in moving forward with my dissertation questions and orienting me in the LoC collections. Your bibliography has been an extremely precious gift, as is your email here! Thank you again for spending the time to share this with me!

If I may, I hope I may ask to see the copy of Antonio de Morga's *Conquista de Malucas* that you had showed me with the Herrera annotations. Is there a chance I could visit it from 1pm until closing on Wed. 4, Thurs. 5, and Fri. 6 of this coming week? If not, I will look forward to inquiring about future visit times. Thank you!

Sincerely,
Amy Chang

6. Email from researcher (Southeast Asian collection)

Re: Filipino American History Month post



MP  Mark Pulido
    To  ○'                          '; ● Kueh, Joshua Eng S
    Cc  ○ Gloria Pulido                                        10/26/2022

ⓘ You replied to this message on 10/27/2022 12:49 PM.

Joshua,

Thank you so much for posting this!  I really appreciate it and the support you are providing to the community.  You play a very important role at the Library of Congress and I have great respect and admiration for the work you are doing.  It was such a pleasure to work with you recently on my visit to Washington, D.C. to research through my Ninong's archives.  I have been sharing the good word about the LOC archives with key community folks, both in Los Angeles where he lived and in Washington, D.C. where our community leaders and educators are closer to the LOC to access them.

I look forward to staying in touch with you and to envision the possibilities of how the community can support the important work of the AAPI Collection at the Asian Division.  Please keep me posted on developments on your end and I hope to visit again soon when I have more time to continue my research.  I am also including my wife, Gloria, as we both share these important interests of our Ninong's archives and legacy as well as our work within the Filipino American and AAPI communities.  Thank you for keeping us both in touch.

Best regards,
Mark

## 7. Email from researcher (Chinese, Japanese, Korean collections)

Thank you!



TM  Tobie Meyer-Fong <          >
    To  ○ Shao, Dongfang; ○ Chapman, Ian D                    ↩ Reply  ↩ Reply All  → Forward
    Cc  ○ Earle Havens                                        Sun 4/23/2023 7:30 PM

ⓘ You replied to this message on 4/24/2023 2:31 PM.

CAUTION: This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Shao Dongfang, Dear Ian,

Thank you so very much for the extraordinary hospitality that the Asian division extended to the faculty and graduate students from Johns Hopkins and the visiting speakers who participated in our symposium on East Asian books and book history on Friday.  The presentations by Ian, Cameron, and Elli were informative and lively and effectively spotlighted the strengths of the library's holdings in Chinese, Japanese, and Korean rare materials.  The opportunity then to see examples from the collections—including many items familiar from our study of East Asian rare books, but which we so rarely (if ever) have the chance to see in person--was truly a special occasion that we will all long remember.  The visit to the Asian Division was truly a highlight of our symposium.

It was especially good to see the talented new librarians that have been recruited to the Asian Division and to see how much they value the collection.  It is clear that they bring both enthusiasm and knowledge to their work at the library.  I hope that students and faculty at Hopkins will have further opportunities to cooperate with the Library of Congress in the future!

Please convey my gratitude to Cameron and Elli as well.

All best,
Tobie

Tobie Meyer-Fong
Johns Hopkins University
Professor and Chair of History

Appendix G: Selected Pictures of Asian Division Activities



Korean librarian Elli Kim shows some of the Korean special collection items to Ellen Park, an assemblywoman for New Jersey's 37th legislative district on December 6, 2022.



Japanese librarian Eiichi Ito shows exhibition catalogs of Isamu Noguchi, Japanese American artist, sculptor, and landscape architect to Representative Mark Takano's family in Whittall Pavilion on January 4, 2023.



South Asian librarian Jonathan Loar shows palm leaf manuscripts to visitors from the Paramaththa Foundation, a Sri Lankan organization that digitizes and preserves palm leaf manuscripts in Sri Lanka, on January 19, 2023.



On February 8, 2023, an Indonesian parliamentary delegation—four members of Indonesia's House of Representatives, as well as their spouses and staffers—visited the Asian Division. During the visit, AD hosted a meeting between the delegation and the Congressional Research Service (CRS) to discuss CRS's role.



Executive Director of the Buddhist Digital Resource Center, Jann Ronis, presenting a book talk on "Digital Dharma: Recovering Wisdom" on March 31, 2023. "Digital Dharma" documents the work of former New Delhi Field Director E. Gene Smith to preserve Tibetan literary heritage.



Korean librarian Elli Kim shows some of the Korean special collection items to the South Korean Minister of Patriots and Veterans Affairs and his staff on April 26, 2023.



At the request of AD, Rare Book and Special Collections Head of Reference and Reader Services Section, Michael North, shows the oldest book printed in the Philippines to the leadership and staff of the National Library of the Philippines and National Museum of the Philippines in the Asian Reading Room on April 27, 2023.



South Korean journalists from MBC and SBS examining some of the North Korean collection items on April 27, 2023.



Southeast Asian reference librarian Ryan Wolfson-Ford introduced a talk on by scholars Dr. Wynn Gadkar-Wilcox and Dr. Tuan Hoang on the "American Impact on the Culture of the Republic of Vietnam" in LJ-119 on May 2, 2023.



Asian Division's Dr. Dongfang Shao (Chief) and Joshua Kueh (Southeast Asian librarian) together with Nichelle Schoultz (Senior Advisor at the Office of the Librarian) and the Director of Malaysia's Selangor Public Library (Datin Paduka Mastura Muhamad) and two Selangor Public Library officers, following a meeting at AD on May 2, 2023.



Hannah Sommers (Associate Librarian for Researcher and Collections Services), accompanying a delegation from the Office of the Chief Minister of the Malaysian state of Selangor to the Asian Reading Room on May 3, 2023. AD hosted this delegation at the request of Robin Dale, Deputy Librarian for LCSG.



South Asian librarian Jonathan Loar and Southeast Asian Ryan Wolfson-Ford give a reading room tour and prepare a small collection display for representatives of the International Buddhist Association of America, including the IBAA President Wangmo Dixey and Buddhist clergy from several traditions on May 4, 2023.



Keynote speaker Michael Allen Lake presenting a paper, co-authored with Ambassador Joseph E. Lake, at the 15th Annual Mongolian Studies Conference on May 12, 2023.



Asian Division's Juli Han (Processing Technician) shows items from the Korean collection to a delegation from the National Assembly of the Republic of Korea on May 18, 2023.



South Asia librarian Jonathan Loar and Chinese librarian Ian Chapman welcome 13 Junior Fellows for an overview of the Asian collections and tour of the Asian Reading Room on June 7, 2023.



Southeast Asian reference librarian Ryan Wolfson-Ford host a visit by a 14-member delegation of the Lao National Assembly to the Asian Reading Room on July 18, 2023.



Asian Division's Joshua Kueh (Southeast Asia librarian) showing rare Indonesian items to a group headed by the Chief Justice of the Constitutional Court of Indonesia during a visit to the Asian Division on July 20, 2023.



Taiwan National Archives Delegation visit on July 27, 2023.



Prof. Professor Takahiro Sasaki of Keio University, Tokyo, giving a lecture on Japanese woodblock printed books from the 17th to 19th century in the Japanese Rare Book Workshop on August 9, 2023.



Books in the Art of Stanford Professor Xiaoze Xie on September 14, 2023.





Uyan Daay, a Hanunuo Mangyan script master and researcher from the Mangyan Heritage Center in Mindoro, Philippines, speaking during "Mangyan Scripts, Literary Heritage, and Collections," on September 20, 2023.

The Intersection between Texts and Textiles on September 29, 2023.

## Appendix H: Training and Personnel Changes

STAFFING

- **FTE Staff (permanent and temporary):**   23
- **Interns, Volunteers, Fellows:**
  - Junior Fellow: Amina Malik (May-July 2023)
  - Korean Junior Librarian: Migyeong Jeon (July 2023 - Present)
  - FTM Fellow: 6

| FTM Fellows | |
|---|---|
| **First Name** | **Last Name** |
| Karlee | Bergendorff |
| Mian | Chen |
| Nancy | Lee |
| P. Mike | Rattanasengchanh |
| Suvaid | Yaseen |
| Zachary | Clark |

  - Volunteer: Philip Melzer (ongoing)
  - Volunteer: Carol Mitchell (October 2022-September 2023)

PERSONNEL CHANGES
(with GS-level), including promotions, resignations, retirements, new hires and deaths

- New Hires: Kristin Williams (GS-14, July 2023)
- Promotion:  Shamsa Mubeen (GS-6, March 2023), Elli Kim (GS-11, April 2023)
- Retirement:  Se Ling Lin (December 2022)

TRAINING OPPORTUNITIES   **(Names with GS-level and class or training)**

AD staff completed 179 training sessions, totaling 375 hours. The complete training details can be found on the wiki: https://staff.loc.gov/wikis/download/attachments/186753917/ad-training.xlsx?api=v2

| |
|---|
| All staff completed the IT Security Awareness Course 2023. |
| All staff completed the Records Management Basic Awareness 2023. |
| Chandell Butler completed LC-IT Role Based Administrative Training 2023 |
| Chandell Butler completed IPP for COR Training 2023 |
| Chandell Butler completed: FMD Refresher Training 2023 |

## Appendix I: Selected Achievements in FY23 by AD Employees

**Sayaka Berkley** worked on the "Selected Japanese Army and Navy archives" microfilm digitization project, enriching available metadata by adding titles in Japanese script for 1,363 items. Additionally, she strategically shifted thousands of historical Japanese serial titles in the B-collection to create shelf space; on these shelves she interfiled hundreds of items that had been temporarily placed on the floor due to lack of space. In monograph processing, Sayaka's efforts were instrumental in creating space for new incoming materials by shifting class PN-QA monographs, while she also transferred single monographs and multi-volume items to offsite storage. She worked closely with reference librarians to review incoming softcover single monograph items and note librarians' selections for binding, while also coordinating with AD technicians and GCCS binding section staff for delivery. Sayaka collaborated with Japanese catalogers in ASME to upgrade 69 multi-volume titles that lacked Japanese script in their catalog records, which were then successfully transferred to offsite storage. Sayaka also made notable contributions to the Tibetan and Mongolian collections, which included shifting monographs, shelving all floored items, and enabling the offsite transfer of multi-volume titles.

**Chandell Butler** completed the following LC-required courses: Records Management, Security Awareness, LC-IT Role Based Administrative Training, COR Forum Monthly Meetings, Junior Fellows On-Boarding Training, IPP for COR Training, Financial Management Directorate Training for LCSG, eACQ courses (New Users/POMS Aeon Creation), Contract Management and Doc Creation and Close Out Processes.

**Ian Chapman** improved the discoverability, documentation, and preservation of the Library's early and rare Chinese collections. He documented individual rare books through descriptions and photographs; oversaw the work of a volunteer cataloging rare materials; collaborated with Collection Services to identify cataloging needs for the pre-1912 collection; and co-planned a pilot project for the cataloging of pre-1912 and special collections. He liaised with DCMS and ABA to resolve metadata display problems in Chinese digital collections. Ian brought the multi-year *Yongle da dian* digitization project to successful completion by working with Collection Services staff and DCMS to rectify errors in the digital collection and by publicizing the collection's full online publication through a blog post, Gazette article, press release, and social media. Ian worked with Conservation and DCMS to treat and digitize 6th-10th century Buddhist scrolls from Dunhuang. He collaborated with conservators and art historians from the Library and the Freer and Sackler Galleries to assess 12 calligraphic scrolls attributed to the 12th century master Mi Fu. Ian introduced and displayed Chinese special collections to numerous visiting groups. He organized a session on East Asian rare books in conjunction with the symposium "Hidden in Plain Sight: East Asian Rare Books in American Libraries & Museums." Ian helped launch Chinese language web archiving.

**Rann Chrouk** significantly improved the collection of Southeast Asian bound serials in Adams Building. He searched and pulled volume titles for contractors to inventory in preparation for offsite transfer, and he moved volumes from the deck floor to be interfiled with titles on the shelves, which improves collection item retrieval in response to reader requests. It also improved

access to the working areas. Rann also organized more than ten Southeast Asian print newspapers for digital conversion as part of the switch from microform to digitization.

**Tien Doan** served 7 months as the Head of Scholarly Services. While serving as the Head of Scholarly Services in this period, he noticed that there were uncaptured data, leading to AD under-reporting of various metrics, such as collection use, items served, etc. He redesigned the PBR sub-forms to capture the missed workflows and data, streamlined the reporting process, and trained staff to enter the data. Tien introduced procedures to improve the availability of teleworking staff to patrons through requiring staff to log into Zoom, promoting the use of desk phone forwarding, and using LibStaffer to record leave, onsite, and telework. He implemented a new process to keep all collections' acquisition strategy up to date and updated the reading room procedure manual to include a guide for working with impaired patrons. He served as a tester for the Microsoft 365 migration and for the reading room's new workstation configuration.

**Charlotte Giles** wrote and published three blog posts for *4 Corners of the World*, and one blog post for the Library's blog *Bookmarked*. One of these posts was a brief history of the OVOP Delhi office's 65th anniversary. This post was picked up by the Delhi US Embassy's internal publication, SPAM, translated it into Urdu and Hindi, and published those as well as in English. Charlotte with a group from CONSALD to compose an application for a *South Asian Governmental Publications Web Archive* through Ivy Plus and crawling began in August 2023. Charlotte worked with Suzanne Schadl to compose an application for the *International Political Events Web Archive* which was approved. This is the first international web archive of its kind with shared seeds amongst the international collections, allowing ROs to immediately begin crawling content when the need arises such as snap elections, coups, or other planned/sudden political events. Crawling for this archive began in January 2023. On September 29, 2023, Charlotte organized and hosted The Intersection between Texts and Textiles across Africa, the Middle East, and Asia display, and talk with Dr. Sylvia Houghteling from Bryn Mawr College. This event happened with support from AMED, P&P, G&M, and Rare Books. The display took place in the rooms on Mahogany Row and the talk took place in LJ-119 as an unrecorded hybrid event. 500 people walked through the display, 40 people attended the talk in-person, and 200 people attended the talk virtually on Zoom.

**Juli Han** prepared and transferred a total of 70 trucks with 10,000 items to the offsite facility. The Korean collection is rapidly growing, and many returned bound serials had filled up floors and hallways in stacks due to limited physical space, raising significant safety concern for emergency exits. In doing so, she assisted reference librarians to select and prepare materials by shifting and pulling materials in the Korean collection. Juli successfully fulfilled the FY23 North Korean serial digitization project, handling a total of 771 volumes. To do so, she prepared the North Korean Serial Digitization Project by pulling items from shelves, examining each issue thoroughly, inserting slips into each volume and indicating each unit's information into the project's spreadsheet. She delivered these items to the digital scan center in a timely manner and picked them up when scanning had been completed. Ms. Han successfully assisted and hosted a visit from 8 members of the Republic of Korea National Assembly Delegation by displaying rare Korean materials in the Asian Reading Room and explaining these items and Korean genre painting materials and painters. She also served as interpreter for an overview of the division and reading room provided to the group by a Southeast Asian reference librarian.

**Takako Hutchinson** continued working on the Japanese Serial Inventory Project; as a result, readers are able to see accurate holdings information in the Library's online catalog, and a large number of serials are ready for sending offsite, also for digitization in future. She searched discontinued serial title, created the list of candidate serial title for sending offsite and started sending them to offsite with approval from Librarian; as a result, made more space on shelf to shelve the materials which placed on the floor currently, and clear part of the aisle floor. It will help items are prevented from damaging, also the staff will be able to walk through more easily when they are searching, retrieving, shelving, and shifting. Takako continued reviewing Japanese serial titles in order of shelf location number, identifying serial titles needing bibliographic records and/or minor errors in their records, and started sending about 60 titles of them to NEA (cataloger) for processing. Now those titles have bibliographic record and/or fixed minor errors in their records; as a result, the patrons are enabled to find more records and access more items.

**Sabrina Hsu** is responsible for supervising the development and maintenance of the Asian collections as AD's Head of Collection Services. She oversaw the successful completion of AD's Binding and Inventory contract, which prepared 7,733 bindable units, the inventory of 40,099 collection items, the shelving of 6,084 returned bound items into the collection, and the relocation of 1,771 items to make room for incoming materials by September 2023. She developed the "AD Rare Book Transfer Request Information and Permissions Form" and formulated guidelines for staff to follow when moving works from the Asian Rare and Special collection to other collections outside the AD. She serves as the co-chair for the Security and Inventory Working Group (SIG) Charter and member of the Inventory Management Policy Group (IMPG) since July 2023. These roles help the Library in developing a standardized procedure for monitoring and securing materials in both physical collections and new systems.

**Eiichi Ito** organized and hosted a three-day workshop in August on Edo Period (1603-1868) Printed Books. The workshop was attended by 22 librarians, curators, and researchers who make Japanese rare book collections discoverable and available for research and teaching in colleges and universities in the United States. AD co-sponsored the workshop with the Committee on Japanese Materials of the Council on East Asian Libraries (CEAL). For the workshop, Eiichi carefully selected over thirty rare books from almost 6,000 titles in the Japanese Rare Book Collection to illustrate various characteristics of Japanese rare books and specialized bibliographic terminology. Additionally, he continued to work with the Ainu and Ezochi Rare Collection Digitization Project to make available ten more manuscripts, books, and records of Ainu and Ezochi in the 19th century. Representing the Library of Congress, Eiichi continued to serve on the North American Coordinating Council on Japanese Library Resources (NCC). During the absence of the head of the Scholarly Services from May to July 2013, Eiichi took on additional responsibilities for running the Asian Reading Room. These included ensuring reference desk shift coverage, solving operational issues, and dealing with a situational closure of the Asian Reading Room.

**Rumiko Kayo** inventoried 8,422 Chinese items and reviewed more than 5,600 Korean and Southeast Asian bound serials that had been inventoried by contract staff, catching more than 1,100 errors. She also prepared manuals and demonstrated how to review bound serials, in order to help both a Junior Fellow from PSD and colleague technicians in AD. This helped clarify holdings information and ensure that holdings would be properly updated after materials were

sent offsite. During telework, she reviewed and updated 2,150 holding records of CBM and MFM microfilms which had unclear call numbers on the label, so that both users and technicians can identify the right reel.  She verified master and service copies of 972 microfilm records and ordered the missing 242 reels. She reviewed 3,667 monograph records that had been assigned to the General Collection by default and updated 307 items to the Asian Collection. She also shifted all items in the uncatalogued unbound serial section, put them in folders, rewrote their location numbers to make them easier to view, and rehoused 370 brittle items to allow them to be retrieved upon request.

**Elli Kim** actively conducted outreach initiatives to enhance accessibility to the Korean collection both online and offline. She delivered three public lectures on North Korea, demonstrating her adept utilization of the Library's resources while introducing the Korean special collections at major universities. Additionally, she provided six research orientations for academic communities and held 14 presentations introducing the Korean collection to academics, area specialists, and the general public. Elli also offered extensive research support for Roanoke College's nationally grant-winning project, "The Modern-Day Legacy of U.S. Missionaries in Korea," as well as for the Library's involvement in UNESCO's "From Jikji to the Guttenberg Project." She oversaw Phase II of the North Korean Serials Digitization Project, which involved digitizing a total of 771 volumes of North Korean periodicals. In addition, she acquired 84 rare book digital files from the National Library of Korea as a result of the NLK and LOC collaboration project in 2008. Furthermore, she played a pivotal role in coordinating the "70th Anniversary of the U.S.-Korea Alliance Symposium" as a planning-committee member. Elli was responsible for inviting program speakers and guests and served as the program's moderator. Finally, she has been mentoring the Korea Foundation junior librarian at AD, working on collaborative projects such as creating the South Korean democratization movement LibGuide, a blog, "The McCune Family: Pioneers of Korean Studies" and updating the North Korean Serial database.

**Joshua Kueh** put together the LibGuide, "Mangyan Bamboo Collection from Mindoro, Philippines, circa 1900-1939, at the Library of Congress," which was published in January 2023. Together with Ryan Wolfson Ford (Southeast Asian Reference Librarian), he also compiled the LibGuide "Southeast Asian Rare Books and Manuscripts in the Asian Reading Room at the Library of Congress," which was published in July 2023. Besides LibGuides, Joshua worked closely with DCMS, and catalogers, to launch the digital presentation of AD's "Mangyan Bamboo Collection from Mindoro" in January 2023. Related to this digital presentation, Joshua organized and hosted, with the support of AD's Program Specialist, Tien Doan, and Wolfson Ford, a virtual panel discussion on Mangyan scripts, literary heritage, and collections in September 2023. He also led an effort to propose and develop the *Malaysian General Election 2022 Web Archive* in October 2022, and coordinated with Wolfson-Ford and the Jakarta Field Office and its Bangkok branch on web archiving the Thai and Cambodian elections through the *International Political Events Web Archive* between the months of April and August 2023.

**Jonathan Loar** mentored the Junior Fellow project, "Inventory of South Asian Language Serial Titles." His fellow created or modified 1,475 item records across 64 serials titles. As mentor, Jonathan coordinated the fellow's training, identified priority titles, reviewed new IRECs and updated HRECs in ILS, collaborated with OVOP and ASME/MESA on difficult serials, and

supervised the preparations for Display Day. He also held weekly check-ins, introduced the fellow to Library staff in other divisions, and edited the fellow's *4 Corners* blog post. For Asian/Pacific American Heritage Month, Jonathan curated "Celebrating the Art & Literature of Jade Snow Wong (1922-2006)," a two-case display in the Jefferson Building with 19 items from Asian Division's Jade Snow Wong Collection. He also wrote a *4 Corners* blog post about the display. Jonathan revised the inventories for the South Asian Rare Book Collection's 2,300 items in the LA-Deck 5N cage and LJ-Deck 50 vault. For the Tibetan and Sanskrit Rare Book Cataloging Project, Jonathan provided frequent guidance to the ASME/MESA Sanskrit cataloger who created or updated records for 136 titles in 147 volumes, including 73 manuscripts. He helped with reading colophons, revised romanization in metadata, and found e-versions of texts. Jonathan played a leading role in editing five AD LibGuides for publication, while also publishing a revised and expanded version of the South Asian Newspapers LibGuide.

**Susan Meinheit** gave a talk "History and Development of the Library of Congress Tibetan Collection" at Columbia University Modern Tibetan Studies Program, in a lecture series "Women in Tibetan Studies."  While there she was also interviewed for the Oxford University Oral History of Tibetan Studies archive, which records memories of the founding generation of scholars of Tibetan and Himalayan studies as a recognized independent academic discipline.  Susan continued working with the cataloger on the Tibetan/Sanskrit rare book project, with a total of 1563 rare volumes now cataloged.  She organized and hosted two events: a book talk by the Executive Director, Buddhist Digital Resource Center on "Digital Dharma: Recovering Wisdom;" and the Keynote Talk for the 15th Annual Mongolian Studies Conference by Ambassador Joseph Lake and Michael Lake, "Mongolia, the Bear, the Dragon, and the Eagle (1984 – 1990)." She also co-hosted a book talk on "Karma Pakshi, Tibetan Mahasiddha," and a special event with Embassy of Mongolia.

**Shamsa Mubeen** reviewed 6,588 monographs and 993 serials, rectifying issues alongside ABA collaboration: 553 items underwent correction in bibliographic records, including 153 without any record, with all flagged items corrected/updated. Her update of 2,200 microfiche holding records from MERC significantly enhanced discoverability and access to the Asian Division's collections. Addressing space constraints, she sent 5,575 monographs and 993 serials offsite, creating room for new materials and enhancing collection access. Taking charge of ordering and processing 1,775 missing microfilms in South Asian Collections, she completed three phases— ordering, inventorying, and shelving 1,310 reels—while placing the final order of 464 reels, aligning with senior-level AD performance objectives. Collaborating with her supervisor, she solved space issues caused by incoming microfilms, adding shelves and book trucks, shifting, and rearranging 30,000 reels for a more organized, visible, and accessible South Asian microfilm collection. This transformation greatly aids library staff in swift retrieval, vastly improving collection management and meeting patron requests efficiently.

**Cameron Penwell** published a new research guide, "Japanese Historical Periodicals at the Library of Congress," and co-edited another, "Sino-Japanese War of 1937-1945: A Resource Guide." He worked on multiple digital projects, including the initiation of scanning for "Pacific Encounters," which has completed more than half of the project's projected total of scanned pages. For the Japanese Ehon rare book digitization, he successfully guided the project's proposal through concept review and then both conservation and feasibility assessments. For the Selected

Japanese Army and Navy Archives microfilm digitization project, he collaborated closely with a Japanese technician and counterparts in DCMS to confirm start and stop frames for individual titles so that all 1,363 digital items could be loaded onto a development server. To strengthen Japanese e-resource offerings, he recommended two databases that were acquired through E-Resource One Time Purchase funds: the "Collection of Magazines on Japanese Mass Entertainment (1950s-70s)" and the "Nihon Shinrei Digital Archive, Bulletin of Spirit Society of Japan (1915-1939)." He also continued to serve as the division's primary coordinator for the International Collections Facebook page, writing 19 posts and editing or assisting with 53 others.

**Yuwu Song** published his 60-page Kluge Center Research Report "Book Censorship in Post-Tiananmen China (1989-2019)" in *Journal of East Asian Libraries* in November 2022 with 1,200 downloads by November 2023. Working with Cameron Penwell, Yuwu created "Sino-Japanese War of 1937-1945: A Resource Guide" in February 2023 and the number of users/visits of the guide surpassed 10,000 by October 2023. Yuwu finished his research article "The Sino-Japanese War Materials (1937-1945) in Japanese in the Collections of the Library of Congress" for *Journal of Chinese Studies Librarians*. Yuwu prepared and hosted an event in September 2023: "The Fragile, the Flammable, and the Forbidden: Books in the Art of Xie Xiaoze". Yuwu coordinated China Web Archiving Project and submitted 15 nominations of websites (7 sites are being actively archived). Yuwu put up a display of items from the Chinese Collection related to the Sino-Japanese War (1937-1945) in the Asian Reading Room in January and February 2023 and published a *4 Corners of the World* blog about it.

**Jessica Tang** sorted, arranged, and shelved 2,154 incoming and returned requested items into the Asian Division's collections, checked-in 146 loose bound serials in the ILS Acquisition module, updated 3,226 item records and 262 holdings records in ILS cataloging module for Chinese, Mongolian/Tibetan, and Southeast materials, shifted 8,843 items to make more space in Chinese and Mongolian/Tibetan collections. This shifting has created room for the incoming new purchases. Additionally, it has prevented books from being a hazard or getting damaged on the floor. She also helped to develop two macros for the Chinese team and its contractors: a duplicate-checking macro to increase efficiency and precision when helping reference librarians to quickly check purchase lists against current holdings for duplications, and a macro for contractors to modify the holding location in holdings and item records. She conducted practical training sessions on the use of these macros for technicians and contractors. These contributions have significantly saved time in processing.

**Kristin Williams** joined AD staff in July 2023 as Head of Scholarly Services. She focused on training for supervisory and RO responsibilities in her first months, and she worked with reference librarians on promotion applications and six-month reviews. Williams comes to the Library of Congress from Cambridge University Library, where she was Head of Japanese Section. She brings a background in Japanese studies and librarianship, with a PhD from the department of East Asian Languages and Civilizations at Harvard University and an MS from the School of Library and Information Science at Simmons University.

**Ryan Wolfson-Ford** organized and chaired annual meetings of the Committee on Research Materials on Southeast Asia, which is the main US library organization supporting Southeast

Asian Studies in March. In May, Thai script was added to the ILS significantly enhancing search for Thai language materials at LC. Ryan assisted the implementation of Thai script by testing it in the ILS and OPAC. He also hosted an event, "American Impact on the Culture of the Republic of Vietnam," on May 2nd. He co-authored a LibGuide for the Southeast Asian rare book and manuscript collection and web archived sites for Thai and Cambodia elections (with Jakarta and AD staff). And he digitized 3 Thai rare items using the scan-on-demand service to serve researchers who requested access. He presented about AD's collections at conferences (Mid Atlantic AAS conference, ICLS7, VSG meeting at AAS2023) and online (CAORC). He hosted a 14-member delegation from the Lao PDR National Assembly in the Asian Reading Room and Law Library. Finally, he was able to identify a number of Khmer and Pali texts in the Southeast Asian rare collection utilizing expert scholars outside LC.

## Appendix J: Organization Chart



# Asian Division Org. Chart October 1, 2023

Dongfang Shao
Chief, Asian Division

Administrative Services:
Chandell Butler (Admin. Officer)
Tien Doan (Program Specialist)

East Asian Section
Head: Kristin Williams

SSATM Section*
Head: Vacant

Collection Services Section
Head: Sabrina Hsu

Ref. Specalists:
Eiichi Ito
Cameron Penwell
Yuwu Song

Ref. Librarians:
Ian Chapman
Elli Kim

Ref. Specalists:
Jonathan Loar
Susan Meinheit

Ref. Librarians:
Charlotte Giles
Joshua Kueh
Ryan Wolfson-Ford

Technicians:
Sayaka Berkley
Rann Chrouk
Juli Han
Takako Hutchinson
Rumiko Kayo
Shamsa Mubeen
Jessica Tang

*SSATM:
South Asian, Southeast Asian,
Tibetan and Mongolian Section