**Office of Congressional Workforce Rights Claim Form**
**Submitted by Dongfang Shao on December 4, 2023**

**Section C.**

Under the Federal Title VII of the Civil Rights Act of 1964 and the Congressional Accountability Act ("CAA"), employers cannot discriminate or harass employees on the basis of their race/color, religion, sex /gender, or national origin. Likewise, the Americans with Disabilities Act ("ADA") prevents discrimination and harassment based on an employee's disability or perceived disability. And age discrimination is unlawful under the federal Age Discrimination in Employment Act ("ADEA"). But these laws do not stop at discrimination and harassment of employees. They also make it illegal for bosses, managers, and supervisors to retaliate against any person because that person opposed an unlawful discriminatory action or practice, made a complaint about discrimination, testified regarding such conduct, or assisted in any investigation, proceeding, or hearing related to complaints of discrimination. According to U.S. Equal Employment Opportunity Commission, "Retaliation is the most frequently alleged basis of discrimination in the federal sector and the most common discrimination finding in federal sector cases." The anti-retaliation provision protects an individual not from all retaliation. That being said, Dongfang Shao is filing an OCWR complaint is to try to protect himself from retaliation under all circumstances. CAA laws to oppose discrimination are protected as long as Dongfang Shao is acting on a reasonable belief that something in the workplace may violate CAA laws. Dongfang Shao has exercised his rights under the CAA by filing OCWR complaints against Mr. Flanagan twice in 2020 and 2021.

The lawsuit that Dongfang Shao filed August 17, 2020 in U.S. District Court in Washington, claims that Dongfang Shao suffered discrimination based on his race and his country of origin in violation of Title VII of the U.S. Civil Rights Act. Dongfang Shao alleged in his complaint that the Library of Congress, through its management personnel, discriminated against him by depriving him of his proper performance evaluation and by various acts of offensive and objectionable conduct which constituted harassment which aggregated together created and maintained a hostile work environment which persists, on the basis of Dongfang Shao's national origin [China] and his race [Asian]. It charges that Dongfang Shao was subjected to a hostile work environment by his supervisor, Mr. Eugene Flanagan, who frequently harassed him. Because of all of this his supervisor Mr. Eugene Flanagan gave him an unfair bad review for his performance in FY23 because Dongfang Shao reported his mismanagement through the OIG hotline form, and filed lawsuit against his discrimination and harassment have a reasonable belief that his supervisor Mr. Eugene Flanagan engaged in a discriminatory employment practice which leads to this complaint, in fact, engage in discriminatory employment practice, which means that belief would be held by a reasonably prudent person under the same or similar circumstances. With anti-Asian discrimination and hate rising, this legal complaint is a racial justice issue at its core. Demanding workplace climate change and ending racial injustice has been a major part of the lawsuit.

1. **Background of Dongfang Shao**

Dongfang Shao has been serving as Chief of the Asia Division in the Library of Congress since April 2012, which is a Senior Level Executive position.  Dongfang Shao was born in China and is a naturalized citizen of the United States.

Dongfang Shao received his undergraduate and graduate degrees in history from Beijing Normal University and a doctorate in history from the University of Hawai'i at Manoa. He also earned a master's degree in library and information science from San Jose State University with a focus on electronic scholarly resources. He taught in the Chinese Studies Department of the National University of Singapore for nearly six years before joining the faculty of Stanford University as in the Department of Asian Languages in 1999. He then served as a Research Fellow in the Department of Religious Studies at Stanford University, and also spent one academic year as an Associate Professor in the Institute of History at Fo Guang University before returning to Stanford. In 2003 he was appointed head of Stanford's East Asia Library, the university's primary East Asian-language collection in the social sciences and humanities for all historical periods. During his tenure, he increased the library's international stature, reorganized and doubled its staff and garnered a substantial increase in its base budget.

A well-known and highly respected scholar of Chinese history, literature and culture—on both sides of the Pacific—Shao has published seven monographs and edited 12 books, and as well as numerous articles in academic journals and books, and encyclopedia entries and book reviews. His major research and teaching areas include Chinese intellectual history, Chinese historical literature, Classical Chinese, information and library science.

Dongfang Shao was appointed as Chief of Asian Division, Library of Congress in Washington, DC in April 2012. In this capacity, he serves as the Library of Congress' primary expert in the provision of reference services related to material in all languages of Asia and has custodial responsibility for the largest Asian language collections outside of Asia. He was appointed by Stanford President John L. Hennessy as a member of Advisory Council of Stanford University Libraries serving from 2013 through February 2023.

One of LC directors who oversaw area studies collections, especially the Asian Division wrote about Dongfang Shao, "*You are such an excellent chief, in fact the best chief that the Asian Division has ever had in the last 50 years that I've known it. So keep pressing and don't get discouraged. Even if your work is never acknowledge, and the library will probably never acknowledge it, you and a small group of us—including Jeremy—know what an amazing contribution you're making to the Division and really to the country.*"

**2.  Background of Eugene Flanagan:**

According to LinkedIn, before he was reassigned as GICD director in October 2018, Mr. Eugene Flangan's work experience involved the following activities:

Manager, Marketing & Communications
1997 – 1999, Chicago, Illinois

Associate Director, Marketing & Communications
1999 – 2000, Chicago, Illinois

KPMG US, Director, Marketing & Communications
2000 – 2002, Washington, District Of Columbia

Independent, Management Consultant
2003 – 2007, Washington, D.C.

Director of Business Enterprises, Library of Congress
2009 - Mar 2016, Washington D.C.

Director of National Programs, Library of Congress
Feb 2016 - Sep 2018, Washington D.C.

Mr. Flanagan was promoted to SL in 2016. Without an open search and a public announcement and introduction he was reassigned to the position of Director of General and International Collections Directorate (GICD) in October 2018, overseeing and managing the largest general and international collections in the world. However, before he was appointed as GICD director, he had no experience with collection development and no direct knowledge about international collections.

Unlike most of the Library's senior managers, Mr. Flanagan does not have an MLS. Mr. Flanagan had no experience in managing any library collection (public, academic, research, special), no experience in managing non-English and international collections. In fact, he has no subject knowledge of any area studies except for Ireland. In this sense, Mr. Flanagan was not even qualified to evaluate Dongfang Shao, a professional library manager for more than 20 years. Mr. Flanagan even did not know the basic principles of library management and library science. For example, as a director of general collections, he did not know the most fundamental term in library services: "holding" (a former GICD chief can testify to this.) Another example was that as a director of international collections, he even did not know what "vernacular language" meant, but the Library's collections of most foreign languages are in vernacular languages. This is especially true for the Asian Division, where linguistic diversity is a particular strength of the Asian collections. One of former GICD chiefs can testify that Flanagan did not understand the Asian Division's management and operations. He did not know how research conducted in Asian languages, non-Roman scripts are used such as Chinese, Japanese, and Korean collections, and searching by vernacular script is usually the most effective and reliable way to find non-roman language materials in the Library OPAC. In this case, Dongfang Shao believed Mr. Flanagan's rating on his performance evaluation was unprofessional and invalid because Flanagan is not qualified to evaluate him, a chief of an international collections division!

One of the Kluge prize recipients commented about Mr. Flanagan's qualification as follows:

"*Throughout my 50-plus year career in academia as a professor at Harvard, Yale, Princeton, and University of Michigan, I have worked very closely with many senior research library managers across the country on a broad variety of topics. I am deeply concerned about the lack of appropriate qualifications of Eugene Flanagan to serve as the director of General and International Collections Directorate (GICD) in the Library of Congress. There is immense responsibility to be upheld as the director of the world's largest general and international collections, and Mr. Flanagan's lack of experience and expertise raises serious concerns on his ability to do so among many researchers and scholars in area studies. From my understanding, Mr. Flanagan not only lacks experience as a professional librarian and in managing library collections, but also lacks subject knowledge and expertise of any of the collection areas under his current supervision. I also understand that the Library of Congress did not conduct an open search for the job position Mr. Flanagan now occupies, which I can therefore only assume automatically excluded from consideration for this role Division chiefs such as Dr.*

*Mary Jane Deeb of African and Middle Eastern Division and Dr. Shao of Asian Division. ....If Mr. Flanagan cannot understand that the Library's collection of most foreign languages are vernacular languages, and that research in Asian languages using non-Roman scripts is usually the most effective and reliable way to find non-Roman language materials in the Library's Integrated Library System, I cannot see how Mr. Flanagan is qualified to evaluate Dr. Shao on his performance as Asian Division Chief. Since linguistic diversity is a particular strength of the Asian collections, Mr. Flanagan's lack of knowledge simply reflects his lack of understanding of the Asian Division's management and operations. In this case I believe Mr. Flanagan's rating on Dr. Shao's 2019 annual performance evaluation was unprofessional and invalid. The low rating Mr. Flanagan gave Dr. Shao in 2019 reflects his lack of regard for the Asian Division and its performance, an assessment that is grossly unfair given Mr. Flanagan's supposed responsibility for overseeing the General and International Collections of Library of Congress."*

Therefore, he is considered as the most unprofessional manager in professional library circles!

### 3.   FY2023 SL Performance Appraisal

During the FY23 annual performance for senior level executives in the Library of Congress, Dongfang Shao's supervisor Eugene Flanagan who is Director of General and International Collections Directorate used the performance review on October 23, 2023 to retaliate against Dongfang Shao because Dongfang Shao filed two OCWR complaints against him for racial discrimination and harassment. Dongfang Shao also filed lawsuits in 2020 and 2021 respectively, alleging Flanagan repeatedly used vulgar, inappropriate, and gendered comments in addition to giving him lower performance rating and baselessly blaming him for things he did not know.

CAA laws prohibit punishing employees for asserting their rights to be free from employment discrimination including harassment.  Asserting these rights is called "protected activity," and it can take many forms.  In Dongfang Shao's case it is unlawful to retaliate against employees for communicating with a supervisor or manager about employment discrimination, including harassment. Because of his lower rating on Dongfang Shao's annual performance, he uncovered potentially discriminatory wages.

Based on the facts that Dongfang Shao will list below it would be retaliation from Mr. Eugene Flanagan because of his CAA activity to give a performance evaluation that is lower than it should be, and engage in written abuse through his criticisms in annual performance evaluation, and make Dongfang Shao's work more difficult (for example, punishing him for an CAA complaint by purposefully charging his absence to his request to attend onsite meetings to ignore Dongfang Shao's workplace inquiry protected by Department of Labor for medical treatment and telework accommodation by an orthopedic doctor.

On October 23, 2023, Mr. Eugene Flanagan sent Dongfang Shao his evaluation narratives on Dongfang Shao's FY23 annual performance review and rating (see Appendix 1). Dongfang Shao was surprised to see his supervisor Mr. Eugene Flanagan's narratives and ratings of his annual performance. Dongfang Shao has read several hundred annual performance reviews in over eleven years working as a manager in the Library, and he honestly believed that he has never read an annual review that reflected the grave hostility in Mr. Flanagan's belittling evaluation.  If Mr. Flanagan, as Dongfang Shao's supervisor, found areas of his performance in need of improvement, there are far more instructional and effective methods to communicate this assessment, if in fact his intention is to be helpful. Conversely, He feels that he goes out of his way to deliberately undermine his accomplishments. He believes it would be appropriate to

compare Mr. Flanagan's evaluation of Dongfang Shao with evaluations he wrote for the other GICD chiefs.

In his case and on his behalf, what Dongfang Shao has asked for is to receive a fair review process, including helpful observations at critical junctures throughout the year, when Dongfang Shao could understand his insights and adopt his suggestions, fairly and responsibly, in preparation for his annual appraisal. Dongfang Shao cannot gain any guidance from acrimonious criticisms that lack objectivity and have not been addressed beforehand yet included in his evaluative narratives. Two of them have had their differences in the past, and the result did not serve the Asian Division well. Dongfang Shao believes the best working situations always involve honest and fruitful interactions between supervisors and SL executives, for the mutual benefit of the Library, its collections, and its users.

Dongfang Shao's leadership has wide support from the Asian Division employees. People in the other divisions who know him are aware of his high standards.  His leadership directs Asian Division staff to rally more closely around the leadership of Dr. Carla Hayden and work steadily toward the Library's goals that are set before us.

Dongfang Shao believes the best working situations always have a vital, honest, sympathetic, and fruitful context for interactions between supervisors and SL executives. He deeply regrets that his recent time in the Library has been marked by such a lack of encouragement, guidance, appreciation, and respect. Anyone who has used the Asian Division over the course of time knows what he have accomplished. One of the former Library directors who formerly oversaw the Asian Division, and who used the Asian Division collections since 1968 wrote to Dongfang Shao recently that "you are easily the best chief the division has had in 50 years!"

The review system should help employees resolve performance issues productively, coordinate multilateral efforts effectively, and participate in constructive dialogue with the assurance that everyone follows the same rules, reaching shared goals. Mr. Flanagan intention is to be direct about Dongfang Shao's concerns, direct about his priorities, with the goal of creating a just and fruitful relationship between Mr. Flanagan and himself as we move forward. Since Mr. Flanagan's criticisms of Dongfang Shao's performance lack factual basis, the assessment narrative serves neither the Asian Division nor the Library.

**3.1 Some Highlights of Dongfang Shao's Accomplishments related to Critical Elements. [A file of Dongfang Shao's accomplishments submitted in USAP is attached as Appendix 1].**

**Some highlights of Dongfang Shao's annual accomplishments

Digitizing the Yongle Encyclopedia Collection
• Actions Taken: Dongfang Shao initiated the process of creative ways to reach new audiences through digitization. Dongfang Shao collected and analyzed our current Yongle Encyclopedia collection and recommend actions to set a multi-year project digitizing this famous text, one of the Library's greatest treasures. This included collaboration with other teams or service units such as conservation, OCOO digitization, LIBN publication, etc.

• Outcome/Impact Statement: This complex project involved multiple phases and took nearly a decade of preparation. This year, Dongfang Shao promoted the collection through refined narrative and visual description. Now, this rare historical artifact is available for research by scholars and bibliophiles worldwide.

Safeguarding the Library's Rare Collections
• Actions Taken: Dongfang Shao led and held meetings to initiate the process to identify the Asian Division's top treasures (Tier 1 and Tier 2). He raised concerns, suggested methods, and made recommendations to safeguard these treasures.

• Outcome/Impact Statement: Dongfang Shao modernized Asian Division records and processes involving platinum collection items. The Safeguarding Plan divisional meeting discussion brought out the weaknesses and strengths of the original material category definitions. With his confident leadership and rich experience, AD is in compliance with OIG's recommendations and guidance.

Outreaching via Social Media, Orientations, and Other Events
• Actions Taken: Dongfang Shao led efforts to reach out to old and new audiences via posts and blogs on Facebook, including reaching a milestone as the Four Corners of the World blog posted its 500th post, started a new type of post by interviewing staff from the overseas offices that has proven popular and received many positive comments.

• Outcome/Impact Statement: 1). Increased the number of posts and blogs on Facebook by 33% and 7%, respectively, compared to last year. For Facebook, AD posted four or more posts over 11 of 12 months, routinely exceeding the Division's original goals. 2). The most popular Facebook post AD published was to promote a blog on Japanese origami -- it had 113,000 views (a norm up al high-performing post has 10,000). This set a record for the most popular ever post on the Facebook international collections page, which now has over 16,300 followers.

Transferring AAPI Collection to Manuscript and American Folklife Center to Promote Visibility and Accessibility
• Actions Taken: The Asian American and Pacific Islander (AAPI) Collection had been located with the Asian Division since 2007, but it was not a good fit for AD because most of the items were in non-Asian languages, and the materials consisted of contemporary manuscripts, documents, and photographs, rather than books. Dongfang Shao proposed to resolve this issue by transferring AAPI to Manuscript and American Folklife Center. Dongfang Shao solicited recommendations, received approvals, led collaborations, and completed the planning and preparation of the transfer. Under Dongfang Shao's leadership, AD staff will continue to serve as ROs for various vernacular languages related to AAPI materials.

• Outcome/Impact Statement: Dongfang Shao's effort to lead this initiative better protected the AAPI collection, promoted its visibility and accessibility, and ensured the best fit for AAPI's long-term home, the best use of staff resources, and the best service to AAPI researchers.


**3.2 Mr. Flanagan's Claims unsubstantiated by Fact Checks**
As one means of expressing his retaliation, Mr. Flanagan either ignored or downplayed Dongfang Shao's accomplishments. With carefully calibrated language, Mr. Flanagan sought to downplay and degrade

Dongfang Shao's outstanding accomplishments in FY2023, all in an attempt to discredit him in order to achieve his full-blown and wrongfully containment and biased suppression. Mr. Flanagan's evaluation narratives include an avalanche of dishonesty. Dongfang Shao fact-checked eight of Mr. Flanagan's allegations and criticisms and found that his remarks were teeming with false claims – a staggering quantity and variety of misrepresentations, exaggerations and outright lies that made sheer wrongness a central feature of each of his narratives. He was serially untruthful when he downplayed Dongfang Shao'S accomplishments in the Asian Division. Repeatedly he fabricated and critically embellished his claims about the Asian Division projects led by Dongfang Shao. At other times he has launched unfair and damaging attacks against Dongfang Shao and other Asian Division employees. Obviously, then, he purposefully deployed various fictions to support his denunciations of Dongfang Shao's leadership and achievements.

Below are eight paragraphs including Mr. Flangan's criticisms or accusations, all of which are compared with factual information Dongfang Shao and other Asian Division employees have provided. In what is to follow, we will use facts and figures to manifestly demonstrate how deceptive, hypocritical, and dangerous Mr. Flanagan's evaluations have been.

**3.2.1** In his evaluation narratives "Critical Element 1. Leading Change", without producing any credible evidence, Mr. Flangan claimed,
"*Dr. Shao's oversight of the division's work on completing the Yongle encyclopedia is to be commended, as is the critical work of their colleagues in DCMS who have been digitizing the 41 volumes of the Yongle da dian, or Yongle Encyclopedia, over a multi-year period. While this, and other instances cited by Dr Shao, are examples of good work accomplished, they do not necessarily speak to the theme of 'leading change', which the Library describes as placing a focus on new insights into situations, reconsidering conventional approaches, considering new ideas and innovations, and pursuing new or cutting-edge programs/processes, etc.*"

**Factual Information:**
The Library's Asian Division holds roughly a tenth of Yongle Encyclopedia's (Yongle Dadian) surviving volumes. In FY23, Dongfang Shao oversaw the outstanding completion of an ambitious multi-year undertaking to catalog, conserve, and digitize one of the Library's greatest treasures, 41 volumes of the Yongle Dadian, or Yongle Encyclopedia. Possibly the premodern world's largest reference work, this encyclopedia was an attempt to place all extant knowledge at the fingertips of Ming dynasty China's Yongle emperor. In 1408, the encyclopedia was transmitted as a single hand-written 16th century copy, and only around 430 of its 11,095 volumes survived. The Library of Congress holds almost a tenth of the surviving volumes, making ours the largest collection outside China. The project was first conceived in 2002 but began in earnest in 2014 under Dongfang Shao's direction as Asian Division Chief. In September 2022, the Library became the first institution to digitally publish the world's second largest Yongle Encyclopedia collection. Over the past years, the Asian Division has promoted the collection through refined narrative and visual description. Through the concentrated efforts under his outstanding leadership for a decade, this rare historical artifact is now available for research by scholars and bibliophiles around the world.

This complex project involved several stages of preparation, including inventory, housing, cataloging, conservation, digitization, research, and user engagement, requiring intensive collaboration. Under Dongfang Shao's direction, AD took the first steps in 2014 by conducting a descriptive inventory of the volumes and placing them in high security vault. In 2017, Dongfang Shao submitted a digitization

proposal, in response to which the Conservation Division completed a Feasibility Assessment Review in 2018. This affirmed the integrity of most volumes while prescribing preparatory treatment. The digitization project received approval the same year. The next step was analytical cataloging. Previously the volumes had been catalogued by case into in ten groups. With his direct involvement, in November 2018, catalogers from the Asian and Middle Eastern Division (ASME) of the Acquisitions and Bibliographic Access Directorate (ABA) replaced these with 42 detailed records, one for the collection as a whole and one for each volume.

Conservation, digitization, and digital publication proceeded simultaneously, with newly treated volumes passed on to the Scanning Center and then uploaded incrementally. All 41 volumes required some treatment; several volumes required critical conservation treatment. AD facilitated fruitful exchanges between conservators at the Library of Congress and the National Library of China on treatment techniques and protocols. Treatment of all volumes was completed by July 2022. The Digital Collections Services (DCS) launched the Yongle Da Dian Online Digital Collection in March 2021, and the final volume went live in September 2022. In FY23 AD conducted a systematic review of the collection and worked with DCS to rectify display errors.

Research and user outreach were critical to this collaborative initiative. Through Dongfang Shao's network, Professor Zhang Sheng, a leading authority on the Yongle Encyclopedia from the School of History, Beijing Normal University, advised on the project and published a study in Chinese exploring the provenance of the 41 volumes of the Yongle Encyclopedia held in the Library. Instructed by Dongfang Shao, Mr. Chun Shun, former curator of rare books at Harvard-Yenching Library, in FY2023 submitted a report on his examination and authentication of our 41 volumes. Dongfang Shao coordinated a talk by a Library of Congress senior conservator on "Methods and stages for conserving the Yongle Encyclopedia." Under his direct guidance, a Chinese reference librarian worked with a Chinese technician and others to compile a bibliography of publications relating to the Yongle Encyclopedia. With his assistance and advice, in April 2022, Scholarly Services Section Head gave a talk on the Yongle Encyclopedia digitization project to colleagues from the Council on East Asian Libraries. In April 2023, a Chinese collection librarian published a post "Yongle Encyclopedia Volumes Fully Digitized" in the 4 Corners of the World blog, which he reviewed, edited, and approved. A Facebook post accompanied the blog post, and an article, "Library Digitizes Rare Chinese Encyclopedia," appeared in the Library of Congress Gazette on June 9, 2023. Dongfang Shao worked with the Office of Communications to create a press release: "*Library of Congress Completes Digitization of Yongle Encyclopedia, Largest Reference Work of Pre-Modern Era.*" Bringing the Library's 41 volumes of the Yongle Encyclopedia to a worldwide audience has been a major undertaking. Dongfang Shao was proud to have brought it to a successful conclusion as evidenced by its extraordinary impact of the Library's mission, thanks to all those who have contributed to this landmark achievement." As a Chinese reference librarian pointed out, "*Digitizing the encyclopedia was a yearslong collaborative effort involving conservation, digitization, reference and metadata librarians. All volumes required conservation treatment prior to digitization; one seriously dam aged volume took three conservators 15 months to treat. Then came high-resolution photography and compilation of the images as a digital collection. Newly created metadata improve the searchability of content in electronic and paper formats alike.*" In this multiple-year project, it's Dongfang Shao who led the theme of 'leading change', because scholars and bibliophiles worldwide will rejoice at the digitization of this priceless collection. As a frequent user and Chinese history professor told Dongfang Shao recently regarding digitization of Chinese rare collections particularly the Yongle Encyclopedia, "Given the fact that the Library has deferred maintenance on many of its rare books for decades--what you are doing is absolutely forward looking... especially in combining preservation with promotion of new knowledge of old things."

As a Chinese reference librarian who was assigned to coordinate the project described, "The project achieved a range of outcomes, each anticipating important themes of the Library's FY2024-2028 Strategic Plan (pp. 14-15). Through the cataloging, conservation, scanning and digital publication of 41 unique volumes from one of China's most celebrated literary works, the project adopted digitally enabled and user centered approaches to bring new user communities into contact with diverse collections, making our Library more inclusive and welcoming. Site traffic data reveals that the Yongle Encyclopedia digital collection attracts many visitors from abroad, strengthening the Library's international profile. The AD achieved such outcomes through collaborations and partnerships that enabled us to 'leverage collective strengths' and 'tap into a broader network of expertise', both within the Library and beyond (Strategic Plan, 15). In FY2023 AD conducted a systematic review of each image in the collection and worked with DCMS to rectify errors of sequencing, omission, duplication, and orientation. We also worked with DCMS to improve the sequencing of collection items and improve metadata display, often serving as a conduit between DCMS and ABA in such discussions." He also testifies, "The project was innovative in both methods and outcomes, harnessing new collaborations and digital media to broaden engagement with diverse collections, and making LC the first institution to digitize an entire major Yongle Encyclopedia collection. Such innovation characterized the project as a whole and its final phase in FY2023."

At various stages of the project, and especially during FY2023 work, we solicited feedback and promoted awareness through community engagement. Under the guidance of Dongfang Shao, in April 2022, then Scholarly Services Section Head gave a presentation on the Yongle Encyclopedia digitization project to colleagues from the Council on East Asian Libraries. In April 2023, a Chinese reference librarian published a post "Yongle Encyclopedia Volumes Fully Digitized" on the 4 Corners of the World blog, accompanied by a Facebook post, and on June 9 an article "Library Digitizes Rare Chinese Encyclopedia" in the Library of Congress Gazette. The Asian Division worked with the Office of Communications to create a May 9 press release "Library of Congress Completes Digitization of Yongle Encyclopedia, Largest Reference Work of Pre-Modern Era."

A Chinese reference librarian pointed out, "The successful completion of the Yongle Encyclopedia project often relied on established workflows and infrastructures implemented by other divisions, such as those for cataloging, conservation, digitization, digital collections, and publicity. We cannot—nor are competent to—directly change these processes, yet we maintain a constant dialogue with the divisions concerned, providing subject matter expertise, performing quality control, communicating our needs, and offering suggestions. One area of ongoing interaction in FY2023 was with DCMS regarding the display of metadata for non-Latin script materials in loc.gov digital collections. This centered on the Yongle Encyclopedia collection, but impacts the digital presentation of all non-Latin script materials."

The Yongle Encyclopedia project, though completed before the release of the Library's FY 2024-2028 Strategic Plan, anticipated many of its themes, including being digitally enabled, user centered, and inclusive and welcoming, and prioritizing collaborations and partnerships and community engagement. In each of these areas the project engendered innovation, whether in areas directly controlled by the Asian Division with its leadership of Dongfang Shao as well as others falling within the purview of other divisions.

**3.2.2** Also in his evaluation on "Critical Element 1: Leaning Change", Mr. Flanagan inaccurately described,

"*Closer to the mark is the work Dr. Shao did on collaborating with the director on the Library's approach to the Asian American and Pacific Islander Collection (AAPI), which placed the conversation back on the*

*table for LCSG to discuss. Unfortunately, as an example of leading change it is diluted by Dr Shao not taking the lead as requested by the director, and by the subsequent delay and confusion among collaborators in SCD, MSS, and RRS. It should be noted that the outcome was successful in part due to Dr. Shao's contributions, but I recommend this is an area for focus and growth.*"

Mr. Flanagan falsely claimed,
"*Separately, AAPI was an initiative I asked Dr. Shao to take the lead on, which he didn't, and told me I had not, even though it was a matter of record.*"

**Factual Information:**
In FY23, Dongfang Shao initiated the transfer of the Asian American and Pacific Islander Collection (AAPI) from the Asian Division to other divisions. Dongfang Shao constantly completed all assignments for this project, and helped consistently to ensure the best fit for AAPI's long-term home, the best use of staff resources, and the best service to AAPI researchers. The Asian American and Pacific Islander Collection had been located with the Asian Division since 2007, but it was not a good fit for the AD because most of the items were in non-Asian languages and because the materials consisted of contemporary manuscripts, documents, and photographs, rather than books. Dongfang Shao proposed to resolve this problem by transferring the AAPI collection from the AD to another division or divisions where it would be within scope of their collecting policy. Dongfang Shao initiated the discussion of transferring the AAPI collection from AD to Manuscript Division (Manuscript) and American Folklife Center (Folklife). Dongfang Shao reviewed and discussed the "January 26, 2023 memo to the Director of Special Collections Directorate from Manuscript Division" with the Manuscript Division Chief, Head of Acquisitions and Outreach Section, and Head of Preparation Section). The Manuscript agreed to receive a major part of the AAPI Collection, and Folklife agreed to receive the AAPI-related miscellaneous community collection. Associate Librarian Hannah Sommers has given permission to proceed with the recommendations. It was agreed that the AD would assist Manuscript and Folklife in processing the small number of Asian language materials in the AAPI Collection, and the AD staff will continue to serve as ROs for various vernacular languages related to AAPI materials. Dongfang Shao conducted effective conversations about the timeline for the transfer with Manuscript and Folklife colleagues. The AD staff offered input and suggestions to the Manuscript and Folklife staff about potential acquisitions and assist the Manuscript and Folklife staff, if needed, with Asian-language materials. Through Dongfang Shao's leadership and guidance of the AD staff, we have completed the planning and preparation, demonstrating his ability to guide and help staff through times of transition, as well as to anchor collections in areas of the Library where they will appeal to the greatest number of users. This transfer had positive impacts in multiple ways. First, the transfer allows language specialists in AD to focus on work that only they can do, rather than spending time on English-language materials that librarians in other divisions could handle. Secondly, it provides better conditions for the storage and organization of the contemporary archival materials in AAPI, which shed light on the history of the country's relationship with race. Manuscript and Folklife professional staff have the archival training needed to maintain, process, preserve, and develop the AAPI Collection. LC users can still access AAPI material in these new custodial divisions with AD support for any Asian language issues. One of the interim reference librarians of the AAPI collection reported the process of the transfer of the AAPI collection, offering a significantly different account about Dongfang Shao's leadership throughout the whole process and the Asian Division's role in that project, accounts that contradict Mr. Flanagan's allegations. It is quoted at length in the following paragraphs. This report provides a very detailed and accurate account of how Dongfang Shao and the Asian Division (AD) took the lead of the project from the very beginning to the completion of the transfer of the AAPI collection during this past year and more. Because it was written by a person

who was involved in that whole process, it also reveals just how very misrepresentative Mr. Flanagan's assessment of this process actually is, and how flagrantly and arbitrarily in a few sentences he can turn what was a long and productive process into a "reason" for justifying his criticisms. As will become manifest in this account, Dongfang Shao (sometimes referred to as "the AD's chief") was intimately and obviously involved with numerous aspects of the whole process.  Here now is the detailed description presented in that report:

"In 2017, AD Chief Dongfang Shao assigned Cameron Penwell (Japanese librarian) and Jonathan Loar (South Asian librarian) as Interim Librarians for the AAPI Collection. Other responsibilities included answering reference questions in Ask a Librarian; scheduling appointments with researchers and serving materials in the Asian Reading Room; retrieving materials from and returning them to the LA-Deck 9 South secure storage area; and responding to occasional special requests (e.g., a virtual briefing to Sen. Patty Murray's office in May 2021).

"In May 2022, the AD drafted a two-page justification for a new reference librarian at the request of the GICD Director. It argued that LC needs an Asian American/AAPI Studies subject matter expert in general and a point person for the AAPI Collection in particular. The AD suggested three options for the location of the new hire: 1) The AD (in which case the AAPI Collection remains in AD); 2) The MSS or AFC (in which case AAPI Collection transfers); and 3) RRS (in which case the collection's future is unsure). The AD then convened a meeting with stakeholders in September 2022 to discuss the collection and the new hire. The following 15 months of planning and preparation, which are summarized below, led to the collection's transfer and the assignment of the position for a new AAPI librarian to RRS.

"AAPI Collection Transfer: Timeline of Meetings and Discussions

"2022 September 22, AD-MSS-AFC Meeting:

"The AD convened a meeting with the GICD Director Eugene Flanagan, SCD Director Jennifer Meehan, MSS Chief Janice Ruth, MSS Head of Acquisition and Outreach Bridget Burke, and AFC Head of Research and Programs John Fenn to discuss the AAPI Collection and the need for an Asian American/AAPI Studies librarian. The group talked one scenario where the AD would be the "landing spot" for all things AAPI and another scenario where several divisions would share AAPI responsibilities. The AD presented two points, namely, the out-of-scope nature of the AAPI Collection compared with the Asian-language collections, and the LC's urgent need for subject matter expertise for this material and area. The MSS Chief indicated openness to a collection transfer in terms of the best interests for materials and users. Afterwards, the AD scheduled one-on-one meetings with the AFC and the MSS for further discussions of this matter.

"2022 October, New Hire Approvals:

"The LCSG approved the AD's requests for an AAPI librarian and an AAPI technician as new hires for FY2023. Both positions were entered into e-Management.

"2022 October 19, AD Meeting:

"At this internal meeting, the AD's chief and interim librarians again agreed that the AAPI Collection is out-of-scope for the AD, and raised the issue of acquisition optics (e.g., readers could ask why some AAPI papers are in the AD and others are in the MSS). The AD discussed the collection's transfer and its effect on the new AAPI librarian, wondering if the new hire could transfer to the MSS, too.

"2022 October 24, AD-AFC Meeting:

"The AD convened a one-on-one division meeting with the AFC Director, Nicki Saylor. Overall, it was agreed that the bulk of the AAPI Collection fits the profile of the MSS more than the AFC. This meeting discussed the approx. 50 boxes documenting Asian American cultural expressions. The AFC expressed openness to receiving these materials, because they fall in line with AFC collecting practices.

"2022 October 26, AD-MSS Meeting:

11

"The AD convened a one-on-one division meeting with the MSS Chief, Janice Ruth, and the Head of Acquisitions and Outreach, Bridget Burke. The MSS would keep the AAPI Collection together as a closed, historicized collection. It would be like a "magnet" to attract more AAPI-related acquisitions in line with the MSS collecting priorities. Regarding the new hire, the MSS said their new position would not be fully allocated for the AAPI, but rather one to collect broadly on American communities; the MSS clarified the processing technician would not be needed if they receive the AAPI Collection. This meeting also clarified that the AAPI Fund (approximately $20,000) would be transferred to the MSS with the AAPI Collection. The AD was agreeable to all points raised in this meeting.

"2022 November 15, AAPI Cage Tour:

"The AD invited the MSS and the AFC staff to tour the AAPI cage, showing the collection's organization in boxes and folders. Both divisions said the material would have minimal processing impact and shelving footprint, and that it would not impede arrearage reduction efforts. Both agreed to write a memo to the SCD Director to propose the transfer.

"2023 January 26, AFC-MSS Memo:

"The MSS Chief Janice Ruth, Head of Acquisition and Outreach Bridget Burke, Head of Preparation Section Alexander Lorch, and AFC Director Nicki Saylor delivered a memo to the SCD Director Jennifer Meehan. The MSS would receive the whole as a closed, historicized, intact collection. The AFC offered to receive the 50 boxes of the community collections. The MSS would process the collection over several years; provide gold-level storage, and ensure access to researchers in their reading room. The MSS would only seek additional AAPI-related collections aligning with their collection strategy. Regarding the new hire, the MSS alternatively proposed the position for the AAPI to be placed alongside Latinx, North African, and other diasporic communities.

"2023 February 14, AD Meeting:

"The AD held an internal meeting and found the MSS-authored memo agreeable. Knowing the MSS position on its new hire, the AD suggested the new hire could be placed in the Researcher and Reference Services (RRS). The AD Chief Dongfang Shao talked over email with the RRS Chief Dennis Clark about the transfer of the approved AAPI librarian hire from the AD to the RRS, and the latter agreed to fold this approved hire into the RRS Division's hiring priorities for FY2023. 12

"2023 March 7, AD Memo:

"The AD Chief Dongfang Shao wrote a memo to the GICD Director Eugene Flanagan to communicate the AD's agreement to the collection's transfer to the MSS and the AFC. The AD agreed with all the points raised by both divisions, including that the AD staff will not independently seek out or acquire AAPI-related archival materials, but will only offer input and suggestions to the MSS and the AFC about new acquisition. The AD communicated the RRS Chief's approval to take on the approved AAPI librarian hire, where this individual will serve as recommending officer for AAPI Studies, serve as consultant on special acquisitions via other LC divisions, provide reference services in the Main Reading Room, liaise with all other LC divisions, and coordinate outreach activities and programs with AAPI researchers, visitors, and communities. The AD further proposed converting the AAPI technician hire into an AD technician for the Chinese collection.

"2023 August 7, Associate Librarian's Approval:

"During the summer, the GCD and SCD directors reviewed and approved the collection's transfer to the MSS and the AFC as well as the new hire's transfer to the RRS. On August 7, the GICD director communicated to the AD the Associate Librarian's approval of these requests. Before the time of the transfer, the AD will maintain the same responsibilities vis-à-vis custodial and reference duties for the collection until the completion of the transfer and the hire. Also in summer 2023, the AD was informed that the AAPI technician position could not be converted to an AD technician position for another AD collection, which led to its cancellation in e-Management. (Note: None of these decisions affected the

MSS's already-approved hire for a specialist in community collections). The AD began coordinating with the MSS Chief and the AFC Director on the collection transfer, setting a schedule for this process in early FY2024.

"2023 October 24, AD Briefing for MSS:

"The MSS invited the AD's Interim Librarians for the AAPI Collection Jonathan Loar and Cameron Penwell to brief the MSS frontline reference staff ahead of the transfer. Their presentation focused on a brief overview of the collection's history, examples of reference questions and researcher projects, and notes on the uncatalogued and unserved materials (e.g., VOICE). They also discussed bibliographic records, drafted finding aids, LibGuides, and the transfer of the collection's paperwork.

"2023 November 2, AAPI Cage Tour

"Working with the MSS and the CMD, the AD led another walkthrough of the AAPI cage in LA Deck 9 South. The goal was to survey the collection's document boxes, strategize how to load the book trucks, and when to schedule the physical transfer. Due to their continued resolution, all parties decided to schedule the transfer to the MSS after the Thanksgiving holiday.

"2023 November 29: AAPI Collection Transfer (Incl. Administrative Files) to MSS

"The CMD arranged the physical transfer of 496 boxes from LA Deck 9 South to the MSS in the Madison Building. The AD's Jonathan Loar was present in the AAPI cage during the loading of the 29 book trucks that transferred the collection to the MSS. He also emailed the MSS staff a zip file of the AAPI digital documents (e.g., pdf drafts of finding aids, scans of gift agreements, item lists for past displays, memos of audio/visual material transfer to MBRS from 2017, and spreadsheets with a collection inventory and list of bibliographic records with holding location modifications). He also delivered to the MSS the 3 boxes of printed administrative files for the AAPI Collection."

Undeniably, this report illustrates the numerous ways the AD Chief as well as those under his authority were actively involved in this major undertaking, achieving a result that was a benefit to several other divisions in the LOC, and so greatly appreciated by senior-level Library administrators. It would seem that the only reason why Mr. Flanagan would want to denigrate the leadership of the AD Chief Dongfang Shao throughout this whole process is due to an inherent bias and his discriminatory mindset.

**3.2.3**  In his Narrative on "Critical Element 1: leaning Change, Mr. Flanagan alleged,

"*Additionally, I would like to see Dr. Shao move away from his oft stated goal of building the biggest collection outside of Asia, as it does not reflect the intention of the Library's direction or strategic focus*."

**Factual Information:**

Dongfang Shao is disappointed to learn that he objected to his efforts to build the largest Asian collections outside of Asia. As it is a well-known fact that the Library possesses the largest Asian collections outside of Asia and we have a responsibility to continue to collect, preserve and share Asian treasures with users, and to best serve Congress, researchers, and all American people. What else are we supposed to do at the Library of Congress? We are in fact the world's largest library! The Library of Congress is a repository. The functional responsibility of a library repository is to build the most broadly representative collection based on works available in print and digital formats, for the preservation and perpetual representation of diversity, cultural and intellectual heritage, and human creativity. The concept of a repository is not established by quantity, as there are many types of materials that could be acquired if the goal was simply to build the biggest collection by volume. This is a deliberate misinterpretation of words for the purpose of assailing his achievements. The phrase 'building the largest collection' is a responsibility and commitment to build a collection based on the selection decisions made by those with the most knowledge and expertise to inclusively determine which materials should be represented in collection development to sustain long term access, analog and digital, to human knowledge. Our

collections are for researchers now and in the future. The collections are our legacy. Everything else will pass, but the collections will remain. The Asian Division holds the largest Asian collections outside of Asia countries through the efforts of all librarians in the past 95 years, just as Dr. Hayden says, "The Library of Congress has the largest collection in the world." However, Dongfang Shao never said he is now building the largest Asian collections because to continue building the largest Asian collections requires extra budgets. He only led AD ROs to recommend the best materials for Congress and users. It is well known acquisition budgets for Asian materials are from given by Congress, are allocated by the Library senior management and CDO and executed by Acquisitions and Bibliographic Access Directorate (ABA) and Overseas Field Offices. Without direct managing acquisition budgets, how Dongfang Shao is building the largest Asian collections? Moreover, as an ABA acquisition supervisor points out: "Every year, the different roles of AD and ASME are assigned for building Asian collections. The ABA executes acquisitions funds allocated by the Library and provided by Congress. It's the Library and Congress who request both AD and ABA to work together and spend the acquisition money in order to build the best collection. We never overspend or underspend these funds and successfully completed the task of building collections. Efforts to  build the Asian collections include not only ASME Division who execute funds for Chinese, Japanese, Korean and Mongolian collections, but also three Overseas Field Offices who execute funds for South Asian, Southeast Asian, and Tibetan collections."

**3.2.4** In Critical Element 1: Leading Change, Mr. Flanagan made charge of Dongfang Shao:
"*The Library's direction or strategic focus was the focus of 4 GICD chiefs strategy retreats in 2023, and regrettably Dr. Shao was absent from all 4, thus undermining his ability to inform and be informed by the planning, and putting the Asian Division at a similar disadvantage in contributing to and implementing strategic and change initiatives. Being present in this conversation will be key going forward.*"

**Factual Information:**
Mr. Flanagan criticized Dongfang for being absence of Mr. Flanagan's onsite meeting by ignoring his workplace Injury. Among other assertions, Dongfang Shao claimed Flanagan called him to be onsite during his medical leave and telework requirements due to workplace injury recommended by an orthopedic doctor, and used these absences as excuses for Shao's performance issues. Dongfang Shao's right of medical leave was violated because Mr. Flanagan's personal action for retaliation because of his OCWR complaint and lawsuit. The Congressional Accountability Act (CAA) applies certain rights and protections to cover employees of legislative branches including employment, labor, safety and health. Dongfang Shao was deeply shocked about Mr. Flanagan's criticism of his absence at the four GICD strategic planning retreats he organized and requested chiefs to attend. The fact is that he knows well that Dongfang Shao had been physically injured on April 11, 2023, in one of GICD reading rooms due to a defective floor tile, and had been advised by his orthopedic doctor to perform physical therapy, continue with medical treatments, and conduct telework until the end of July, 2023. Dongfang Shao believes Mr. Flanagan's use of the annual performance appraisal to highlight his absence without any proper and sympathetic elaboration was included to unfairly criticize him and justify his determination of a lower rating.  Dongfang Shao takes this as a violation of CAA laws of providing rights and protections for employees needing leave for specific medical reasons.  It is also notable that he consider this a form of retaliation, because his criticism of him for not attending the GICD strategic planning retreats smacks of persistent malice, and serves as a further example of his deliberate effort to cast him in a negative light.

In April 2022, Deputy Librarian Robin Dale sent an email about chiefs' burnout concerns. She wrote,
"*The last two years have been unprecedented in the change in our working environments, ...through it all, you – as Chiefs – have been central to the amazing work that kept us moving forward.  You've also taken*

14

*on the mantle of advocating for staff and their needs, discussed ways to help staff not only adjust, but also return to the Library over a long period of time. And of course as the world discusses issues of staff burnout caused by new and/or changed work and life circumstances, you have helped staff address that too. Now, more than ever, it's time to address the fact that we need to ensure that you – as leaders – have that same outlet for conversation, level of support, and help in finding ways to manage the stressors that YOU are experiencing through these same changes*."

Unfortunately, since then, as one of the LCSG Directors and Dongfang Shao's supervisor, Mr. Flanagan have never discussed ways Dongfang Shao can address pain work points that are affecting him and his work lives. In his evaluation narratives Mr. Flanagan never recognizes he can work together with Dongfang Shao to identify pain points and then work to reduce the work stressors that that are contributing to Dongfang Shao and other Chiefs burnout, as well as strategies for addressing them. Even though Robin Dale wanted to see these discussions will take place at each of the directorate management team meetings, and ask directors how/if they might want to gather that information in advance of your respective meetings, Mr. Flanagan never worked with Dongfang Shao  to help identify, describe, and provide recommendations where he could be able to make some changes with an eye to reducing the stressors faced by and are affecting Dongfang Shao, and help find actions/policies/issues that are stressing Dongfang Shao and other LCSG chiefs where LCSG has the control to impact any changes

**3.2.5** In Critical Element 2 - Leading Change, Mr. Flanagan criticized Dongfang Shao,
"*Examples include a high-profile Mongolia event that after initially appearing to be uncontroversial, upon closer review caused deep concern and questions from senior leadership, including the Librarian's office, to which Dr. Shao responded with silence and evasion*."

**Factual Information:**
Mr. Flanagan repeatedly attempted to blame Dongfang Shao for handling the Mongolian event. However, there is no evidence for Mr. Flangan's claim and the Asian Division Mongolian specialist provided a very difference description about the Mongolian event to me:
"*You asked me to provide additional details about our August 3 Mongolian Dinosaur Fossils Repatriation Event.  I consulted you when the Embassy of Mongolia first asked if we could host this ceremony, and you agreed that it would be an appropriate event to promote our Mongolian collection, especially since either the Prime Minister or Foreign Minister would attend.  So I submitted the draft Special Events proposal to our liaison Elizabeth via you, and on her advice, submitted the proposal to the Special Events Committee. I presented it to the SEC committee, attended by all library officials including OGC, and received approval from Library Events Office, SEC summary, on July 11.  I was assigned a LEO coordinator and media team for the recording and met with them on the event logistics throughout July, and coordinated with the Embassy.  You agreed to give the introductory remarks, and the Embassy prepared the program and list of invited guests.  As a courtesy you reached out to Hannah to see if she would like to give the remarks instead of you.  All was proceeding very nicely but we were then informed that the event was being questioned by higher levels.  This was a surprise after all the work that had gone into it, and all was according to our procedures.  You and I discussed by phone how best to respond, and since I was the organizer I replied via emails, based on our discussions, to answer the additional questions.  However on the afternoon of August 2, we received an email that the event was being re-considered and to wait further instructions.  This was so puzzling since all had already been approved and well planned.  You and I consulted on how to handle concerns, and were finally informed that Hannah would give remarks but our role would be minimized.   I had to inform the Embassy at 7:00 the evening of Aug. 2 of the changes*

*required by the library, and the new program schedule. The event was attended by State Department officials, Homeland Security, and ICE officials, and the Mongolian Ambassador and Foreign Minister spoke. Hannah offered the official LOC greeting, but we were told to remain quiet in the back of the room. On the way into the event the media team assigned to the event caught up with me to say they were not permitted to film it and removed their cameras. It was a shame because the event, and the rare dinosaur fossils, were so beautiful, and we should have at least had an internal documentation. National Geographic media team covered it but we could not, and Homeland Security featured it in a news release on their website. Nonetheless you and I worked together to make the most of circumstances, and to accept the changes in the interest of the Library. We discussed many times, and were at least glad the event was allowed to proceed. We were never given a clear reason why it was questioned just before the event, after going thru all the proper procedures. It would be useful to know exactly why there were these late concerns at the higher levels, so we can learn and address these concerns before they arise in the future. Our only interest was in promoting the Library and its collections, and I did appreciate your advice, guidance and support throughout the event.*"

It's worth noting that the Mongolian reference librarian's statement proves that Mr. Flanagan's blame is groundless without factual bases. Both Dongfang Shao and The Mongolian librarian argued they did not do anything wrong, because they followed all the expected procedures for hold a public event and even OGC participants in Special Events meeting never raised concerns.

**3.2.6** Mr. Flanagan accused Dongfang Shao of the AD's involvement in a 70th Anniversary of the US-Korea Alliance event**:**
"*Separately, there was much confusion around the AD's involvement in a 70th Anniversary of the US-Korea Alliance event in collaboration with ABA, when Dr Shao first insisted on removing AD from the event, and then wanted AD to have some involvement and credit (after it became apparent that an AD staff member had played a role that was the opposite of Dr Shao's original stance,) in ways that caused confusion in different areas of the Library, including events, communications, and ABA.*"

**Factual Information:**
With Dongfang Shao's approval, an AD Korean librarian cooperated with ASME to co-organize a symposium on the 70th Anniversary of the US-Korea Alliance. This was jointly hosted by AD, the Korean Library Association, ABA-ASME, Veterans History Project, and the Visitor Events Office. The AD librarian helped to plan the symposium, moderated the event, and provided a tour of the Asian Reading Room for participants. The event brought together 50 attendees, including people from different branches of the government, D.C. area professors and students, NGOs, CRS interns, as well as Associate Librarian Robin Dale and the Republic of Korea Minister Consul-General. Many commented that the symposium's new, humanistic approach to the US-Korea Alliance was truly memorable, continually contributing the Library's influence and impact of the largest Korean collection on researchers and institutes in North American. The Korean reference librarian who was directly involved and participated in the 70th Anniversary of the US-Korea Alliance event provided the following detailed account of the AD's involvement and Dongfang Shao's guidance to her for this event:

"*On February 28, AD was informed about the Korean Library Association's (KLA) proposal of LOC-KLA joint event on the 70th anniversary of the U.S.-Korea Alliance Conference from ASME/ABA. Since Elli Kim was the Korea subject specialist, Dr. Shao forwarded the message to her and engaged in discussions regarding the event. Initially, the KLA tentatively proposed the event for May. Considering this, Dr. Shao*

*expressed that AD can support participation in the event. However, there were concerns regarding Elli Kim's workload as she was the sole librarian for the Korean collection, and her annual leave had been scheduled from May 18 to June 16. This concern was conveyed in three email exchanges on February 28. In response, Elli Kim notified ASME/ABA that while she could assist in preparing for the event; but, she wouldn't be able to attend the event if held in May due to her scheduled annual leave. This communication took place on March 2 via email. Subsequently, KLA informed the flexibility of the event's dates, either June 26-27 or September.*

*On Friday, March 3, ASME/ABA, AD, and the Office of the Special Events convened for their initial meeting. Following this, Elli reported back to Dr. Shao with the following updates:*
*1.      The Event Office expressed their intent to play a supportive role due to the specialized nature of organization and execution, suggesting that ASME and AD might need to take the lead as co-sponsors.*
*2.      AD's responsibilities were outlined, including organizing and collaborating with ASME/KLA to establish the conference theme and program content, inviting guest speakers, an invitation list for event attendees, and arranging the ARR tour. (This information was conveyed via email on March 5).*
*In response, Dr. Shao advised Elli Kim that she will not be able to fulfill your main duties/roles for this event discussed above due to being the sole Korean librarian. This advice was shared via email on March 5, Elli Kim communicated both Dr. Shao's concerns to ASME/ABA.  ASME/ABA proposed reducing Elli's roles to focus specifically on areas requiring a Korean specialist's expertise and knowledge during a Zoom meeting on March 6. And Elli Kim informed Dr. Shao of the discussion details and sent him a new revised program. Following this, as a co-sponsor of the event, Dr. Shao worked closely with Elli Kim to support the event. For instance, Dr. Shao offered guidance, including advising on submitting an LC Special Event Form to the Event Committee for review and approval by AD/ASME as co-sponsors of the event. This guidance was shared via email on April 8, 2023. Additionally, Dr. Shao also offered to ask Associate Librarian, Hannah Sommers whether she can give welcome remark. This communicated via email on April 7.*

*On April 13, Dr. Shao informed Elli Kim informing that the meeting regarding the LOC-KLA conference with Beacher, Eugene, Jessalyn and Elizabeth and concluded that AD will not be talking the lead and not be involved in the planning process of the conference; and AD may provide support to the ASME if they want to get some related materials from the AD collections. This communication was shared via email on April 13. In accordance with Dr. Shao's directives, Elli Kim transferred her duties and role to other divisions, namely ASME/ABA and VHP. However, ASME/ABA encountered challenges in continuing the event organization. As a result, they inquired about Elli Kim's intention to participate. Elli Kim stated that she would only participate in the event with Dr. Shao's approval, as indicated in an email on April 14. Subsequently, during a Zoom meeting on April 15, ASME/ABA asked Elli Kim for discussing the matter with Dr. Shao once more.  After a discussion with Elli Kim, Dr. Shao approved and supported AD's participation. This decision was conveyed during an in-person conversation around April 17. She informed ASME/ABA of Dr. Shao's decision and ASME/ABA announced AD's participation via email on April 18. On May 1, ASME/ABA sought Dr. Shao's approval for Elli Kim's main tasks concerning the event, including serving as a moderator, organizing the AD tour, and inviting 50 guests. Dr. Shao approved Elli Kim's tasks as communicated via email on May 1.*

*On June 7, Dr. Shao sent Elli Kim an email expressing concern about AD not being recognized as a co-sponsor of the event in the program and appearing to minimize Elli Kim's contributions to the event. Elli Kim, in response, conveyed that she believed Dr. Shao's approval of participation on April 17 indicated AD's role as a co-sponsor. She then detailed how AD fulfilled significant duties, including setting up the*

*conference theme, organizing program contents, inviting guest speakers, an invitation list for attendees, and arranging the ARR tour. AD actively participated as part of the planning committee. Of particular note was Dr. Shao's acknowledgment that Elli Kim had to dedicate her personal time during her vacation in Korea, to work on the invitations. Given the event's occurrence on two weekdays with a full-day program, making it challenging for many to attend, however, Elli Kim, as the Korea specialist, diligently encouraged on-site attendance. Over 50 guests attended on first day and 27 guests on the second day, including academics, leaders from the Korean American community, various branches of government staff, NGOs, and CRS interns.*

*After the event, Elli Kim informed Dr. Shao of the resounding success of the conference in a detailed report sent on June 28 via email. Many Professors and Ph.D. students in the D.C. area attended the event and expressed deep admiration for the panel content, mentioning that the conference theme-"humanistic approach to the U.S.-Korean alliance" was truly inspiring. They regarded it as not only an academic achievement but also a meaningful contribution to public service. The audience expressed a desire for a recurring conference, hoping to establish it as an annual event.*

*\*Ell Kim also followed guidance from the Tien Doan and reported progress/issues to him while he was serving as Head of Scholarly Services section.*"

**3.2.7** In his Evaluation Narratives, Mr. Flanagan referred to a new Asian Division supervisor as, "Most recently, the new GS-14 section head has seemingly been left to cold call parts of the Library for help with division matters that would be better served by direct and present involvement from Dr Shao chief to situate his new supervisor."

**Factual Information:**
This claim is not supported by any evidence. Like all other LCSG chiefs, Dongfang Shao experienced tremendous stress from his administrative work, and this was compounded due to several months of acting head duties for both the Scholarly Service Section and the Collection Services Section, as well as providing training to all new employees including two new supervisors. Moreover, Dongfang Shao had a workplace injury on April 11, 2023 due to a defective carpet floor tile in the AMED Reading Room. However, he continued to oversee the operation of the whole division as an outstanding leader for more than three months with his painfully work-related injury. Dongfang Shao began FY23 in a difficult position with both the Head of Scholarly Services and an experienced Korean reference specialist, both recommending officers (ROs), having left the Library in July 2022. He strengthened the Asian Division and overcame significant staffing challenges in FY23 by attracting new talent, training and developing the skills of new and recently hired staff, providing career development opportunities to existing staff, and temporarily taking on direct responsibility for sections to cover gaps. Following the resignation of the Scholarly Services Head in FY22, he directly participated in searches and filled this and other positions. Dongfang Shao designed recruitment strategies and prioritized the groups with the most significant under-representation, and he ensured AD staff opportunities to participate in the hiring process by serving on interview panels. The new hires are critical to the success of the Asian Division's collection services, development, and management. Dongfang Shao helped the new GS-14 section head to settle down, and provided remarkable support to her for supervisory duties, recommendation work, reference services, collection management, and digitization projects.

This new GS-14 section head also testified very differently from Mr. Flanagan's narrative:

"*I appreciate that you spent many hours meeting and talking with me on a regular basis to fill me in on the structure, activities, history, and major ongoing projects of the Asian Division when I first arrived. You also arranged further training with Tien Doan, Sabrina Hsu, and Chandell Butler, as well as meetings with counterparts in ASME. I also reached out to members of the Reference Round Table, ERMP, HCD, VEO, and colleagues within the Asian Division with questions.*
*Although you and other Asian Division colleagues were generous with your time and support, it took me some time to adjust and acclimate myself to the Library since I am new to the federal government. There were many acronyms and policies that were new to me. I have now completed the sequence of required training courses for new supervisors, and I have a clearer sense now of the policies and protocols in the library. I will try to work more closely with you in the future to resolve any complicated matters that may arise.*"

Mr. Flanagan did not specify what he was talking about, but it's possible he was mischaracterizing.

**3.2.8** In Critical Element 4. Building Coalitions, Mr. Flanagan even said,
"*While the division is well represented at conferences and committees, his direct involvement as a chief representing the Library in a leadership capacity is less clear, internally and externally. For example, Dr. Shao as far as I'm aware does not participate in any internal committees*."

**Factual Information:**
Contrary to what Flanagan falsely claimed, in FY2023 Dongfang Shao has been participating in the following groups and committees:
1.     LCAP Management Stakeholders Group;
2.     Inventory Management Policy Group;
3.     Image Description Working Group;
4.     Program Development Group Lunchtime Forum;
5.     Reference Round Table (RRT);
6.     Tibetan rare book cataloging team;
7.     Asian Division Reorganization Committee;
9.     Collections Safeguarding Plan Group;
10.    China Web Archiving group;
11.    Innovator in Residence Office group;
12.    Transfer team of AAPI Collection to the Manuscript Division and American Folklife Center.

The fact is that Mr. Flangan continues to exclude Dongfang Shao from joining internal committees because these committees require supervisor's recommendations or permissions.

All the above claims are false to one degree or another, so his criticisms about Dongfang Shao are starkly misrepresentative.

**3.3 Mr. Flangan's Harassment and Retaliation**
As GICD Director, Mr. Flanagan has not been committed to a diverse workforce, not maintaining high standard of honesty and integrity, never communicating the GICD's goals and priorities. Mr. Flanagan does not work well with employees of different backgrounds, and Dongfang Shao did not know what Mr. Flanagan expected of Dongfang Shao on the job. He never provides Dongfang Shao with constructive suggestions to improve his job performance, therefore Dongfang Shao's performance appraisal is not a fair reflection of his performance. Dongfang Shao has no trust and confidence in Mr. Flanagan and he

never treats Dongfang Shao with respect. In fact, Mr. Flanagan is engaging in inappropriate activities against Dongfang Shao. Mr. Flanagan has been neglecting of Dongfang Shao's good job as one way of retaliation. In fact, Mr. Flanagan violated Dongfang Shao's workplace rights.

Mr. Flangan has never taken steps to prevent himself as a supervisor's harassment and discrimination against Dongfang Shao. Dongfang Shao personally experienced many incidents of harassment from his supervisor GICD Director: 1. He ignored and isolated Dongfang Shao; 2. He made insulting and demeaning comments; 3. He made verbal threats; 4. He made offensive comments; 5. He made crude remarks; 6. He treated Dongfang Shao in a way that made Dongfang Shao uncomfortable. In addition, Mr. Flanagan was making several chiefs and supervisors in GICD, including Teri Sierra, Ronald Bluestone, Carlos Olave, felt uncomfortable, and meant to offend them or hurt them or cause anyone pain. Attacking the accuser is the classic playbook of powerful men trying to protect themselves. Mr. Flanagan was regularly flirtatious with his subordinates, what we viewed as part of a broader effort to manipulate those around him. We really thought it was about controlling the relationship. What this is a systemic, intentional, hostile, toxic workplace environment that perpetuates abusive treatment of people who don't have power or resources.

Dongfang Shao recalled one incident of Mr. Flanagan unfoundedly scolded at him in GICD Director office so severely that later colleagues came to him check on his well-being. Dongfang Shao cannot recall why Mr. Flanagan was so upset or the words he used. But Dongfang Shao remembered thinking it was pretty vicious and over the top, like if he had killed somebody. Not even his own parents had ever yelled at him the way Mr. Flanagan yelled at him. Flanagan often scolds senior professional library managers/chiefs like Teri Sierra, Ron Bluestone and Dongfang Shao "unprofessional".

The Library staff members described Mr. Flanagan as a micromanager who frequently berated staff members publicly over small mistakes or disagreements. And they also never respected his work ethic. When staff members worked late into the night on projects, Flanagan would be never there alongside them and he chose to leave office even before COD. This is inevitable as long as Mr. Flanagan is able to manipulate staff's ignorance about the Asian Division's accomplishments under Dongfang Shao's leadership and blame Dongfang Shao for GICD's problems.

### 3.4  Supporting Comments from Various People

Regarding Eugene Flanagan's continuing illegal harassment and retaliation through Dongfang Shao's annual performance evaluation, below are some of emails and text messages received from the LC colleagues both currently or retired (including two directors who were predecessors of Mr. Flanagan), the Library users, and scholars in Asian studies. Some of them will serve as witnesses of Dongfang Shao's lawsuit against his supervisor Eugene Flanagan:

1) "Dongfang, I am so sorry that this creep has a continuing vendetta against you. It makes no sense. Unless, he has been tasked to do it, so as to eliminate outstanding talent and senior managers who were in place before the ascendency of Mark Sweeney to deputy. Eugene Flanagan is such a loser, an mis-manager with a terribly weak ego and a need to constantly confirm his institutional 'power'. Makes me mad. I admire and honor your integrity and courage in facing this ongoing abuse."

2) "Good morning, Dr. Shao, I'm deeply concerned about the total disconnect between your continued milestone achievements and Mr. Flanagan's apparent inability to register your

remarkable success. I can only imagine how frustrating this must be for you, it is very frustrating for me. It is like a senseless war between two feuding sides. I honestly believe you need a mediator, and I hope Ms. Sommers can cast a new light on this dark and persistent inability to give credit where credit is due. I am so sorry."

3) "I am sickened by what Flanagan did. Hayden worse by raising Eve's hopes for justice and resolution of her plight. Hayden's silence is deafening. Wish I had known 2 years ago to rally us all together.  They must be held accountable.  Now I am even more fired up."

4) "Hello Dongfang, I'm very sorry to know of Flanagan's unfair assessment of your performance but I'm sure it's due to the case you have against him. I wish you luck with the lawyer and hope Hannah does something about this blatant discrimination case. If you had an accident and unable to attend the chief retreat, how did he expect you to make it to this retreat? This is really unfair. Your performance is way above successful and I'm curious how Hannah will respond."

5) "Dongfang, In all of the management-speak bullish. I picked out the following sentence: I would like to see Dr. Shao move away from his oft stated goal of building the biggest collection outside of Asia, as it does not reflect the intention of the Library's direction or strategic focus. (How dare you emphasize building the collections! How old-fashioned. ) You know, I think they are trying to get you to quit. Get rid of the old crowd that has some institutional memory.. Bring in completely new people who are dependent on us!
I did notice in his evaluation of you that he tried to separate his criticism of you from your staff, I guess in an attempt to show that he is not anti-Asian. But I have to tell you that I got upset reading that he took issue with your trying to build the largest Asian collection outside of Asia. What else are we supposed to do at the Library of Congress? We are the world's largest library! Our collections are for researchers now and in the future. The collections are our legacy. Everything else will pass but the collections will remain.
You have achieved a lot. I wonder how he evaluated the other GICD chiefs. Question: would it be helpful to respond to his specific criticisms in his evaluation?"

6) "Dongfang, I read his annual appraisal of your performance. He goes out of his way to diminish your performance. He is sadistic in his vengeance. He demeans you to drive you away from the Library, what he has done every year since becoming director."

7) "Dongfang, I am very sorry about all this.  You know that your staff think the world of you, and that all the people in the other divisions who know you are aware of what a good leader you are. At this point, I don't know what to tell you -This is your life Dongfang, you must decide what you need/want to do.  Don't let others make those decisions for you, and believe in yourself."

8) "Thanks for letting me know. This is disappointing. In the past I tried to help my supervisors to achieve their goals - because they were our goals, and the Library's goals. But I don't get the impression that your boss tries to help you to achieve your goals, or gives you pointers along the way - or am I missing something? It's a shame that you have to expend so much time and energy to get a fair evaluation..."

9) "Hi Dr. Shao, I got your emails yesterday and that was a true disappointment. I am so sorry that you have to take any effort to audition for the tangible accomplishments that should have already

spoken for itself. What a crock of shit. This shouldn't be an issue in the first place. Isn't it illegal to retaliate?"

10) "What you have stated, Elder Brother Dongfang, reveals both the trauma of your situation and the nastiness of Mr. Flanagan. My concern is that if the judge and jury do not deal with his actions directly, he will hurt many others in the AD and elsewhere. I have been praying for his repentance as well for these years, but he has appeared to have become quite hardened. A jury trial would reveal his evil. Can a jury trial be insisted upon so that it would occur sooner? May our Great God honor your truthfulness and courage, and bring about justice for all in the Asian Division, including yourself."

11) "Dongfang, why have you not retired? I think you need to take the way out asap and get away from that crazy director!"

12) "Wow—he doesn't stop.  What is current status of law suit.  Will this be added?"

13) "Dongfang, I haven't tried to read through all of this in detail, but I can say that I've never read a review that has such a hostile tone. If there are areas that need improvement, there's a helpful way to point these out—if one wants to be helpful. I'll be interested in whether Hannah Sommers provides a gracious and well-reasoned reply. I'm so sorry that your time at the Library has been marked by such lack of appreciation and respect. Any one who has used the Asian Division over the course of time knows that you are easily the best chief the division has had for 50 years! "

14) "'Flanaganism' is a bureaucratic curse. Personnel philosophy: Loyalty over Expertise and Professionalism. Keep the lawsuit alive."

15) "Dongfang, Yes, you're right about building the largest collection outside of Asia. You might want to ask Sommers specifically about that when you see her. Is the Library really not interested in collections any more? One of my concerns vis a vis China especially is that, because China is so extremely important in the world, we need to understand that country as fully as possible. Yes, everything else will pass, but the collections will remain.

Of course, they want to get rid of you. You're protesting ill treatment rather than running away, which would make it easier on management. Dr. Billington would have appreciated you so much. This seems to be a not very intellectual crowd, and they are—as best I can figure it out—very narrowly focused on the US. I really appreciated working under Kathryn Mendenhall: she appreciated my strengths and facilitated my dealing with my weaknesses, which were the bureaucratic stuff than had no point. (Not all of it is pointless, but much is.)
My advice: be sure that your work at the Library serves your interests and your career goals. Of course, we also want to have a legacy for posterity and look out for your staff. But if you don't take care of yourself, probably no one else will."

16) "All of this hostility and managerial betrayal makes me crazy! They don't even know enough about current successful management theory and practice, let alone tried and true approaches to molding, motivating and leading employees to create institutional success, to keep the staff from imploding. Hayden is a good PR person, in no way a true library leader."

17) "I suppose she [Hannah Sommers] does not want to have a confrontation with her director.  It would make her job more difficult as an administrator.  However, now
1. She is aware of your work
2. She knows that there is a problem with you and Eugene
3. She will probably speak with Eugene
And I may add, I feel she may not quite understand what "successful" means in the context of the Library.
You tried and did your best -
Take care of your health, let this situation not affect your health.  It's not worth it."

18) "What the former chief of the African and Middle East Division realizes is what you are facing institutionally and personally. She does not mention any spiritual values or religious truths that guides people through such difficulties, another factor in "public institutions" that has become more prominent in the post WWII context in the USA ( with what has at times been described as the "categorical separation" between "church and state." Yet corruption of the sort you are experiencing there involves those who are in fact living in ways that manifest no spiritual values, and in fact oppose very basic spiritual values of loving one's neighbor, living truthfully and humbly before our Lord and God, and choosing to be charitable and merciful, while seeking righteousness (and holiness). These dwell in my prayers for you, yours, and all those involved with you in this larger situation. Romans 12: 17-21"

19) "Dongfang. You are so right. It is a sad statement about the Library's administration and it's priorities. It seems the priorities are now based on the most superficial influences in our society. Quite sad."

20) "All of this hostility and managerial betrayal makes me crazy! They don't even know enough about current  successful management theory and practice, let alone tried and true approaches to molding , motivating and leading employees to create institutional success, to keep the staff from imploding. Hayden is a good PR person, in no way a true library leader."

21) "Core integrity as a research institution is diminished by senior managers. No intellectual leadership at the top. Populism is a key priority, along with indeterminant "innovative approaches"—as the long term successful methods are ipso facto outdated and inefficient."

22) "I think what you have written is excellent, especially your description of Flanagan's relentless and demeaning criticism of your performance. His remarks reek of disdain for you and cruelty as though he is out to get you (which he is). His criticism of you for not attending the GICD management retreats when he knew of your injury smacks of persistent malice and another example of his deliberate effort to cast you in a negative light. That all of your staff think so highly of you is certainly germane as they are the ones best able to evaluate your performance as they know the importance of the Asian collections, are able to build and promote those collections, and assist researchers using them. Flanagan and Hannah are useless in that regard."

23) "Dear Dongfang, I'm terribly sorry to read about your continuing tribulations.  Are you still with legal representation?  If not, it sounds like you should be.  You don't deserve any of this treatment.
I can testify to your integrity, intelligence, and ability!"

24) "Dongfang, I'm sorry to hear that this is still happening.  Perhaps they could let you report to a different manager. This sounds terrible."

25) "A close friend is right to say that LC is deep state, managers are weaponized to torment, retaliate against, and run certain employees out of LC. Hayden doesn't care. Many spend decades developing their expertise but their work is diminished and denigrated. It's beyond not getting promotions, it's principle and tearing down reputations.Too many managers like Flanagan cannot do the job or have deep knowledge, so their criticize to belittle us. They overestimate themselves and underestimate us— the chasm between is too wide."

26) "Dongfang, So, because of this mutual support in the Asian Division, that notably includes your own focused nurture of your colleagues' careers, strengths, and creative developments, let our Great God give you peace and freedom from Mr. Flanagan's wicked weaknesses. In this there is an experience before the Living God that is paradoxical, but is a source of hope and, at times, real joy.  This was something that also Dr. Carolyn Brown tried to address, when she spoke about the fear of losing one's health in the midst of the stress these situations entail.

Though you have to provide the evidence for the case, do so and trust our Savior to lead your steps each day into he lives and hearts of those who support you and who do such excellent work. Continue to focus on their lives and meeting their needs, for this is what godly love does. Very significantly, this is precisely what Mr. Flanagan does not apparently know how to do. Yet he is faced with its reality in the AD and within your life. Ultimately, then, and quite ironically for him, he ends up revealing through his actions and choices, because of his lack of love and charity, all the excellent ways you have built up your division and have truly cared for those under your leadership. In this way, your life will continue to honor our Lord's way, and ultimately will be exonerated."

## 3.4  Some Remarks by Dongfang Shao regarding Mr. Flangan's Retaliations

Dongfang Shao believes that Mr. Flanagan's narratives and ratings aren't in alignment with major facts that Dongfang Shao has provided in Dongfang Shao's accomplishments narratives. As for Mr. Flanagan's criticisms of Dongfang Shao may be proved groundless by notes and emails of relevant meetings or if the employees concerned should be asked to testify. Instead of being a disconnected manager, Dongfang Shao has been trying to help his division staff to achieve their goals - because these were his goals, and the Library's goals— we are never separated from each other. As Dongfang Shao has been deeply entwined with all aspects of the Asian Division's accomplishments. These testify to our strength, greatness and true care for our clients—US Congress and researchers! As all the Asian Division staff members are very excited and satisfied about the outstanding achievements and effective teamwork under his leadership in FY2023, we can't wait to celebrate together as a successful team for the start of a new fiscal year. But Dongfang Shao did not get the impression that with no communications with any of Asian Division staff, Mr. Flanagan has been trying to help Dongfang Shao and the Asian Division staff to achieve their goals, or gives him pointers along the way, particularly when Dongfang Shao was experiencing both mental and physical burnout and had a workplace physical injury that required his receiving medical treatments in the past fiscal year.

Dongfang Shao is proud of the successes of the Asian Division since the OIG audit report in 2012, we have made major strides toward expanding access, enhancing services, and improving our users'

experiences both in person and online. Dongfang Shao is particularly proud of the work that the Asian Division staff has achieved under his leadership as we serve Congress and all the American people. The fact that the Asian Division staff think so highly of Dongfang Shao is certainly evidence of Dongfang Shao's outstanding leadership.  They are the ones best able to evaluate his performance because they understand the significance of the Asian collections, are able to build and promote those collections, and assist researchers in using them.

It is completely illegal for supervisors to retaliate against employees who complain about workplace discrimination. But this is exactly what Flanagan did to Dongfang Shao, inventing claims to ruin his reputation and humiliate him because he knew Dongfang Shao was going to expose his behavior.

Not everyone in the Library behaves in good faith, one of Asian Americans said. "It's painful for me to see those Asian American employees who are just like led by their blind hatred for Asians and not really caring about the AAPI people. If you care about the AAPI people, you would first and foremost condemn Flanagan's racism."

As an Asian, Dongfang Shao really cares about the Asian American employees. He was frustrated by what He felt was a lack of understanding about the situation. A federal agency like Library of Congress simply can't allow the glorifying of racism acts and is required to take action here. Condemning racism strongly shouldn't be hard. It's a very low bar to clear. Many Asian Americans felt that LOC needed to lead by example by taking care of its Asian American employees and condemning racial disparities in performance appraisals and other personnel decisions.

In an open letter to Commerce Secretary, the APA Justice pointed out, "*Dr. Dongfang Shao, Chief of the Asia Division at the Library of Congress at the SL pay level, is one of a few cases that has reached the court system. Performance evaluations, like security clearance, can also be weaponized for discrimination against Asian Americans serving in the federal government. Read his case here: http://bit.ly/APAJ_Dongfang_Shao.*
*According to March 2021 civilian employment data reported by the U.S. Office of Personnel Management, about 140,000 Asian Americans serve in the federal government. About 460 are in the SES/SL/ST executive pay level. Very few serve as leaders of law enforcement, national intelligence, and diplomatic functions.*"

In this case Mr. Flanagan just uses annual performance evaluations to weaponize for discrimination against an Asian American chief Dongfang Shao for the past consecutive five years.

### 4.  Facts Revealing of Mr. Flanagan's Mismanagement in the Library

As a senior manager Mr. Flanagan should earnestly fulfill his managerial obligations and set a good example for others in respecting laws and his reports. Unfortunately, Mr. Flanagan just did the opposite. During the entire 2023 fiscal year, Mr. Flanagan has never been in touch with any Asian Division employees except for less than 10 short meetings with the whole year with Dongfang Shao. Mr. Flanagan dis not attend any meetings and events of the Asian Division, he has been totally lost contact with the Asian Division staff and disconnected with its works. Therefore his evaluation of Dongfang Shao was largely based upon his own prejudice and personal misjudgment, which have been proven by testimonies of myself and many Asian Division employees! In April 2023, Dongfang Shao Reported Mr. Eugen

Flangan's mismanagement to Office of the Inspector General. Below are some of the alleged wrongdoings of Mr. Flanagan that Dongfang Shao provided to OIG this year, and this may be one of reasons why Mr. Flangan used the annual performance rating to retaliate Dongfang Shao.

**4.1** He lied during the deposition by Eve Ferguson's lawyer saying no one at GICD ever complained about him except for Eve Ferguson.

**4.2** He neglected GICD chiefs' Midyear reviews several times, including Ron Bluestone, Dongfang Shao, which are required by Human Resources Directorate as part of employee's' performance appraisals.

**4.3** He did not even conduct a conversation for senior level executive.

**4.4** He often did not appoint acting director when he was on leave for more three days, which made chiefs in GICD confused and lost in reporting management issues.

**4.5** Since he became GICD director he refused to share GICD annual reports with chiefs and other supervisors.

**4.6** He did not come to divisions to see staff, or attend divisions meetings

**4.7** He never reveal his onsite and telework schedules to his reports

**4.8** Mr. Flanagan rejected HCD approved Adverse Action on an unqualified candidate for promoting to GS13 who was accused of claiming a non-existent university degree and creating a fake resume.

**4.9** Mr. Flanagan inflated his educational credentials and exaggerated his short-term course as Harvard affiliate.

**4.10** For FY23 mid-year review Flanagan did not mention anything about Dongfang Shao's work and even did not write any progress review. So Dongfang Shao wrote to Office of Inspector General to report his mismanagement. But he never heard any response from OIG.

**4.11** He lied about "Shao refused to communicate". It's him to avoid communication always being late to bi-weekly one on one 30-minute meeting, sometime 17 minutes late.

**4.12** He never provided feedback to the Asian Division business reports.

**4.13** He has almost no contact with Asian Division.

**4.14** There are a lot of complaints in GICD about Flanagan by people of color employees.

**4.15** He never suggested how to get good ratings and did not write progress review.

**4.16** He treats white chiefs favorably, with special assignments and communications.

**4.17** He separates the AD chief's leadership from AD staff's accomplishments to divide people instead of unifying people

26

**4.18**  He is ignoring and neglecting AD works. How did he really have a knowledge and understanding of the AD works to evaluate the accomplishments?

**4.19**  He did not write a progress notes in mid-year review and did not mention anything about improvements except for thanking Dongfang Shao for what he had done for the first six months.

**4.20**  He never gives the Asian Division chief and its staff any guidance.

**4.21**  Without consulting immediate supervisor AD chief, he gave an AD employee special award.

**4.22**  He never considered the shortage of staff and normal workload instead of adding unbelievable additional assignments to staff driving them crazy. This is a torture and should be suited by UN law

**4.23**  He always inappropriate pronouncing the AD staff's names each time even though Dongfang Shao pointed out his mispronouncing.

**4.24**  Mr. Flanagan lied to Robin Dale about communication and to Julia O'Brien about Shao being sole SLE Flanagan rated in the past two years.

**4.25** Assignments of Acting Director of GICD
Flanagan continued to appoint white chiefs whose seniority is lower than Dongfang Shao and had served as acting director of GICD last November, as acting director of GICD. This kind of inequality, unfairness, prejudice and favoritism is Flanagan's discrimination against Asian American and other under represented ethnic groups, as he never pays attention to diversity and equality. A GICD supervisor asked Dongfang Shao, "Why are you not acting director? You are true senior level with the most GICD experience." These facts are cause for worry, but staff members should be even more alarmed at his 10 years' experience in labor analytics—the art of eliminating as many jobs as possible.

**4.26**  Hiring Issues regarding Diversity
Dongfang Shao has been wondering why the Library did not conduct an open search for director for General and International Collections Director, instead of appointing someone who had no any collection services and management experience and no knowledge of any foreign languages!  This would not benefit our underrepresented group (Asian Americans consist of 80% of Asian Division staff members, plus 5% of African American staff) in GIC directorate in hiring, preventing mostly Asian Americans and Hispanics from applying for the GIC director position, either intentionally or unintentionally.

Whereas non-White American staff members in GIC directorate, most of them being first generation of immigrants, have contributed much to the Library of Congress, unfortunately the Library senior management has been slow to help them integrate organically into the Library management and operations. As a result, for example, Asian American staff report increasing levels of depression and isolation, or simply clubbing up each other, because of cultural differences and language barriers. The Library senior management must not forget its obligations to these immigrants nor loose sight of the far greater opportunities to advance understanding and cooperation.

Dongfang Shao believes this is an EEO issue as being a federal employee, the law protects us from discrimination for giving equal opportunities to get a position like GICD director because of race, color,

religion, sex (including gender identity, sexual orientation, and pregnancy), national origin, age (40 or older), disability or genetic information. The law also protects us from retaliation if we oppose employment discrimination, file a complaint of discrimination, or participate in the EEO complaint process (even if the complaint is not ours.)

However, while the federal law protected classes race and color are two of them, the way things are set up management reserves the right to move senior level staff in and out of any position they want. That being said, yes it does appear that they could have conducted a serious search for director. The fact is, however, that they chose not to. As for retaliation…the Library has a memory. People would not cross management, unless they wanted to leave. He knows it is not right but that is the situation.

Dongfang Shao just wanted to have equal opportunities for Asian American managers and employees of colors — we have received much less resources from the Library (sometimes we had to voice our concerns and requests through other managers because of weak position and situation inherited for Asian immigrants, and now have a director who does not know our Asian collections and basic library knowledge such as bibliographic records!

Because of Mr. Flanagan's mismanagement, he has been fostering an abusive culture rife with harassment and discrimination in GICD. Many women including a program specialist, a Herbaria collection specialist, two African collection reference librarians quit their jobs in GICD over the behavior of Flanagan. Mr. Flanagan had bullied employees and helped personally cultivate a culture that allowed harassment and discrimination to fester. Employees said they often feared retaliation if they reported wrongdoing.

Dongfang Shao wanted the Inspector General to investigate his personal conduct and whether it conformed to the standards expected of the federal regulators. He hoped OIC's investigation would focus not only on the alleged widespread and entrenched misconduct and toxic work environment, but whether this environment impacted the services and reputation of the Library system. He hoped to see an independent review of the matter. If the Library fails to protect its own employees, how can we trust its mission of ensuring the services and soundness of our Library system is being successfully carried out. The Library Administration should take unprecedented steps to contain further panic, the allegations of a culture of tolerating harassment at the GICE, which weakens the credibility of the Library. Dongfang Shao asked for all records relating to complaints, performance reviews and investigations into inappropriate behavior by Mr. Flanagan, information from a law firm investigating the claims, related communications from LOC human resources, documents from Mr. Flangan's office and a list of employees reassigned due to retaliation, disclinations, and harassment allegations.

5. **Mass Departures of Chiefs in the GICD and Retention Issues due to Mr. Flanagan's Mismanagement**

**5.1** In October 2018 when Eugene Flanagan was reassigned as director of newly created General and Intentional Collections Directorate (GICD), there were seven divisions with their respective chiefs. Except for the Hispanic Division Chief, a white person who just started working in the Library of Congress (LC) on October 1, 2018, all other six professional experienced chiefs (four of them were Senior Level Executives (SLs)) had been working in the LC from two to 51 years. However, they began to leave the LC one after another:

(1) African and Middle Eastern Division Chief Mary Jane Deeb (Middle Eastern Asian American) left in February 2019;
(2) Serials and Government Documents Division Chief Teresa Sierra (Hispanic American) left in November 2019 after Flanagan yelled at her in her office with the doors closed—no witnesses;
(3) Researcher and Reference Service Division Chief Kimberly Bugg (African American), who arrived in the LC only in October 2018, left in January 2020;
(4) European Division Chief Grant Harris (Senior Citizen) left in April 2020;
(5) Science, Technology and Business Division Chief Ronald Bluestone (Senior Citizen) was forced to retire in May 2022 after receiving Flanagan's letter of admonition, which Ronald had never received in his 51-year extraordinary federal services;
(6) Researcher Engagement and General Collections Division (newly created division after the merger of RRS Division and STB Division in October 2023) Chief Dennis Clark announced his resignation in November 2023 after working under Mr. Flanagan for less than 3 years (starting in January 2021).

Dongfang Shao feels sorry for these chiefs. Everyday there's a data call or at last minute assignment to complete. He thinks that's why some of chiefs retired or resigned. A former chief told Dongfang Shao that he couldn't get his work done and everything changed so drastically so he decided to leave. Another former chief asked after learning the mass departures of chiefs and other talent professional program specialist and reference librarians, "Question: is anyone aware of the mass departure of chiefs in this one particular area of the Library?"

**5.2** In addition, many experienced and talents librarians in GICD resigned, including GS-14 Program Specialist (Asian American), GS-13 Hebraic librarians (one of them resigned only after three weeks onboard), African collection librarians (African Americans). Particularly, a recent hired Reference Librarian for Hebraic Section in October resigned after only three weeks.

### 5.2.1 A retired reference librarian's case description
Under the leadership of Mr. Flanagan, GICD had a culture of prejudice against Asians and other COP employees. In her public distributed case description in 2022, a retired African American reference librarian's wrote,

"*I am a former Reference Librarian ...., where I served for nearly 15 years. I am in urgent need of financial support for my legal case for Disability discrimination, now entering the final phase.*

*Last year, I was forced to retire early and at a great financial deficit after my health care providers requested medical accommodations at the Library of Congress for a transfer of duties. Instead, I was placed on suspension in an adverse action and forced to retire, rather than the intended termination, in order to maintain my health benefits and access to retirement benefits after a long and very successful tenure in my division. I took up legal redress to be made whole and am on track for a hearing in the near future.*

*During the pandemic, we got a new supervisor, who very shortly after being installed, began a campaign to destroy my reputation and set me up for ultimate termination under the instructions of the Director of General and International Collections, Eugene Flanagan. I saw what they were doing, and when they suspended me without pay for no credible reason, I retired at a great financial deficit to me. I needed to keep my health benefits as I have had several health issue, including Retinitis Pigmentosa, an uncurable degenerative eye disease. I was too young to retire for any other reason than disability. My disability was*

*made worse while trying to continue to do my job, and the Library confirmed the fact that I had a valid disability when submitting paperwork to the Office of Personnel Management. When my health care providers submitted documentation under ADA (Americans with Disabilities Act) paperwork, requesting a transfer/reassignment, they came after me and I had no option but to retire.*

*Last month, the lawyers I retained, deposed Library of Congress managers Eugene Flanagan, ..... and .... and got all on record lying about the situation. They acknowledged that ADA is a law, not a choice. It is a law that they chose to break and they should be held accountable! This has put me in a desperate situation as I am still waiting for disability retirement benefits, otherwise, I only have Social Security disability, which doesn't give me the ability to pay the lawyers.*

*In a recent discussion with my legal representatives, I was told unless I could produce the remainder of the balance immediately, that they would cease working on my case. With a few critical deadlines approaching, this would certainly have a negative impact on the forward motion and possibility of victory in my case, either through a hearing (currently scheduled for January) or a settlement before we approach that date. Without legal representatives, I would certainly miss the upcoming deadlines, set for mid-December. That would certainly result in the dismissal of my case, handing victory to the agency that violated my rights as a disabled person. While these efforts are to address an egregious wrong done to me, it is also on behalf of all people with disabilities invoking the Americans with Disabilities Act (ADA). The fact of the matter is that ADA is a law, not a choice, and the Library of Congress blatantly violated it. I am standing up for everyone else who has a disability that this law was created to protect*."

Her statement was widely circulated among friends and potential donors by both print and online.

### 6. Mr. Flanagan's Misrepresentations of the Asian Division staff and Their Chief, Dongfang Shao

Under all kinds of trumped-up charges, Mr. Flangan started to blame Asian Division's staff members with no reasons.

**6.1** Mr. Flangan alleged that  *"[A Southeast reference librarian] didn't have any supervisory or SME support, both of which can be beneficial when persuading the committee to approve digitization proposals.*"

On October 17, 2023, Eugene Flangan sent Dongfang an e-mail, claiming that a Southeast Asian librarian presenting a proposal on Thai scripts in assessment meeting held by Digital Library Content Group did not have support, "Unfortunately, it seems he didn't have any supervisory or SME support, both of which can be beneficial when persuading the committee to approve digitization proposals." He criticized this Southeast Asian librarian for both the support from his supervisor and no subject matter expertise.

**Factual Information**:
Regarding Mr. Flangan's allegation, one of Southeast Reference librarians wrote, "*One last point is that both Southeast Asian librarians were listed on the proposal when we originally submitted as POCs.*" And he added, "*Both have taught Thai history in university courses (just as we've both taught Philippine history). Both librarians discussed each manuscript in detail. And there was not any question that either of them could not answer. The proposal was accepted with high marks.*" So one Southeast Asian reference librarian not being present had no effect. He was away at a conference for professional development (with

senior Vietnam scholars: Andrew Hardy, Ben Kiernan, Christopher Goscha, Edward Miller, David Biggs, etc.). Both Southeast Asian librarians had no idea it would ever be a concern since both of them are trained as Southeast Asian experts. In their PhD programs they were trained to know the entire region, not just one country. One librarian was not there in person, but he wrote the entire presentation; so he had provided SME support. They thought about delaying the assessment proposal until he could do it himself, but the digital projects coordinator said they would have to wait 2 months to present again. So in order not to delay it significantly one librarian asked another librarian if he could make the presentation. They wish Mr. Flannagan had understood that the Southeast Asian librarian presenting did have SME support. As for supervisory support, this digital project had been approved by former section head Tien Doan when he was temporarily promoted for 240 days before new supervisor was on board in July. Because of this personnel change, the assessment meeting organizer from the digital content management and services division had not added new supervisor to the list. But Dongfang Shao quickly emailed her and provided updates. Thus, saying a Southeast librarian did not have any supervisory or SME support for the Thai manuscripts digital project is a totally baseless allegation against two Southeast librarians and the Asian Division managers.

**6.2 The AD reference's Excellent Services to a User raised concern by Mr. Flanagan**
Last December LC's Innovator in Residence Jeffrey Yoo Warren sent Dongfang Shao and other AD librarians an email to offer his thanks for all Asian Division's help during his recent visit to Asian Reading Room. He really appreciated the support provided. However, after reading his thank-you email, Mr. Flanagan asked Dongfang Shao instead, "One area of possible concern though is what appears to be a significant delay in response time after Jeffrey contacted the division. His first email is dated November 17, but it appears our reply only came nine days later on November 25? If so, do we know why the delay?" He later continued, "I'm still wondering if and why his AAL question of 11/17 went unanswered until 11/25?" After Mr. Flanagan got Dongfang Shao's explanation, Mr. Flanagan replied, "I would like to think that no matter what the question and no matter what the alignment or misalignment with subject matter expertise, it is entirely reasonable to expect any LC librarian to be able to provide a prompt response via Ask-a-Librarian, if only to say that the question is being directed to the right source or that we will take a little time to investigate and respond shortly, or something along those lines, rather than have no response. Being unresponsive on A-a-L would seem especially problematic in a hybrid work environment."

**Factual Information:**
Actually, Dongfang Shao had been contacting and working with a Librarian in Residence since November 8. His request on November 17, 2022, through the Asian Division Ask a Librarian has been only a part of his larger research project that Dongfang Shao already communicated and discussed with him. Between November 8, November 17 and November 25, Dongfang Shao had already met him via Zoom, and had communications with him to discuss how the AD could help his project. Also Dongfang Shao assigned the AD librarians to assist him, all of which did not reflect in records of the Asian Division Ask-A-Librarian. These records have only shown our reference service partially. In addition, it would take several days for a reference librarian to prepare relevant materials for Jeffrey, who used both emails and the Asian Division Ask-A-Librarian to contact us. The reason if and why his AAL question of 11/17/2022 went unanswered until 11/25/2022 was that the Asian Division did not have an AAPI reference librarian now, and a reference librarian in other subject areas (such as India, Japan, and China) has little knowledge about AAPI collection, so she or he has to take a much longer time to respond. We could not tell users that the Library did not hire AAPI librarians, but we are trying to our best to find information and resources for users. That's why Dongfang Shao requested to fill out the position vacancy of AAPI librarian in order

to serve researchers who use AAPI collection. The Library's online description about "Ask a Librarian: Asian Studies" below:

"We provide assistance to researchers about the countries and languages of East, South, and Southeast Asia. We will provide a response to your question within 5 business days." AAPI is not part of "the countries and languages of East, South, and Southeast Asia." Thus, for non-subject specialists on AAPI, it would be difficult for them to respond to AAPI related questions promptly as their own specialized areas. Once the Library hires an AAPI librarian, we would be able to add the subject "AAPI" to "Ask a Librarian".

Moreover, Dongfang Shao already met with Jeffrey Yoo Warren via Zoom in the morning of November 23 and initially responded to some of his questions on behalf of Asian Division and explained the AD's current situation about AAPI collection. Dongfang Shao's response took place in only 3.5 business days after Jeffrey made his request in "Ask A Librarian" in the afternoon of November 17, 2023.

**6.3 Unwelcome comments about a Veteran by Flanagan**
Regarding former veterans and service-members, there is a general principle that should be followed: we should protect employees who formerly served in the military from discrimination or retaliation, and provide certain benefits and reemployment rights. Yet, when one of our former military women (who is also an Asian American) took medical leave due to her previous injury and surgery that had followed, Mr. Flangan did not express any sympathy toward her situation, but rather adopted an attitude that that sought to highlight finding fault with her performance. In order to understand this mean-spirited manner of approaching our colleague and former service-member, some further background information is needed.

Before this Asian American colleague joined the LOC, she served in the army, but there suffered a major leg injury. As a consequence of her physical needs that accompanied that injury and subsequent surgery, she was transferred to another unit to work in the library located in the army compound. That experience was life-changing for her, and ultimately (as seen from statements recently published in an interview with her within the Library's weekly *Gazette*) led her to apply for a post at the LOC.

The problem that has arisen in her case is that since her coming to the LOC, she has needed to take medical leave to deal with her continued physical needs. In fact, her requests for leave were beyond what would be normally permitted for a new employee at the LOC, but other options were made for her, because she has proven to be an excellent worker.  In order to cover the time for her to have enough sick leave to deal with her physical needs, the HCD compassionately recommended her to use special advanced leave. Under those conditions, her situation was reported to Mr. Flanagan. In spite of all these limitations that she faced, her supervisor confirmed that she had still attained excellent performance in her assigned tasks, and so recommended her for a routine promotion from GS5 to GS6.

On his part in relationship to this former service-woman, however, Mr. Flanagan adopted an attitude that questioned her performance because of her requests for sick leave. That is to say, Mr. Flanagan assumed that this woman took too much leave and did not work hard, using her injury as an excuse for her laziness – even in spite of her supervisor's explicit positive evaluation of her work and the recommendation for her promotion. As a consequence, Mr. Flanagan has deliberately not granted the routine promotion for this servicewoman that the AD Chief Dongfang Shao supported, and has purposefully not responded to Dongfang Shao's inquiry about status of this promotion.

The unwelcomed comments that added to this highly negative situation created by Mr. Flanagan occurred after an interview with this female Asian American servicewoman was featured in the weekly Gazette. It

included statements about how others in the army recognized that she was "a bibliophile," and so after her surgery, they "persuaded our drill sergeants to let me work" in that onsite library. She went on to explain,

"We had trainees who came from tough backgrounds and had never read a book in their lives. I would introduce them to any page-turner that piqued their interest and, within a month or two, they'd be devouring classics. Inspired by this experience, I started working at a public library after rehab. Then, last year, a friend texted me a posting for a job in the Asian Division [of the LOC]. It was such an ideal fit for me, so I applied, and now I'm here!"

On reading this along with other parts of the interview, Mr. Flanagan did not change his attitude about her work performance, but quipped in an e-mail dated on August 4, 2023, "What a strange coincidence [that she is featured in today's *Gazette* Q&A]!"  Of course, what was "strange" about it was the strong contrast between his attitudes and those expressed in the *Gazette*.  On his part, he has resisted offering her a well-earned promotion. In fact, his biased attitude toward her work performance, in spite of what her supervisor had explicitly stated, had created a very negative atmosphere about her life and work. Yet this was in diametrical opposition to the very positive and affirmative statements found within the *Gazette*. Here again is another public expression of Mr. Flanagan's biases that has created a cloud of darkness for this servicewoman, when what she is accomplishing in spite of her physical needs is actually very bright, hardworking, and promising. Her high-quality service can be demonstrated by an Asian Division reference librarian's recent report to her supervisor and me about her on November 30, 2023: "I just wanted to let you know that [she] went above and beyond to serve a Chinese collection user late today. Mr. Li Yun made a request at 4:23 in the afternoon. [She] called to ask if he was in the reading room, but I told her he was not so she and I both thought she did not have to retrieve it today. But then Mr. Li appeared in the reading room. I called [her] back and she was willing to bring Mr. Li the book! Even though he will only have a short time he is very grateful to see it."

### 6.4 Disrespect in Addressing Asian staff
In addition to ignorance of a Japanese librarian's presentation in and contribution to this event. later Flanagan even directly called him by his family name in his email, a very impolite way to refer to someone in Western customs, and considered to be a disrespectful way of discriminating against another in Japanese culture. Why did Mr. Flanagan call other white employees' family names in his email? When this Japanese librarian became the target of his racist rhetoric, he did not feel like it was comfortable to stand up to his aggressor Mr. Flanagan. Mr. Flanagan has been creating disagreement and friction among employees, instead of unifying them.

### 7.   Mental Damages, Physical Pains, and Emotional Struggles experienced by Dongfang Shao

**7.1** Despite Dongfang Shao's success, he consistently struggled with fair ratings in annual performance reviews in the Library. Dongfang Shao noticed that he was kind of stalled in his performance reviews. He just felt frustrated. Because of Mr. Flanagan's unfair and racist treatment, in the past year, Dongfang Shao started to notice that now he avoids speaking in GICD various meetings, especially in the wake of the harassment and retaliation on him. It's very difficult to describe this feeling of ignorance and discrimination just like grieving. Mr. Flanagan has been stressing Dongfang Shao out. It's Mr. Flanagan's mistreatment which has been going on for five year or longer and it became physical torture as well as mental, makes Dongfang Shao often want to throw up.

Dongfang Shao has been peaceful person, is forgiving, but he hurt now. Dongfang Shao feared for Mr. Flanagan's continuous retaliation in the workplace. He has to be extra concerned now for if something was going to happen, if Mr. Flanagan was going to try to do.

The mental damages figures reflect the impairment of Dongfang Shao's future expected compensation, how he's been impacted personally and other matters, including making an example out of GICD and its bad behavior.

**7.2**  In the past five years, Dongfang Shao felt depressed and would characterize this mental state as long-term. On the basis of his memories of the past, Dongfang Shao did not feel depressed prior to the discrimination and retaliation that Mr. Flanagan expressed against him. Now, he has often experienced nightmares. Changes have occurred also in his attitude  toward work, in his level of self-esteem, and even in his eating habits as well as new troubles in getting to sleep.

As a consequence of all these struggles, there has been a change in his pattern of and desire for socializing. For example, he has isolated himself from other chiefs of the GICD, and other colleagues and friends. He noticed that there has been a change in his mood. There has been a change in whether and how he experiences anger and sadness. In addition, there has been a change in the number, frequency, and severity of his physical injuries in the workplace and outside.
Moreover, there has been major damage to Dongfang Shao's professional and personal reputation because of Flanagan's harassment, retaliation, and discrimination against Dongfang Shao since October 2018. Clearly this is demonstrated by a change in his level of emotional distress. Consequently, there has been a change in the amount of his alcoholic and medicinal intake, accompanied at times by a change in his tendency toward quarrelsomeness. Sadly, this has also impacted his key relationships, such as in facing difficulties with his spouse, other family members, friends, or work colleagues.

In fact, here has also been a change in his financial situation because of lower increase of his salary and reduced awards in the past five years due to Mr. Flanagan's unfair ratings. Because of these lower ratings Dongfang Shao has experienced personal humiliation at the workplace, and so a gradual change in his ability to cope with those painful situations. Dongfang Shao recalls one of his lowest moments when he suffered emotionally and physically as a result of the discrimination in front of the OCWR hearing officers and his legal representative.

Generally speaking, then, Dongfang Shao has experienced a far greater number of headaches, a change in his stress level and anxiety level, and has lost some of his enjoyment of life.  Quite naturally, this has affected his attitude toward others, his energy levels, and his frequency of feeling lethargic and fatigued. Especially, there has been a change in his feeling of being in or out of control. Necessarily, then, he has visited health care providers numerous times for treatments related to these forms of harm that he believes have been caused by the discrimination and retaliation he has experienced from Mr. Flanagan in the LOC.

**7.3** As someone who has experienced stuff like that in the past, Dongfang Shao as other Asian Americans just constantly on alert and we catch things like that. Whereas his colleagues who are white, they didn't really know what was happening. He felt something that was traumatic happening, which he wasn't able to process it at all. Sometimes Dongfang Shao asked his white friend if they realized what Mr. Flanagan had done to Dongfang Shao and the Asian Division. These colleagues didn't realize what had just happened, which made Dongfang Shao feel alone. This is inevitable as long as Mr. Flanagan is able to manipulate staff's ignorance about the Asian Division's accomplishments under Dongfang Shao's leadership and blame Dongfang Shao for GICD's problems.

**7.4** Dongfang Shao originally planned to stay on until 2028 to celebrate a 100th Anniversary of the founding of the Asian Division, but his plan abruptly changed when he has experienced emotional damages due to Mr. Flanagan's racial discrimination and retaliation in the past five years. Mental and emotional trauma caused by Flanagan's discrimination, harassment and retaliation has damaging long term effect on Dongfang Shao's mental and physical health.


## 8. Retaliation and Racial Discrimination against Asian Americans by Mr. Flanagan

**8.1** What is workplace Retaliation?

It happens all the time. Dongfang Shao spoke up about Mr. Flanagan's discrimination and harassment at work and got unfairly punished by a lower performance rating. But Dongfang Shao thinks he is not alone. Across dozens of people who reach out, they see the concerns, fears, and frustrations of retaliation. It's real. In fact, 45% of all complaints filed with the Equal Employment Opportunity Commission (EEOC) are retaliation claims. Retaliation can come in a lot of forms. It's often driven by a human reaction to respond to a perceived offense. It's normal to feel hurt, minimized, and harmed by retaliatory behavior. Retaliation has both human and legal components. And retaliation can come from different places. While 50-70% of retaliation cases are committed by supervisors, peers engage in their fair share of retaliatory actions as well. While coworkers may not have as much, or any, influence over pay, promotions, or discipline, they may bully, demean, or otherwise harm those who speak out. He practices coercive tactics against other people and retaliates recklessly.

Just because retaliation is common doesn't mean it's ok, or that Dongfang Shao is helpless in the workplace. Mr. Flanagan is punishing Dongfang Shao for his filing two discrimination and harassment claims, and he was exercising his rights in the workplace. Mr. Flanagan makes things so intolerable; it pushes Dongfang Shao to quit ("constructive dismissal"), as a result of being given lower performance ratings for five consecutive years. These abovementioned are some examples of hostility and discrimination that Dongfang Shao has faced in the last several years. While this discrimination and racism directed at Dongfang Shao is anything but new, animosity toward Dongfang Shao has grown in the wake of the hate crime against anti-Asian Americans. While the past year has magnified Mr. Flanagan's racial discrimination, and Dongfang Shao was bullied by Mr. Flanagan. it's also inspiring Dongfang Shao to stop being silent again and speak out about his experiences through this OCWR complaint action. As a federal employee who has some legally protected actions employees, Dongfang Shao should be able to take without fear of retaliation to report harassment and discrimination; request accommodations for disability by filing an OCWR claim.

**8.2** Dongfang Shao had been denied outstanding ratings by his supervisor Eugene Flanagan, for which Shao was qualified—including one in which he was graded in the best-qualified Chief—supports a conclusion that he was retaliated by Eugene Flanagan against for whistleblowing about the issue of educational credentials of a disqualified candidate of whom Flanagan was a fan. Repeated instances of an employee being denied promotions for which he was qualified—including one in which he was graded as the only candidate in the best-qualified category—supports a conclusion that he was retaliated against for whistleblowing.

Dongfang Shao believes that Mr. Flanagan's negative action and punishment on Dongfang Shao following his legally protected activity is retaliation. Dongfang Shao and his coworkers should never be punished for standing up for myself and other employees. Dongfang Shao will decide to leave because he does not like the culture that's driving these retaliatory behaviors. He feels retaliation by Mr. Flanagan in

GICD workplace deeply hurtful, frustrating, and angering. Dongfang Shao thinks he deserves to work in an environment that respects, values, and treats them well. He deserves to be heard, because retaliation is wrong for him to face this kind of unfair or unlawful behavior by Mr. Flanagan.

**8.3**  The GICD is seeing historic levels of anti-ethnic minority, with actions targeting the African Americans and Asian Americans have also grown increasingly worried over their working conditions. Many of them either resigned or retired early. Mr. Flanagan is purging ethnic minority librarians and technicians, including US citizens. He has targeted African American librarians for surveillance, leading to fear among people of Color, especially Asian Americans. This could be a dangerous lurch down the path of paranoia and racial profiling. Mr. Flanagan's ungrounded allegations and unfair treatment caused Dongfang Shao to feel afraid and annoyed. His behaviors come at a time when anti-Asian rhetoric is on the rise in the U.S. during and after the pandemic. He accusing Dongfang Shao and his colleagues of a series of events with no reason and referenced the ongoing tension between him and the Asian Division staff. He gave an Asian American Chief Dongfang Shao much lower rating than white managers (other GICD chiefs), and refused to engage with Asian librarians and technicians.

Mr. Flanagan has no desire to see Dongfang Shao and Asian Americans as persons, and he has no desire to get to know Dongfang Shao's accomplishments and Asian Division's works and contributions. It's purely, Mr. Flanagan made up his mind about who Dongfang Shao is and he hated and disliked Dongfang Shao. And to Dongfang Shao, that's where racism is. Fear, hardship, uncertainty in his management and workplace had been compounded by Mr. Flanagan's ignorance of Dongfang Shao, even though Asian Americans are often called as silent minority. At this point, race relations are at lowest point in Mr. Flanagan directorship. This Mr. Flanagan's irrationality and discrimination are undermining the Library employees' morale. "The warning signs were there", a LC colleague said she wasn't shocked when she heard the Dongfang Shao's legal case of driven by Mr. Flanagan who he holds racist tendencies and beliefs against Asians!

**8.4** During the rise of anti-Asian hate crimes during the pandemic, many of the Asian Americans in the Library began to talk about the alleged discrimination in the workplace, sharing similar experiences to his own. Hate and discrimination at work is one of the most insidious ways anti-Asian racism shows up in our society. One of Asian Americans in the Library said, "Dr. Shao's experience showcases how even in fields that heavily rely on Asian American labor, anti-Asian racism remains pervasive. His speaking up is an act of bravery, moving us closer to securing fair treatment for our communities."

Asian Americans' contributions in the Library are valued and even weaponized against other communities of color as long as we keep our heads down and know our place. But once we dare to suggest that we are just as good, just as objectively qualified as anyone else for leadership roles, we experience exclusion, derision and retaliation. This is something we have whispered about as a community for decades in living rooms and over the dining table, but our parents and grandparents had to stay silent to build a better life for their children. We owe it to them to be the generation that ends this ignominy.

These are some examples of hostility and discrimination that Dongfang Shao has faced in the last several years. While this discrimination and racism directed at Dongfang Shao is anything but new, animosity toward Dongfang Shao has grown in the wake of the coronavirus pandemic. While the past year has magnified Mr. Flanagan's racial discrimination, it's also inspiring Dongfang Shao to stop being silent and speak out about his experiences through this legal action.

As a Chinese American, Dongfang Shao is proud of his heritage, but he is just tired of getting hurt and blamed for no reason. Mr. Flanagan was showing he didn't respect Dongfang Shao and thinks Dongfang Shao as an Asian American was weak. Mr. Flanagan is actually deploying his authority and resources to unscrupulously contain and suppress Dongfang. Asian Americans are the least likely group to be promoted to management positions, or to be evaluated as highest performance in the Library of Congress, despite being the most highly educated demographic and hard working. This disparity reflects racist stereotypes that paint Asian Americans as quiet, meek, and antisocial.

Asian Americans are the least likely group to be rated lowest to management positions, or to be evaluated as lowest performance in the Library of Congress, despite being the most highly educated demographic and hard working. This disparity reflects racist stereotypes that paint Asian Americans as quiet, meek, and antisocial. "It just goes on, and on, and on. Race and racism is a reality that so many of us grow up learning to just deal with. But if we ever hope to move past it, it can't just be on people of color to deal with it," Michelle Obama wrote on May 30, 2020. The main reason why Dongfang Shao's is doing this lawsuit is to make sure that we can make people aware of the civil rights movement for Asian Americans and to continue to support this effort. Dongfang Shao thanks it's an effort that is sort of in its infancy, but there's a lot of stories and there's a lot of activities that need to continue to happen.

As someone who has experienced stuff like that in the past, Dongfang Shao and other Asian Americans just constantly on alert and we catch things like that. Whereas his colleagues who are white, they didn't really know what was happening. Dongfang Shao felt something that was traumatic happening, which Dongfang Shao couldn't process it at all. Sometimes Dongfang Shao asked his white friend if they realized what Mr. Flanagan had done to Dongfang Shao and the Asian Division. These colleagues didn't realize what had just happened, which made Dongfang Shao feel alone.

**8.5** In the past years, the GICD was regarded as the worst directorate in the Library for Asian Americans, and the directorate is highly segregated. Accusations of director's racism and racist behaviors have been a consistent issue for the directorate, especially for the Asian Division and its chief. Race relations are at lowest point in Flanagan directorship. Dealing with ignorance and racism isn't new for Dongfang Shao. Dongfang Shao believes Mr. Flanagan's prejudice and discrimination has always existed. But this past year, Dongfang Shao did feel like Mr. Flanagan who is discriminating persons of color in GICD had been more empowered to be more public about it. Mr. Flanagan is very publicly anti-Asian and downplays the accomplishments by Dongfang Shao and other Asian Americans.

Mr. Flanagan has no desire to get to know Dongfang Shao's accomplishments and Asian Division's works and contribution. It's purely, Mr. Flanagan made up his mind about who Dongfang Shao is and he hated and disliked Dongfang Shao and the Asian Division. And to Dongfang Shao, that's where racism is. Dongfang Shao has the right to make necessary and legitimate responses to Mr. Flanagan's criticisms and actions that undermine Dongfang Shao's rights and interests.

**8.6** According to The LOC DiversityDashboardFY2022, Library of Congress has 93 Senior Level Executives. Among 93 SLs, 72 are whites, 10 Blacks, 4 Hispanics, and 5 Asians. According to the same Dashboard data, the Library of Congress' employees include 57.9% whites, 28.2% Blacks, 3.6% Hispanics, and 9.2% Asians.

This comparison can be analyzed with SLs numbers—Asian SLs: 5.3% vs Asian employees: 9.2%.

Based on previous stats, more than 96 percent of SLs (mostly white managers) received either Outstanding or Commendable ratings. Thus they will receive pay raise of 15% or 10% in January 2024.

For a very few SLs (3 or 4), including Dongfang Shao who received Successful rating. They will be no pay raise in January 2024!

What the numbers suggest to us at this time is not only that Dongfang Shao is in a minority within racial perspectives, but also he has been placed in an extreme minority by Mr. Flanagan.  Due to all the evidence Dongfang Shao has already presented, it is all the more clear from this point of view Mr. Flanagan has expressed a prejudice against Dongfang Shao that is motivated by things other than actual achievements Dongfang Shao and the Asian Division have manifested.  That is to say, the numbers cannot provide direct evidence of his being unjustly dealt with, but they are consistent with an interpretation of those numbers that suggest Dongfang Shao is not being dealt with fairly. In that light, then, the stronger evidence is not in the numbers, but in Dongfang Shao's demonstration of Mr. Flanagan's biased assessments.

**8.7**  Dongfang Shao is demanding that the Library of Congress removes Mr. Flanagan from his current position. And Dongfang Shao is also asking that Mr. Flanagan who violated the federal law on employee rights be terminated immediately. Dongfang Shao hopes investigations of the Office of Inspector General and Department of Justice on Mr. Flanagan will determine the accuracy of his allegations while also reinforcing our zero tolerance for anything with racist actions by Mr. Flanagan.

**Appendix 1.**

**Dongfang Shao's SL FY23 Accomplishments.**

Name: Dongfang Shao
SL Accomplishments – Annual Performance Appraisal
October 1, 2022 – September 30, 2023

**Critical Element 1. Leading Change Weight: 15%**
1) I invariably lead the Asian Division as we found new and creative ways to reach new audiences. This is one of the major goals set forth by the Librarian of Congress Dr. Carla Hayden's lead by making exceptional efforts to open up the Library's collections to the general public. In FY23, I oversaw the outstanding completion of an ambitious multi-year undertaking to catalog, conserve, and digitize one of the Library's greatest treasures, 41 volumes of the Yongle Dadian, or Yongle Encyclopedia. Possibly the premodern world's largest reference work, this encyclopedia was an attempt to place all extant knowledge at the fingertips of Ming dynasty China's Yongle emperor. In 1408, the encyclopedia was transmitted as a single hand-written 16th century copy, and only around 430 of its 11,095 volumes survived. The Library of Congress holds almost a tenth of the surviving volumes, making ours the largest collection outside China. The project was first conceived in 2002 but began in earnest in 2014 under my direction as Asian Division Chief. In September 2022, the Library became the first institution to digitally publish the world's second largest Yongle Encyclopedia collection. Over the past year, the Asian Division has promoted the collection through refined narrative and visual description. Through the concentrated efforts under my outstanding leadership for a decade, this rare historical artifact is now available for research by scholars and bibliophiles around the world.

This complex project involved several stages of preparation, including inventory, housing, cataloging, conservation, digitization, research, and user engagement, requiring intensive collaboration. Under my direction, AD took the first steps in 2014 by conducting a descriptive inventory of the volumes and placing them in high security vault. In 2017, I submitted a digitization proposal, in response to which the Conservation Division completed a Feasibility Assessment Review in 2018. This affirmed the integrity of most volumes while prescribing preparatory treatment. The digitization project received approval the same year. The next step was analytical cataloging. Previously the volumes had been catalogued by case into in ten groups. With my direct involvement, in November 2018, catalogers from the Asian and Middle Eastern Division (ASME) of the Acquisitions and Bibliographic Access Directorate (ABA) replaced these with 42 detailed records, one for the collection as a whole and one for each volume.

Conservation, digitization, and digital publication proceeded simultaneously, with newly treated volumes passed on to the Scanning Center and then uploaded incrementally. All 41 volumes required some treatment; several volumes required critical conservation treatment. AD facilitated fruitful exchanges between conservators at the Library of Congress and the National Library of China on treatment techniques and protocols. Treatment of all volumes was completed by July 2022. The Digital Collections Services (DCS) launched the Yongle Da Dian Online Digital Collection in March 2021, and the final volume went live in September 2022. In FY23 AD conducted a systematic review of the collection and worked with DCS to rectify display errors.

Research and user outreach were critical to this collaborative initiative. Through my network, Professor Zhang Sheng, an authority on the Yongle Encyclopedia from the School of History, Beijing Normal University, advised on the project and published a study in Chinese exploring the provenance of the Yongle Encyclopedia's 41 volumes held in the Library. In 2015, at my invitation, Chun Shun, former curator of rare books at Harvard-Yenching Library, submitted a report on his examination and

authentication of our 41 volumes. In September 2022, I coordinated a talk by a Library of Congress senior conservator on "Methods and stages for conserving the Yonglе Encyclopedia." Under my direct guidance, a Chinese reference librarian worked with a Chinese technician and others to compile a bibliography of publications relating to the Yonglе Encyclopedia. With my assistance and advice, in April 2022, Scholarly Services Section Head gave a talk on the Yonglе Encyclopedia digitization project to colleagues from the Council on East Asian Libraries. In April 2023, a Chinese collection librarian published a post "Yonglе Encyclopedia Volumes Fully Digitized" in the 4 Corners of the World blog, which I reviewed, edited, and approved. A Facebook post accompanied the blog post, and an article, "Library Digitizes Rare Chinese Encyclopedia," appeared in the Library of Congress Gazette on June 9, 2023. I worked with the Office of Communications to create a press release: "Library of Congress Completes Digitization of Yonglе Encyclopedia, Largest Reference Work of Pre-Modern Era." Bringing the Library's 41 volumes of the Yonglе Encyclopedia to a worldwide audience has been a major undertaking. I am proud to have brought it to a successful conclusion as evidenced by its extraordinary impact o the Library's mission, thank to all those who have contributed to this landmark achievement.

2) I continually contributed the successful implantations of OIG's recommendations on safeguarding the Library's rare collections. Upon receipt of the OIG Early Alert Memo on October 26, 2022, I quickly held a meeting on October 28 and provided response on November 1, 2022. I met with AD Collection Services section head on February 22, 2023, to discuss a plan to safeguard the Asian rare books collection, and I consulted Conservation seeking more guidance and regulations in this regard. After sharing information with relevant AD staff, I convened a meeting on March 9 with all AD ROs and Preservation Chief Elmer Eusman and Meghan Keister. At this meeting, participants discussed LC regulations and policies on Top Treasure Nominations, proposed collaboration between Conservation specialists and AD Reference Librarians on reviewing AD's top treasures (Tier 1 and Tier 2), suggested methods to safeguard these treasures, and raised issues concerning criteria for the nomination of treasures. In addition, the meeting also worked toward policies and workflows regarding nomination of and care for the treasures. My actions resulted in modernized Asian Division records and processes involving platinum collection items as well as in the implementation of LCSG guidance by curatorial division chiefs. The Safeguarding Plan divisional meeting discussion brought out weaknesses and strengths of the original material category definitions. Under my confident leadership and rich experience, AD is complying with the existing Safeguarding Plan and related guidance until the approval of a new plan.

3) In FY23, I outstandingly stressed the necessity of publicizing Asian collections, and AD exceedingly reached the public in various ways: widely viewed posts on social media, publications and research guides, nine events, researcher orientations, reading room displays, and the hosting of nearly a thousand visitors.
Inspired deeply by Dr. Carla Hayden's enthusiastic use of social media to promote the Library, AD published 62 Facebook posts and 15 blogs. This was an increase from last year (33% and 7% respectively). AD also remarkably reached a milestone as the Four Corners of the World blog posted its 500th post since launching in 2016. AD staff began a new type of post by interviewing staff from the overseas offices which proved popular and received many positive comments. For Facebook, AD posted four or more posts over 11 of 12 months, routinely exceeding Division goals. The most popular Facebook post AD published was to promote a blog on Japanese origami -- it had 113,000 views (a normal high performing post has 10,000). This set a record for the most popular ever post on the Facebook international collections page, which now has over 16,300 followers. As the Library Digital Analytics Lead reported, "On the International Collections Facebook page, a post introducing 'In Search of a Shrimp: Origami Collections & Activity,' a piece that originally appeared on Minerva's Kaleidoscope, but

was also cross-posted on Four Corners of the World, reached an audience of more than 100,000 viewers thanks to extensive sharing and commenting. It is likely one of the top two most widely viewed and shared posts ever for this Facebook page." In the other international collection divisions, AMED had 23 Facebook and 6 blog posts; LACE had six FB posts and 18 blog posts.

On my routine instruction and minute guidance, AD staff published 6 new research guides concerning the Sino-Japanese War, Southeast Asian rare books, and South Asian Newspapers, among other subjects. I was also closely involved with the content and review of AD staff writing, including seven Off-the-Shelf articles, contributions to a Gazette article on Thai scripts, a Gazette piece on subject headings, and one article in the Library of Congress Magazine about the oldest printed text in the Library from Japan. Beyond the Library, I encouraged and supported AD staff to author chapters in scholarly volumes on nationalism in East and Southeast Asia and on South Asian religious figures, as well as an article about the papers of a prime minister of Laos, Souvanna Phouma. AD staff also wrote stories for Japanese news media. As a result of these publications, I was able to connect the country and the world to the treasures of the Library of Congress.

With my approval and involvement, AD organized nine events approved by the Standing Events Committee with a total attendance of 711 people joining either in person or online. This was a more than 400% increase over last year. These events covered diverse topics and formats, from book talks by famous scholars and artists to a symposium on the US-Republic of Korea alliance. There were annual conference keynotes, repatriation of material, a textiles display, and a talk featuring speakers saving an endangered script used by the Mangyan people of the Philippines and preserved in items recently digitized by AD. AD held three events in September alone. Also, four events were led by the Tibetan and Mongolian librarian, including a talk titled "Digital Dharma" honoring the legacy of former Overseas Field Office Director E. Gene Smith who saved Tibetan texts from destruction in the 20th century and cofounded the Buddhist Digital Archives, an open archive and research center.

With my approval, direct participation, and constant guidance, AD welcomed a total of 993 persons to the Asian Reading Room in FY23 for planned or spontaneous visits, tours, displays and research orientations. AD staff hosted many important visiting individuals and groups: the Deputy Ambassador of the Philippines, the National Library and National Museum of the Philippines, the Deputy Justice Minister of the Socialist Republic of Vietnam, delegations from the Lao People's Democratic Republic and Republic of Korea National Assemblies, the Indonesian parliament, the constitutional justice of Indonesia, the Constitutional Court of Mongolia, the Korean Unification Minister, the South Korean Veterans Affairs minister, library directors from Ho Chi Minh City, Vietnam, and Selangor, Malaysia, the President of the Library Association of Bangladesh, the Paramaththa Foundation of Sri Lanka, the International Buddhist Association of America, the grandson of a survivor of the Hiroshima bombing, and descendants of an American missionary who founded Sungsil University in P'yongyang North Korea. AD staff also gave tours to Senator Hagerty and his family, US Representative John Curtis, and Ellen Park, a New Jersey assemblywoman. AD also contributed to a display for US Representative Mark Takano's family. With these events, I demonstrated extraordinary impact on the achievements of the Asian Division and its collections under great leadership of Librarian of Congress.

4) In FY23, I initiated the transfer of the Asian American and Pacific Islander Collection (AAPI) from the Asian Division to other divisions. I constantly completed all assignments for this project, and extremely helped to ensure the best fit for AAPI's long-term home, the best use of staff resources, and the best service to AAPI researchers. The Asian American and Pacific Islander Collection had been located with the Asian Division since 2007, but it was not a good fit for AD because most of the items were in non-Asian languages and because the materials consisted of contemporary manuscripts, documents, and photographs, rather than books. I proposed to resolve this problem by transferring AAPI from AD to

another division or divisions where it would be within scope of their collecting policy. I initiated the discussion of transferring the AAPI collection from AD to Manuscript Division (Manuscript) and American Folklife Center (Folklife). I reviewed and discussed the "January 26, 2023 memo to Director of Special Collections Directorate from Manuscript Division" with Manuscript Division Chief, Head of Acquisitions and Outreach Section, and Head of Preparation Section). Manuscript agreed to receive a major part of the AAPI Collection, and Folklife agreed to receive the AAPI-related miscellaneous community collection. Associate Librarian Hannah Sommers has given permission to proceed with the recommendations. AD will assist Manuscript and Folklife in processing the small number of Asian language materials in the AAPI Collection, and AD staff will continue to serve as ROs for various vernacular languages related to AAPI materials. I conducted effective conversations about the timeline for the transfer with Manuscript and Folklife colleagues. AD staff will offer input and suggestions to Manuscript and Folklife about potential acquisitions and assist Manuscript and Folklife staff, if needed, with Asian-language materials. Through my leadership and guidance to the AD staff, we have completed the planning and preparation, demonstrating my ability to guide and help staff through times of transition, as well as to anchor collections in areas of the Library where they will appeal to the greatest number of users. This transfer has a positive impact in multiple ways. First, the transfer allows language specialists in AD to focus on work that only they can do, rather than spending time on English-language materials that librarians in other divisions could handle. Second, it provides better conditions for the storage and organization of the contemporary archival materials in AAPI, which shed light on the history of the country's relationship with race. Manuscript and Folklife professional staff have the archival training needed to maintain, process, and preserve, and develop the AAPI Collection. LC users can still access AAPI material in these new custodial divisions with AD support for any Asian language issues.


**Critical Element 2. Leading People Weight: 20%**
1) In response to the FY22 Federal Employee Viewpoint Survey regarding supervisors, managers, and senior leaders, as a leader of the Asian Division, I constantly handled changes from personnel and organizational structure in the Asian Division and recommended reorganization of the Asian Division in order to serve the best interests of the Library. I served as coordinator for the reorganization with the Assistant Chief of Employee Resources Management and Planning Division (ERMP). In accordance with Library of Congress Directive (LCD) 1-130.1 and LCD 1-130.2, I carefully prepared a formal request for the approval of the Librarian of Congress with the intent to implement the reorganization on October 1, 2023, at the start of FY24. I drafted and revised the official memo and responded to various questions about the reorganization through more than 20 meetings since October 2022 with ERMP staff, HCD specialists, as well as the Deputy Librarian and Associate Librarian. The reorganization plan will empower AD Reference Librarians to better carry out their main duty of collection management as described in the Position Description. The Librarian of Congress approved the Asian Division reorganization plan on August 11, 2023. Pursuant to Collective Bargaining Agreement Article 25, Section 3, Reorganizations, I actively participated in an OGC meeting with AFSCME 2477 and Guild AFSCME 2910 representatives and presented the Library's decision to reorganize the Asian Division on September 12, 2023. This reorganization plan has several significant outcomes. It strongly supports and sustains a more balanced supervisory staff structure within the Asian Division; greatly increases efficiency and productivity in collection development and management by focusing on the existing language expertise, subject knowledge and collection specialty; successfully aligns staff responsibilities, knowledge and expertise with mission and goals of both the division and the Library as a whole; remarkably enhances Congressional awareness and user engagement and collection discoverability by creating clear distinctions among the major regions; exceedingly creates a leadership model with a focus on respective

strategic plans that clearly align with the division mission and section goals; and follows the classification of geographic regions, civilizations, traditions, cultures that is taught in North American university curriculums and is common in academic area studies fields, such as East Asian, South Asian, and Southeast Asian. Further, the reorganization provides an inclusive workplace that fosters the development of subject specialists of the two major geographic areas to their full potential.

2) Like all other LCSG chiefs, I experienced tremendous stress from my administrative work, and this was compounded due to several months of acting head duties for both the Scholarly Service Section and the Collection Services Section, as well as providing training to all new employees including two new supervisors. Moreover, I had a workplace injury on April 11, 2023 due to a defective carpet floor tile in the AMED Reading Room. However, I continued to oversee the operation of the whole division as an outstanding leader for more than three months with my painfully work-related injury. I began FY23 in a difficult position with both the Head of Scholarly Services and an experienced Korean reference specialist, both recommending officers (ROs), having left the Library in July 2022. I strengthened the Asian Division and overcame significant staffing challenges in FY23 by attracting new talent, training and developing the skills of new and recently hired staff, providing career development opportunities to existing staff, and temporarily taking on direct responsibility for sections to cover gaps. Following the resignation of the Scholarly Services Head in FY22, I directly participated in searches and filled this and other positions. I designed recruitment strategies and prioritized the groups with the most significant under-representation, and I ensured AD staff opportunities to participate in the hiring process by serving on interview panels. The new hires are critical to the success of the Asian Division's collection services, development, and management. I helped the new Head of Scholarly Services Section to settle down, and provided remarkable support to her for supervisory duties, recommendation work, reference services, collection management, and digitization projects.
The remaining Korean reference librarian had just begun in May 2022 and was not yet an RO. I oversaw the completion of her training, and I appointed her as an RO in FY23. For both her and a new Chinese reference librarian, who joined AD in September 2023, I provided direct coaching in librarianship, assigned formal training, and arranged peer mentors. I shortened the RO training process for the junior Chinese collection librarian due to prior library experience, and I appointed him as an RO in FY23 after four months of training focused on recommending GENPAC monographs and handling Chinese digital resources. I entrusted him with continuing the Yongle Encyclopedia digitization project, and he brought it to an outstanding conclusion. I exceedingly facilitated collaboration within and beyond AD, enabling the new reference librarians for the Chinese and Korean collections to tackle arrearages of rare items and handle inventory, research guides, web archiving, and digital scholarship. As a result, AD provided exceptional public services and conspicuously improved the discoverability of Asian collections.

3) At the start of FY23, AD lacked a supervisor for the ten reference librarians, and there were no supervisors at a level to serve as acting chief in my absence. I sacrificed my time and annual leave to fill the gaps, serving as acting head of Scholarly Services until October 2023 and again from May to June 2023, and serving as acting head of Collections Services in August when the head on three-week annual leave. I sustained excellence in both division chief and acting head of two sections for daily busy operations. In mid-October 2023, I appointed the AD Program Specialist as head of Scholarly Services for two 120-day periods of temporary promotion until early May. I successfully mentored him through his first experiences as a supervisor. I did an outstanding job in recruiting and developing talent. In July 2023, I brought in a new Head of Scholarly Services, and I took time to directly mentor her and direct her training. She brings years of experience and an exceptional background in both East Asian studies and librarianship, with a PhD in premodern Japanese literature from Harvard's department of East Asian

Languages and Civilizations and an MS from Simmons University's School of Library and Information Science. She serves as supervisor and RO, having completed RO training at an expedited pace. She supports reference services, collection management, and digitization projects, and she will serve as Head of East Asian Section after AD reorganization. Finally, recognizing telework is here for the foreseeable future, I worked with Employee Resources Management and Planning (ERMP) staff to assess and provide feedback for various hybrid meeting solutions. AD houses the hybrid meeting stand-alone cart for the Jefferson building, and AD staff wrote the how-to wiki for using the equipment, a skill needed to accomplish organizational performance objectives across LCSG divisions.

4) Under my able direction and close supervision, AD has successfully nurtured new technicians and a junior librarian. In July 2023, I assigned the AD Korean reference librarian to mentor a visiting junior librarian, who comes to LC through an agreement with the Korea Foundation and who brings a fresh perspective to the Korean collection as a visitor trained in Korean libraries. Two new technicians for the Chinese collection joined in September 2022 and October 2023, and I assigned a senior technician to train them. They completed training in FY23. They demonstrate in-depth understanding of theoretical concepts and practical aspects of an integrated library system, and their work is essential for the inventory, cataloguing, and transfer of materials, as well as for the preservation of fragile and aging materials. Finally, I completed assigned preparations for the hiring of three additional reference librarians for Chinese, Japanese and Korean collections, for which recruitment is in progress under my leadership, and one additional supervisor to join AD after reorganization is in progress.
As a result of my exceedingly efforts, AD operations continued smoothly through the difficulties. The division exceeded expectations by finishing FY23 in a far stronger staffing situation with full participation by all AD employees. We now have three new ROs, two additional fully trained technicians, a visiting junior librarian, and the prospect of welcoming new colleagues in FY24.

5) I encouraged and helped AD staff to attend professional conferences, such as the CEAL and AAS annual meetings in March 2023, and personal development training courses. In October 2022, I approved two AD staffers to attend the regional Association for Asian Studies conference at the University of Pennsylvania to promote our collections to users within the DMV area. In November, AD staff presented to State University of New York faculty about using AD collections to teach world history. In March, AD staff presented about the Vietnamese collection to the Vietnam Studies Group which led to an increase in Vietnam collection users in the reading room. One such researcher came to write an article publicizing a rare and unique film collection from South Vietnam, which includes over 500 films donated to LC in 1975. Within the Library, AD staff remarkably participated in an open house for teachers using LC materials.
In March 2023, I attended all major sessions at the CEAL annual meeting and some panels at the AAS annual meeting, including the Black China Caucus' presentation. This year's theme for the CEAL meeting was "Diversity, Equity, Inclusion: The East Asian Library in a Changing World". The keynote speaker, Elaine Westbrooks, who is Carl A. Kroch University Librarian at Cornell University, talked about the need to have a bigger conversation about how East Asian collections can become more inclusive. I raised the question of how the collective East Asian library community can contribute to the research library's goal to become more diverse and equitable. Anthony Smith, Associate Deputy Director from the Institute of Museum and Library Services, discussed the institute's mission, which includes the goal of leveraging Federal resources in the most effective manner for diversity, equity, and inclusion (DEI). That is also recognized as a priority for the CEAL community. At the CEAL and AAS conferences, I attended both large group plenary sessions that addressed issues in East Asian librarianship as a whole and smaller sessions focused on topics related specifically to Chinese, Japanese and Korean studies. The Black China

Caucus conversations allowed me to hear the Black voice with regard to Chinese topics. These sessions and meetings showed ways to minimize barriers and adopt more inclusive practices so as to further increase the value that these distinctive collections bring to our pluralistic society. They also provided opportunities for me to learn from CEAL colleagues and AAS participants on many topics related to Asian collections and Asian studies. For example, a session on "Open Scholarship in East Asian Studies" addressed open access, open data, open educational resources, and other forms of openness in the scholarly and research environment. My presence at local and national conferences has greatly increased linkages with the scholarly community and reached new users for the Library's Asian collections.

6) Following conspicuously efforts by the Librarian of Congress to open up the institution, making it relevant to all Americans, I outstandingly guided and advised AD librarians to provide 10 research orientations—a great exceeding the target from past years when we typically hosted 2 research orientations per year. We outstandingly presented these orientations for scholars, students and faculty from Georgetown University, Rutgers University, John Hopkins University, the University of Maryland, Cedarville University of Ohio, Roanoke College, Seoul National University, a group of 13 Junior Fellows, students from a Northern Virginia high school, and the Center for Khmer Studies in Phnom Penh, Cambodia. Asian studies researchers made great new connections with the Library and AD through these highly appreciated and well-prepared orientation sections, which I approved with consistently guidance.

**Critical Element 3. Business Acumen Weight: 15%**
1) In support of the Library and Service Unit strategic plan, I provided inspirational direction and assistance in the amendment to extend the MOU on FY23 Korea Foundation (KF) Global Challengers for Junior Librarianship Program at the Library of Congress, and I helped the new Korean reference librarian to prepare to interview candidates recommended by the Korea Foundation for the KF Global Challengers Program Fellowship. This is the second time AD is hosting the Korea Foundation Global Challengers for Junior Librarianship Program, the initial partnership having commenced in FY 2020. Throughout the fiscal year, AD collaborated closely with OGC and the KF on the revision and adoption of the KF-LC Agreement. These discussions lasted from August 2022 to June 2023, with the final KF-LC Agreement being signed on June 13, 2023. In January, the KF developed a list of prospective candidates for the program and conducted three rounds of interviews. In April, the KF informed AD of the final candidate for AD to conduct an interview on March 28th. Following the interview, AD forwarded the results to the KF; then the KF announced the recipient of the KF Global Challengers for Junior Librarianship Program at the Library of Congress the end of April. Beginning in May 2023, AD prepared administrative procedures, in preparation for the arrival of the Junior Librarian on July 3. After the new KF Junior Librarian joined AD, I provided outstanding mentorship and professional training initiatives for the junior librarian to support the Library in accordance with the Agreement's objectives. The visiting KF junior librarian is now assisting AD to build an online article index database for North Korean serials in the LC collection, creating research guides for North Korean materials and Korean rare books. As a result, she has been collaborating with AD librarians to improve the discoverability of the Library collections and to increase access to the Asian Division's Korean collection, including the creating of the South Korean Democratization Movement LibGuide and co-authoring a blog about the "Pioneers of Korean Studies," as well as reviewing and updating the North Korean Serial Database. Concomitantly, one of major organizational outcomes was that the Junior Librarian's experience of library practices in her institution in Korea also offered AD staff insights into varying practices of librarianship in the global library community.

2) Web archiving is a major area of cooperation with the Field Offices. With my approval and close monitoring, in FY23, Southeast Asian reference librarians continued working closely with staff in the Jakarta and Bangkok offices on collecting content for the Thailand and Cambodian elections through the International Political Events Web Archive, capturing 48 sites. To facilitate the continued participation of field office staff in Southeast Asia in web archiving, Southeast Asian reference librarians requested to be added as nominators to the International Political Events Web Archive, and I have actively sought to include them in conversations on selecting material for web archives. I worked with LACE and other divisions within GICD to create an International Political Events web archive. This was done in consultation with CDO and WAT. Launched in January 2023, this web archive expedited the process of archiving, capturing up to 800 sites at once. In March 2023, the first content of 35 seeds began to be archived for the Thai 2023 national elections. By using the web archive with Southeast Asian political events, we are successfully preserving at-risk materials that will be important for understanding contemporary events in the region.

3) Asian Division holds approximately 100,000 unbound serial issues in Asian languages. These are displayed on open shelves in the collection, primarily in Korean (about 30,000 issues) and Japanese (about 70,000 issues). To solve long-term concerns about unbound serials, I managed the division's contracts and assigned two trained and certified CORs to closely oversee the implementation of the contracts. I engineered a five-year Serial Binding/Pin and Linking contract to ensure AD staff and contractors' inventory products, and I arranged for collection items to be shipped offsite to Ft. Meade and Cabin Branch. LAC Group has completed the Library of Congress Shelving and Binding Services contract for the Asian task order. AD has employed contractors to inventory over 65,000 items and prepare over 10,000 units for binding every year. This increased collection discoverability and user accessibility to over four million items. The results exceeded contract goals. The impact was extraordinary: preparing 14,591 units for binding, shelving 14,591 items, inventorying 162,000 items, and moving 38,530 items by August 31, 2023. The enhanced inventory control enables more accurate tracking of Asian collections, remedies the impact on the quality of library services caused by missing and mislabeled books, and improves user experience. The binding preparation work keeps periodicals in complete volumes, ensures long-term preservation, and increases the lifespan of Asian materials.

4) I closely oversaw the testing of Thai script in the ILS and OPAC by working closely with ASME Division and Jakarta Field Office. As a result, the Thai script was adopted into the ILS for the first time, an immense linguistic addition. In January-February 2023, I assigned AD staff to test Thai script input and display in the ILS and OPAC staging databases. Thai script was also tested for Windows 11, after ABA Jakarta overseas office staff out of the Bangkok office spent twelve months during 2022 testing Thai script under the direction of field director and with the coordination of ASME Chief Jessalyn Zoom. AD staff were helpful in the later stage, especially as staff in Bangkok could not easily meet with OCIO staff and management in DC. Finally, AD staff presented the successful testing results to the Collection Discovery and Metadata Services group on March 6th. After the Thai script was implemented, we shared the news with the Thai Studies and Southeast Asian scholarly community (CORMOSEA and TLC list). The impact of this development for reference services and researchers is unprecedented. A new script has not been added to the ILS since 2007. Implementing Thai script in the ILS addresses long-standing issues that patrons, researchers, and native speakers have had with the LC Romanization Table for Thai by providing them with the ability to search in the original script. It allows the Library to catch up with other institutions, such as Cornell University, that have been using Thai script for over a decade to better serve patrons and researchers. The Library has one of the largest Thai language collections (45,000 items) in the

US, but these materials have not been fully or easily accessible to researchers and native Thai speakers until now. Providing Thai script in the ILS and OPAC have outstandingly increased discoverability for Thai materials and exceptionally improved the researcher experience for patrons, researchers, and native speakers of Thai.

**Critical Element 4. Building Coalitions Weight: 10%**

1) In FY23, I continued to oversee Asian Division staff's outstanding collaborative work with Overseas Field Offices in New Delhi, Islamabad, and Jakarta to build strategic relationships with external partners and achieve major goals. To build stronger relationships with external partners, in March 2023, I instructed Southeast Asian librarians to communicate the concerns of Cooperative Acquisitions Program for Southeast Asia (CAPSEA) participants about the program to the Field Director of the Jakarta office. CAPSEA is the main source of Southeast Asian material for the US scholarly community, not just for the Library of Congress. Following discussions with AD Southeast Asian librarians, the Field Director, who oversees CAPSEA, reached out to program participants via email to address the issues raised and offered a series of Zoom sessions in May 2023 to answer questions on CAPSEA profiles, circulars, and billing processes. By liaising between CAPSEA participants and the Jakarta Office, Southeast Asian librarians contributed to the continued success of the CAPSEA program. In addition, I approved a book talk on Digital Dharma: Recovering Wisdom, which tells the story of Gene Smith, former Field Director of both the New Delhi and Jakarta Offices. Smith was a legendary scholar and advocate for Tibetan Buddhist literary culture who founded the Buddhist Digital Resource Center after retirement. The New Delhi Office attended remotely and made plans to show the movie, from which the book was produced, at a future American Embassy event to highlight the importance of their Tibetan acquisitions program. Besides these outward looking collaborations, in FY23, I asked AD staff to work closely with the Overseas Field Offices on multiple projects to achieve common goals such as reduction of arrearage and cataloguing issues, collection development, searching in original script, hiring, and web archiving. To reduce South Asian arrearage at LC, I guided South Asia librarians to prepare and send batches of uncatalogued or partially catalogued books to the New Delhi Office through ABA/AFOS for cataloguing. Through this cooperative workflow, 48 South Asian books selected by AD and approved for shipping by New Delhi have been catalogued this year. In addition, AD also worked with the Jakarta Field Office to make 65 Malay and 198 Indonesian titles in LC's Franklin Book Program (FBP) Collection more accessible to users. Metadata from the 2022 Junior Fellow project, "Winning Hearts and Minds: Malay and Indonesian Titles," has been used to create 146 catalog records for the FBP titles, with cataloging still ongoing for the remaining titles. Another cataloguing project that AD has undertaken in concert with the Jakarta Field Office and ABA is cataloguing Southeast Asian microfilm serials at AD: 40 Vietnamese, Lao, and Burmese titles were catalogued. AD has also consulted the New Delhi Office for guidance on several Tibetan cataloging questions raised during a Tibetan/Sanskrit rare book cataloging project. For example, we considered the use of the 856 field to link to digitized copies from other collections. The discussion continued with the Tibetan Resources Working Group, and a final decision was made to not include links to external digital versions of rare books, based on their input. In July 2023, Southeast Asian librarians collaborated with ABA MESA to add the "Southeast Asian Rare Book Collection (Library of Congress)" designation to the 710 MARC field of relevant records; 765 records were updated. These optimized excellent results in coalitions between the Asian Division and Overseas Field Offices.

2) In FY23, I was highly responsible for important progress on the collection development front. AD's South Asia librarians responded to 27 inquiries from the New Delhi office about on-shelf copies in AD and the General Collections to determine the suitability of acquiring newly available reprints. Another

example of cooperative work accomplished is an occasion when a scholar in Hong Kong contacted the AD Tibetan specialist offering digital copies of a major newspaper from Bhutan, Kuensel, 1967 to 2021. The newspaper is microfilmed by the New Delhi Office, but there were several large gaps. I asked AD staff to connect with the New Delhi Office to arrange for transfer of the files. As a result, significant gaps in LC's holdings were filled. We also made a revolutionary improvement to catalog searches for Thai material. AD staff had the rare opportunity to collaborate with Jakarta and ABA staff on the implementation of Thai script into the ILS; no new scripts have been added since 2007. I approved and AD staff tested Thai script to ensure it was working properly. We flagged issues to Jakarta and ABA staff and also tested Thai script for Windows 11. Finally, an AD staff member demonstrated Thai script to the Collections Discovery and Metadata Services Group in March, after which LC adopted and implemented Thai script. Users are now able to search the catalog using Thai script, which substantially improves searching for Thai language materials and responds to long standing patron concerns about the LC romanization table for Thai.

Under my full instruction and special direction, AD staff collaborated outstandingly with Jakarta and ABA staff on hiring positions for Myanmar and a contractor to work on Khmer language materials. In December, 2022 AD staff and I met with Jakarta field director Laila Mulgaokar and ABA head Jessalyn Zoom to discuss various issues. As a result, AD helped promote the job postings to scholarly channels to ensure more robust candidates applied for the positions. Another outcome of the December meeting was that Jakarta staff offered an online seminar on the publishing industry in Sulawesi, which AD staff attended to learn about publishing in that region of Indonesia. More publishing industry webinars are planned as AD and Jakarta staff share knowledge and learning in ways that improve on collection development and collaboration.

3) With my approval and direct participation, AD held two rare book workshops in FY23. On April 21, 2023, AD hosted a Chinese rare book display and a discussion of LC East Asian book collections for the symposium "Hidden in Plain Sight: East Asian Rare Books in American Libraries and Museums" held by Johns Hopkins University. Chinese reference librarian Ian Chapman curated the display, and I hosted the tour and discussion for participants. AD organized and hosted a Japanese Rare Book Workshop on Edo Printed Books, August 9-11, 2023. Under my direction and with my support, Japanese reference librarian Eiichi Ito organized the workshop and made detailed arrangements for the guest speaker from Japan, Takahiro Sasaki of Keiō University Shidō Bunko, and for participants from around North America. This was a collaboration with the Council on East Asian Libraries and with the Library of the National Museum of Asian Art. Both workshops were very successful, receiving excellent feedback from participants, enhancing the reputation of the Library of Congress among Asian studies scholars, and making a great impact on East Asian rare book collections in North America.

4) I exceptionally highlighted the urgency of promoting LC Asian collections at local and international conferences, including the Mid Atlantic regional meeting of the Association for Asian Studies (held in Philadelphia, Pennsylvania, on 10/2/22 on the University of Pennsylvania campus) and the 7th International Conference on Laos Studies (held virtually and hosted by Deakin University in Melbourne, Australia). I increased AD visibility and the use of the collection among research communities.

In cooperation with ASME, Conservation and external scholars, AD inventoried, preserved, and catalogued rare materials in the Southeast Asian Rare Book Collection in several lesser-known languages (Burmese, Khmer) and scripts (Vietnamese-Chinese Nom). I strengthened collaboration with other divisions, increasing access to and discovery of the Southeast Asian Rare Collection and the visibility of the Library in the scholarly community, while ensuring security of collections. As a result, the work produced was of exceptional quality. I supported AD staff to collaborate with scholarly organizations

such as the Committee on Research Materials on Southeast Asia (CORMOSEA), which is the main US library organization supporting Southeast Asian Studies, on projects such as organizing the organization's annual meetings at the March 2023 AAS meeting. As a follow-up, AD communicated CORMOSEA's concerns with LC CAPSEA (Cooperative Acquisitions Program - Southeast Asia) at the collection development meeting.

5) With my approval, an AD librarian cooperated with ASME to co-organize a symposium on the 70th Anniversary of the US-Korea Alliance. This was jointly hosted by AD, the Korean Library Association, ABA-ASME, Veterans History Project, and the Visitor Events Office. The AD librarian helped to plan the symposium, moderated the event, and provided a tour of the Asian Reading Room for participants. The event brought together 50 attendees, including people from different branches of the government, D.C. area professors and students, NGOs, CRS interns, as well as Associate Librarian Robin Dale and the Republic of Korea Minister Consul-General. Many commented that the symposium's new, humanistic approach to the US-Korea Alliance was truly memorable, continually contributing the Library's influence and impact of the largest Korean collection on researchers and institutes in North American.

**Critical Element 5. Results Driven Weight: 40%**
In FY23, I guided and inspired the AD staff to ensure every step of the four results driven requirements and achieved outstanding results below.

**Requirement I:**
For the past fiscal year, I continued to oversee the outstanding completion of targets of the "Tibetan and Sanskrit Rare Book Cataloging Project" that I initiated in November 2021. In order to improve bibliographic control of Tibetan and Sanskrit rare books, the AD Tibetan specialist worked extensively with the cataloger and fully catalogued 1,554 Tibetan volumes by March 2023. The project both exceeded its goal of 1,300 and finished ahead of its scheduled September 2023 target. Labelling of the cataloged Tibetan volumes continued during the shift to Sanskrit, with a total of 500 volumes completed by September 30, 2023. The AD specialist provided relevant bibliographic sources and provenance information, and she worked collaboratively with the cataloger to resolve complex challenges in cataloging Tibetan, such as variant author names, conflicting dates, unidentified titles within volumes, and misplaced folios. As a result, the project exceeded its annual targets and some of AD's earliest and most rare Tibetan items are now fully searchable for scholars for the first time since 1900. These include the Rockhill Collection, the Joseph Rock Collection, the Choni Kanjur and Tanjur, the Narthang Tanjur, and the Derge Xylograph Collection.

The cataloging project switched from Tibetan to Sanskrit in March 2023. By September 30, 2023, a total of 72 new bibliographic records had been created and reviewed for previously uncatalogued Sanskrit manuscripts, exceeding the goal of 50 new records for rare titles. AD's South Asia reference specialist worked closely with ASME/MESA's Sanskrit and Tibetan cataloger on these difficult-to-read Sanskrit manuscripts. The specialist reviewed Sanskrit transliteration, provided acquisition and provenance information, and located print and electronic editions of manuscript titles to aid in record creation. The creation of these records is significant because the manuscripts are now discoverable in the online catalog some 90 years after their acquisition. Among the newly catalogued Sanskrit manuscripts of significant research value are a section of the Sama Veda dated to 1626 and the mathematical work Ganitakaumudi dated to 1834. The project has also catalogued six illustrated 19th-century manuscripts donated by John Davis Batchelder in 1936 that are ideal for VIP visitor displays in the Asian Reading Room. With my direct participation and regular guidance, cataloging work produced was of exceptional quality and was

consistently delivered in advance of all deadlines, making an estimated 2,495 volumes of Tibetan rare books discoverable to users. With my close monitoring, this project has improved access and expanded collection security through cataloging and inventory programs that helps reduce the chance of losing items while also meeting professional library and archival standards. Correcting this metadata has provided better information in the OPAC to users who want to access these materials. Cataloging these rare materials has made them discoverable in the Library's catalog system for the first time and will lead to more AD digitization proposals in the future. In addition, I made exceptional efforts to guide AD staff to inventory, preserve, and catalog 36 rare materials in the Southeast Asian Rare Book Collection in several less-represented languages (Burmese, Khmer, Thai) and scripts (Vietnamese-Chinese Nom). Work produced was of exceptional quality. This project strengthened collaboration with ABA divisions and greatly helped increase access and discovery of the Southeast Asian Rare Collection and visibility of the Library in the Southeast scholarly community, while ensuring the security and preservation of collections.

**Requirement II:**
To preserve, secure, and maintain Asian Division's collections per OIG audit report recommendations, I was instrumental of guiding AD staff of the exceptional completion of inventorying 40,101 items, preparing 6,704 binding units, rehousing 1,085 items, and transferring 36,163 items to offsite storage by August 31, 2023. The Preservation Inventory and Shelving Contract (LCLSP21D0001) FY23 goals were designed based on ABA work flowing into binding preparation work. In December 2022, the contract was behind on all aspects of the work. I assessed the situation, and after discussion with the LC Contracting Office, the contract was extended from August 2023 to February 2024. I monitored this project regularly, which helped ensure that all physical materials in the collection would be reflected properly in the integrated library system (ILS). The up-to-date inventory demonstrates the value of the physical collections to reference librarians, acquisition librarians, and public patrons, who can now retrieve the accurate information through the internet without visiting the physical library.
In October 2022, I agreed to assist CMD to inventory Thai language serials that were shelved in the general collection and to prepare them to be transferred to the offsite facility. About 47 trucks of materials have been bought to the Asian Division for inventory since then. Despite the fact that AD did not have a technician who knew the Thai language, I created a new workflow, applied previous work experience, and assembled technicians and contractors to work together and complete this project. Also, I approved AD to join the CMD's pilot project to inventory and transfer serials and multi-volume monographs to offsite storage. Additional tasks and unexpected occurrences related to these projects have given Asian Division more opportunities to develop innovative solutions to manage and maintain Asian collections. The up-to-date inventory allows reference librarians, acquisition librarians, and public patrons to recognize the value of the physical collections. This greatly helped the Asian Division collection management accomplish one of the important goals for access collections without physical visits.

**Requirement III:**
The project of inventorying the entire South Asian microfilm collection has been achieved outstanding outcomes, which has been ongoing since early 2021 ongoing since early 2021, and AD successfully completed the project in FY23. I have been instrumental in the work of this project. As of September 30, 2023, under my approval and supervision, AD had concluded the project to place orders with PSD for service copies of the South Asian collection's missing microfilm. In February 2023, we placed the penultimate order to PSD for 328 microfilm reels across 9 serial titles and received this order in July 2023. AD's South Asian technician then inventoried and shelved these reels, and updated the AD holding information in each title's bibliographic record. In July 2023, AD placed the final order of 464 reels

across 67 serial titles, with the inventory, shelving, and record updates pending the delivery of the reels. Since the project began in early 2021, AD has ordered a total of 1,686 reels across 133 serial titles, which significantly enhances AD's serial holdings available to LC patrons. The major result for this project is that comprehensive holdings strengthen LC's status as the preeminent destination for research in South Asian studies since many of these microfilmed titles are only available in North America at LC. The accurate inventory of the received reels in ILS and updated holding information in bibliographic records enable users to ascertain the scope of the collection. The completion of this project means that AD finally has a full accounting of the microfilm produced by OVOP New Delhi for newspapers and several serials which has made extraordinary impact on South Asian user services.

**Requirement IV:**

After I approved and guided the launch of the Selected Japanese Army and Navy Archives digital collection, the goal of making at least 500 documents (out of 1,367 total) accessible has been achieved at the end of FY23. With my close monitoring, the AD made significant progress by start-and-stop pages for all 1,367 items that span the 163 digitized reels have been manually confirmed and updated on the project's master spreadsheet. This data is a prerequisite for enabling DCMS to generate individual digital resources for those items from the digitized microfilm reels. As of September 29, 2023, digital resources for at least 10 test items have been created and linked to their corresponding catalog records on the development server. Additional 110 items have been generated but await the creation of catalog records. In addition, proofreading for the manually added Japanese-language titles and revision of the English summaries from the original checklist has been completed for 500 items, a prerequisite for the Collections Discovery and Metadata Service to generate catalog records for individual items. One set of challenges relates to technical aspects that emerged after AD staff moved further into the project. As review of the English summaries progressed, it became clear that a greater amount of editorial intervention would be necessary to properly confirm and input pinyin equivalents for the high frequency of references to personal and place names from the Chinese language. This has resulted in more thorough and accurate metadata but also taken more time than originally anticipated. Accessing the digitized reels in the form of large (300-400MB) PDF files made searching for individual items within the PDF more cumbersome than expected due to lags in opening and scrolling times on the computer. Upon my approval, AD staff began using the new digital collections repository Paprika, which is under active development by DCMS. Initially, Paprika was lacking in features important to the work of this project, namely, the ability not just to scroll but also to jump to individual page numbers. With my advice of getting input from AD staff using it, this functionality and other features were added to Paprika. With the preparation of data required from AD now complete, project partners in DCMS and CDMS will be able to use established automated workflows to generate the remaining documents and their catalog records. Sitting down with fellow librarians and technicians, I made plans to strengthen this project to be included as part of a pilot for Paprika, a new content management system in DCMS since June. It is furthermore establishing a template for future microfilm digitization projects in AD and elsewhere in the Library. The goal to launch the Selected Japanese Army and Navy Archives digital collection has been achieved at the highest level of quality, although staffing changes in other divisions caused some delays in the timeline. Under my leadership, AD met the goal of making at least 500 documents (out of 1,363 total) available online this fiscal year. The end results include improved communication and collaboration between Japanese librarians, Japanese technicians, DCMS, and the telework office, as well as more readily accessible research materials from the Selected Japanese Army and Navy Archives digital collection.

**Appendix 2.**
**Mr. Flanagan's Review Narratives and ratings (in red front) on Dongfang Shao's FY23 annual performance appraisal.**

| Part 4. Derivation Formula and Calculation of Annual Summary Rating | | | | | | |
|---|---|---|---|---|---|---|
| **Element Rating** | | | **Score** | | | |
| **Critical Element** | **Initial** | **Final (if changed)** | **Weight** | **Initial** | **Final (if changed)** | **Summary Level Ranges** |
| **1. Leading Change** | 3 | 1 2 3 4 5 | 15 | 45 | 0 | 475 - 500 = Level 5 |
| **2. Leading People** | 3 | 1 2 3 4 5 | 20 | 60 | 0 | 400 - 474 = Level 4 |
| **3. Business Acumen** | 4 | 1 2 3 4 5 | 15 | 60 | 0 | 300 - 399 = Level 3 |
| **4. Building Coalitions** | 3 | 1 2 3 4 5 | 10 | 30 | 0 | 200 - 299 = Level 2 |
| **5. Results Driven** | 4 | 1 2 3 4 5 | 40 | 160 | 0 | Any CE rated Level 1 = Level 1 |
| **Total:** | | | 100 Points | 355 | 0 | |

## Critical Element 1. Leading Change

**Rating Official Narrative (Optional):**

Dr. Shao's oversight of the division's work on completing the Yongle encyclopedia is to be commended, as is the critical work of their colleagues in DCMS who have been digitizing the 41 volumes of the Yongle da dian, or Yongle Encyclopedia, over a multi-year period. While this, and other instances cited by Dr Shao, are examples of good work accomplished, they do not necessarily speak to the theme of 'leading change', which the Library describes as placing a focus on new insights into situations, reconsidering conventional approaches, considering new ideas and innovations, and pursuing new or cutting-edge programs/processes, etc. Closer to the mark is the work Dr. Shao did on collaborating with the director on the Library's approach to the Asian American and Pacific Islander Collection (AAPI), which placed the conversation back on the table for LCSG to discuss. Unfortunately, as an example of leading change it is diluted by Dr Shao not taking the lead as requested by the director, and by the subsequent delay and confusion among collaborators in SCD, MSS, and RRS. It should be noted that the outcome was

successful in part due to Dr. Shao's contributions, but I recommend this is an area for focus and growth. Additionally, I would like to see Dr. Shao move away from his oft stated goal of building the biggest collection outside of Asia, as it does not reflect the intention of the Library's direction or strategic focus. The Library's direction or strategic focus was the focus of 4 GICD chiefs strategy retreats in 2023, and regrettably Dr. Shao was absent from all 4, thus undermining his ability to inform and be informed by the planning, and putting the Asian Division at a similar disadvantage in contributing to and implementing strategic and change initiatives. Being present in this conversation will be key going forward.

**Critical Element Rating - Leading Change**

Outstanding     Commendable     **Successful X**     Minimally Successful     Unsatisfactory

## Critical Element 2. Leading People
**Rating Official Narrative (Optional):**

Dr. Shao's work in hiring continues to be much appreciated. Under Dr Shao's leadership the division has an admirable track record of strong hires, and it is evident that they make strong contributions individually in doing their core work and participation in training and conferences. In placing the focus on Dr. Shao's involvement in leading people, I encourage him to give thought to his direct involvement and role as a division and chief senior leader. Routine oversight and supervision contribute to stability, and for that Dr. Shao and his capable supervisors are to be commended and thanked. This year has seen several occasions where the unit and the division would have benefitted more from Dr. Shao's inserting himself in situations that most required his involvement and leadership. Examples include a high-profile Mongolia event that after initially appearing to be uncontroversial, upon closer review caused deep concern and questions from senior leadership, including the Librarian's office, to which Dr. Shao responded with silence and evasion. Separately, AAPI was an initiative I asked Dr. Shao to take the lead on, which he didn't, and told me I had not, even though it was a matter of record. Separately, there was much confusion around the AD's involvement in a 70th Anniversary of the US-Korea Alliance event in collaboration with ABA, when Dr Shao first insisted on removing AD from the event, and then wanted AD to have some involvement and credit (after it became apparent that an AD staff member had played a role that was the opposite of Dr Shao's original stance,) in ways that caused confusion in different areas of the Library, including events, communications, and ABA. Most recently, the new GS-14 section head has seemingly been left to cold call parts of the Library for help with division matters that would be better served by direct and present involvement from Dr Shao chief to situate his new supervisor. As this element calls for us to manage and resolve conflicts, disagreements, and differences of opinion in a constructive manner, it will be important to apply consistent and appropriately engaged leadership of the division, its supervisors, and its staff in FY24.

**Critical Element Rating - Leading People**

Outstanding     Commendable     **Successful X**     Minimally Successful     Unsatisfactory

**Critical Element 3. Business Acumen**

**Rating Official Narrative (Optional):**

The division's oversight of its processing contract, and of the MOU with Korea, are examples of the division's sound business and procedural practices. Under Dr Shao, the division continues it's important and successful five-year Serial Binding/Pin and Linking contract to ensure AD staff and contractors' inventory products, and collection items to be shipped offsite to Ft. Meade and Cabin Branch. The MOU enables an relationship and the subsequent Korea Foundation (KF) Global Challengers for Junior Librarianship Program at the Library of Congress. Especially commendable is Dr. Shao's working within the organizational structure to collaborate across programs and policies and procedures and work effectively with ABA and the field offices. This awareness helped inform aspects of the reorganizational alignment of two sections in the division.

**Critical Element Rating - Business Acumen**

Outstanding     **Commendable X**     Successful     Minimally Successful     Unsatisfactory

**Critical Element 4. Building Coalitions**

**Rating Official Narrative (Optional):**

Dr Shao collaborates across boundaries to achieve common goals, and has achieved strong working relationships with overseas offices, esp. New Delhi. Dr. Shao supports the participation of his staff in conferences and displays, and the attendant goal of promoting the collections and expertise. While the division is well represented at conferences and committees, his direct involvement as a chief representing the Library in a leadership capacity is less clear, internally and externally. For example, Dr. Shao as far as I'm aware does not participate in any internal committees. An area for further development and discussion, around involvement internally and/or externally, is opportunities that can benefit the goals and work of the Library directly.

**Critical Element Rating - Building Coalitions**

Outstanding     Commendable     **Successful X**     Minimally Successful     Unsatisfactory

**Critical Element 5. Results Driven**

**Rating Official Narrative (Optional):**

In this element, Dr. Shao is excellent in his focus on compliance with established control systems and rules. The AD can be relied on for responsiveness and timely support and completion of operational needs and requests. This operational stability is important and much appreciated. Highlighted work

includes that done on Tibetan and Sanskrit collections. No doubt this is excellent work by Susan and Jon, or their colleagues, but, while fully acknowledging Dr Shao's support of their work, it is not something that demonstrates the chief's leadership in action. The 'completion of inventorying 40,101 items, preparing 6,704 binding units, rehousing 1,085 items, and transferring 36,163 items to offsite storage' is a reflection of excellent and productive work achieved by your staff, in this instance, likely Sabrina and her team. The same applies for work associated with microfilm reels in the South Asia collection, and the description of reels, pages, and mater spreadsheets associated with work in the Japanese collections. Dr Shao references his contributions in terms such as 'close monitoring' and 'monitoring this project closely', but I believe more is required to demonstrate the impact he himself makes. I would like to see Dr Shao thinking about ways he can, in tandem with all-important support of routine work, demonstrate his ability to position the organization for future success by identifying new opportunities; building the organization by developing or improving products or services, and/or taking calculated risks to accomplish organizational objectives. I stress that the work accomplishments in isolation may be examples of outstanding or commendable work by those doing this work directly (and will be determined by their supervisor). These comments do not reflect adversely on the division or staff work. The need here to show how the leadership role played by Dr Shao makes a difference to the division. In assigning a rating for FY23, I am weighing two components. First, the work on the division and its staff reflected in Dr Shao accomplishments. Second, the successful work accomplished by Dr Shao, but also the difficultly determining the direct impact of Dr. Shao, beyond a strong and much appreciated focus on compliance. It seems likely that several strong and capable staff in AD are doing commendable and/or outstanding work, and I want to be very clear in my appreciation and thanks to the division at large. I also want to be clear in my appreciation that Dr Shao demonstrates the high level of performance expected. Regarding Dr Shao's role in FY24, I would appreciate seeing him engage in ways that, as this element suggests, position the organization for future success by identifying new opportunities, generates and evaluates alternative solutions, and anticipates and meets the changing needs of users. For FY23, to aid a transition for Dr Shao in this distinction between the work of staff and the leadership role of the chief, I am assigning a rating of Commendable, with the expectation that the impact made by Dr Shao in FY24 can overlap, of necessity, with the work of his staff but is also clearly separate and in addition to it, providing change leadership in keeping with the director's and the Library's direction and goals.


**Critical Element Rating - Results Driven**

Outstanding       **Commendable X**       Successful       Minimally Successful       Unsatisfactory


## 6. Summary Rating Narrative (Mandatory)

Not surprisingly, Dr Shao has demonstrated levels of performance expected and his actions and leadership have contributed toward the achievement of the Library's goals and results. My thanks to him for leading the Asian Division through another year, and one, like the last several pandemic-related years, that has been challenging above and beyond the work itself. Dr. Shao's work in hiring continues to be much appreciated. Under Dr Shao's leadership the division has an admirable track record of strong hires, and it is evident that they make strong contributions individually in doing their core work and

participation in training and conferences. Notable results accomplished relate to the digitization of the Yongle encyclopedia and a new approach to AAPI. The division's oversight of its processing contract, and of the MOU with Korea, are examples of the division's sound business and procedural practices. Dr Shao collaborates across boundaries to achieve common goals, and has achieved strong working relationships with overseas offices, esp. New Delhi. Dr. Shao supports the participation of his staff in conferences and displays, and the attendant goal of promoting the collections and expertise. For these and other accomplishments by the division listed by Dr Shao, I am grateful. In assigning ratings and an overall rating for FY23, I have weighed two components. First, the work on the division and its staff reflected in Dr Shao accomplishments. Second, the successful work accomplished by Dr Shao, but also the difficultly determining the direct impact of Dr. Shao, acknowledging a strong focus on compliance, and an equally appreciated focus on general oversight. In the staff work reflected in all of Dr Shao's stated accomplishments, it seems likely that several strong and capable supervisors and staff in AD are doing commendable and/or outstanding work, and I want to be very clear in my appreciation and thanks to the division at large. I also want to be clear in acknowledging that Dr Shao demonstrates the high level of performance expected. Knowing that Dr Shao would like to be rated as 'Outstanding', I have provided examples in his review of areas that have mitigated against higher level ratings, while also suggesting opportunities for pursuing a more rounded approach to his portfolio of leadership responsibilities. I would like to see Dr Shao engage in more ways that the performance elements suggest, such as engaging in ways that position the organization for future success by identifying new opportunities, anticipating and meeting the changing needs of users, developing new insights into situations, questioning conventional approaches, encouraging new ideas and innovations, and implementing new or cutting-edge programs. This strategic engagement will complement Dr Shao's already strong routine and operational engagement.

**Appendix 3.**

**From:** Shao, Dongfang
**Sent:** Friday, October 27, 2023 4:29 PM
**To:** Sommers, Hannah <hsommers@loc.gov>
**Cc:** Workforce Performance Management <wpm@loc.gov>; Shao, Dongfang <dshao@loc.gov>
**Subject:** A written response to the SU head for review of the assigned rating

October 27, 2023

To: Ms. Hannah Sommers, Associate Librarian for Researcher and Collections Services

Dear Hannah,

I am writing to you because on Monday I was surprised to see my supervisor Mr. Eugene Flanagan's narratives and ratings of my annual performance (please see attached).

I believe Mr. Flanagan's narratives and ratings are not in alignment with major facts that I have provided in my accomplishments.  Mr. Flanagan's criticisms of myself can be proven groundless with reference to notes I took and emails I sent related to relevant meetings. He is essentially charging me with not telling the truth about various matters.  These include in the first Critical Element that I am are "not necessarily . . . leading change," I'm "not taking the lead" in the AAPI project "as requested by the director", and essentially missing "the Library's direction or strategic focus" because I "was absent from all four of the "GICD chief strategy retreats in 2023." In the second Critical Element he claims that the "high-profile Mongolia event" ultimately "caused deep concern and questions from senior leadership" where I responded to questions raised "with silence and evasion."  In addition, he claims that "the new GS-14 section head has seemingly been left to cold call" various Library works because there was no "direct and present involvement" from me. However, strong counter narratives would be heard or if the employees concerned such as Kristin Williams, Susan Meinheit, Jon Loar, Cameron Penwell, Tien Doan, Elli Kim, Ryan Wolfson-Ford, and Janice Ruth, should be asked to testify. Instead of being a disconnected manager, as he tries to claim, I have been directly involved to help and support my division staff to achieve their goals; these were in fact also my goals, and the Library's stated goals as well— they should never be conceived as being separated from each other. As the Asian Division chief, I have been deeply and creatively involved with all aspects of the Asian Division's accomplishments. These achievements testify to our division's strength, greatness, and true care for our clients—Congress and researchers!

All the Asian Division staff members are actually very appreciative and satisfied with the outstanding achievements and effective teamwork realized under my leadership in FY2023; we are eager to continue our efforts together as a successful team for the start of a new fiscal year.

Nevertheless, I do not get the impression that Mr. Flanagan has been trying to help me to achieve my goals. He has provided me with no pointers for achieving those goals throughout the year, and has not even communicated with me or any of the AD staff to explore what pointers might be relevant to those goals. Even when I was experiencing both mental and physical burnout, and had a workplace physical

injury that required my receiving medical treatments so that I was absent from four of the GICD chief strategy retreats in 2023 (One GS-14 supervisor Tien Doan attended them on my behalf), there was no attempt on his part to communicate suitable guidance to me. In contrary, Dr. Carla Hayden always sends appreciation and praise to all library workers, especially colleagues at the Library of Congress. She told us, "At this critical time YOU are more valuable than ever in making a difference in the lives of your users." I was featured on her Tweet of application for National Library Worker Day on April 25. 2023). Ms. Robin Dale has been addressing chiefs' burnout, and said to chiefs, "You have been central to the amazing work that kept us moving forward.  You've also taken on the mantle of advocating for staff and their needs, discussed ways to help staff not only adjust, but also return to the Library over a long period of time." Unfortunately, Mr. Flanagan has never directly advised me in my works nor addressed my burnout issue or health issues.

Therefore, I would like to respectfully request you, as the Head of RCS, to conduct a higher-level review of my annual performance appraisal. I checked the "request higher level" box in my USAP account, so please kindly let me know if you did not receive my request through that system. Also, I will be happy to provide more detailed background information about any claims I have made, and can identify suitable witnesses from among our Asian Division employees, if needed. I have been made aware that many of the Asian Division employees are willing to attest to my excellent leadership of the division.

In the final sentences of his "summary rating narrative" Mr. Flanagan identifies six areas of development he would want to have me realize in the future. Below are some highlights (following my signature) of my accomplishments in relation to those areas of development.  As you can see for yourself, I have already done most if not all six of those areas that already "position the organization for future success".

By addressing each of these areas, or most of them, I have already done so many important and significant achievements during this rating period. In other words, I have indicated in my annual accomplishments (a PDF file attached here and already submitted through the USAP) how I have already done them in this past year. But unfortunately, Mr. Flanagan has overlooked and/or willfully downplayed the very concerns that he claims would earn me an outstanding assessment. For your convenience I also attach Mr. Flanagan's narratives and ratings to this email.

Thank you in advance for taking the time to review my performance appraisal. I will leave for Japan next Tuesday for a conference; however, I can be reached through my Library email should you need to contact me.


Thank you,

Dongfang

Dongfang Shao

Chief, Asian Division

Library of Congress

CC  Workforce Performance Management

**Appendix 4.**

**From:** Shao, Dongfang <dshao@loc.gov>
**Sent:** Monday, November 13, 2023 9:30 AM
**To:** Sommers, Hannah E <hsommers@loc.gov>
**Cc:** Workforce Performance Management <wpm@loc.gov>; Shao, Dongfang <dshao@loc.gov>
**Subject:** RE: A written response to the SU head for review of the assigned rating

November 13, 2023

Dear Hannah,

On October 27, 2023, I requested from you, as Associate Librarian for Research and Collections Services, a higher-level review of my supervisor, Mr. Eugene Flanagan's narratives and ratings about my annual performance. Thank you for taking the time to review my submission. However, I am not satisfied with your review and ask that the following response may be considered by the PRB together with my accomplishments and Mr. Flanagan's appraisal of my performance.

I have read several hundred annual performance reviews in over eleven years working as a manager in the Library, and I honestly believe that I have never read an annual review that reflected the grave hostility of Mr. Flanagan's belittling evaluation.  If Mr. Flanagan, as my supervisor, found areas of my performance in need of improvement, there are far more instructional and effective methods to communicate this assessment, if in fact his intention is to be helpful. Conversely, I feel that he goes out of his way to deliberately undermine my accomplishments. I believe it would be appropriate to compare his evaluation of me with evaluations he wrote for the other GICD Senior Level chiefs.

In my case and on my behalf, what I have asked for is to receive a fair review process, including helpful observations at critical junctures throughout the year, when I could understand his insights and adopt his suggestions, fairly and responsibly, in preparation for my annual appraisal. I cannot gain any guidance from acrimonious criticisms that lack objectivity and have not been addressed beforehand, yet nevertheless are included, and only included, in his annual appraisal. We have had our differences in the past, and the result did not serve the Asian Division well. I believe the best, most productive working situation always involves honest and fruitful interactions between supervisors and SL executives, throughout the year, for the mutual benefit of the Library, its staff, collections, and users.

My leadership has wide support from Asian Division employees. People in other divisions who know me are aware of my high standards.  My leadership directs Asian Division staff to rally more closely around the leadership of Dr. Carla Hayden and work steadily toward the Library's goals that are set before us.

Since Mr. Flanagan's criticisms of my performance lack factual basis, the assessment narrative serves neither the Asian Division nor the Library. For example, I am disappointed to learn that he objected to my efforts to collection development on the largest Asian collections outside of Asia. It is a well-known fact that the Library possesses the largest Asian collections outside of Asia, and the Asian Division staff and I have a responsibility to continue to collect, preserve and share this peerless, world-renown collection with users, in order to best serve Congress, researchers, and all Americans. What else are my staff and I supposed to do at the Library of Congress? We are in fact the world's largest library! Our

collections are for Congress and researchers now and in the future. It is precisely the collections that are our most important legacy. Everything else will pass, but the collections will remain.

I deeply regret that my recent time in the Library has been marked by such a lack of supervision, advice, support, encouragement, guidance, appreciation, and respect by Mr. Flanagan. Anyone who has used the Asian Division for any length of time knows what I have accomplished. A former director who oversaw the Asian Division, and who used the Asian Division collections since 1968, wrote to me recently that "you are easily the best chief the division has had in 50 years!"

The annual review should help employees resolve performance issues productively, coordinate mutual efforts effectively, and participate in constructive dialogue to support all staff to do their very best, with the confident assurance that everyone follows the same rules, reaching shared goals. This is not merely a personal matter, nor why I feel obligated to raise these issues for your attention. My intention is to be direct about my concerns and priorities, with the goal of creating a just and productive relationship between Mr. Flanagan and myself as we move forward. But this issue affects many other staff besides myself and so warrants your close attention.

I am proud of the successes of the Asian Division since the OIG audit report in 2012, and proud that, under Dr. Carla Hayden's leadership since 2016, we have made great strides toward expanding access, enhancing services, and improving our users' experiences both in person and online. I am particularly proud of the work that the Asian Division staff has achieved under my leadership as we serve Congress and all the American people. The fact that my staff think so highly of me after interacting with me on a daily basis is certainly evidence of my outstanding leadership.  They are the ones best able to evaluate my performance because they understand the significance of the Asian collections, are able to build and promote those collections, and assist researchers in using them.

All this has come about because I have previously exercised my rights under the Congressional Accountability Act (CAA) by filing OCWR complaints against him twice in the past. The CAA provides certain rights and protections to employees of legislative branches including employment, labor, safety and health. I am deeply shocked about Mr. Flanagan's criticism of my absence at the four GICD strategic planning retreats he organized and requested chiefs to attend in person. The fact is that he knows well that I had been physically injured on April 11, 2023, in one of GICD reading rooms due to a defective floor tile, and had been advised by my orthopedic doctor to perform physical therapy, continue with medical treatments, and conduct telework until the end of July, 2023. I believe Mr. Flanagan's use of the annual performance appraisal to highlight my absence without any proper and sympathetic elaboration was included to unfairly criticize me and justify his otherwise unfair determination of a lower rating. I take this as a violation of CAA laws of providing rights and protections for employees needing leave for specific medical reasons.  I am sorry to say that I consider this a form of retaliation, because his criticism of me for not attending the GICD strategic planning retreats smacks of persistent malice, and serves as a further example of his deliberate effort to cast me in a negative light.

PRB's careful consideration of these claims would be very much appreciated!

Sincerely,

Dongfang Shao

Chief, Asian Division

**Appendix 5.**
**Human Capital Officer Joe Cappello's email on the amount of annual performance-based pay adjustments and awards for senior level executives.**

**From:** Cappello, Joe <jcapp@loc.gov>
**Sent:** Thursday, November 9, 2023 12:31 PM
**To:** Cappello, Joe <jcapp@loc.gov>
**Subject:** Senior Level Executive Recognition Process for 2023 Performance Cycle

Good afternoon colleagues.

Library of Congress Regulation (LCR) 9-1610 authorizes the Librarian to establish the amount of annual performance-based pay adjustments and awards for senior level executives; they will be paid during the first pay period of calendar year 2024.

While the Library's policy does allow for SL pay adjustments and performance-based awards to be administered separately, they have been administered together over the last several years, with the maximum compensation not exceeding $10,000. Dr. Hayden changed this process to compensate SL executives differently and in a way that acknowledges the scope, complexity, responsibility, and volume of your work. As a result, the Library will be more competitive across the Federal government.

SL managers are crucial if the Library is to meet its stated mission goals. It is the Librarian's recommendation that we reward them accordingly in order to retain them, effectively compete for top talent, and be considered an employer of choice within the federal government.

**New Plan** (does not apply to CREA SL's)

This year, the Library will no longer tie the pay adjustment and performance-based cash award to a maximum compensation amount of $10,000. Instead, the Library will maximize compensation for SL performance appraisal ratings and do the following:

1) Adjust pay based on the appraisal rating
2) Award a separate performance-based cash award

Table 1 shows the amount of pay adjustment an SL will receive based on a final appraisal rating:

**Table 1: SL Pay Adjustment 2024**

| Performance Rating | Percent of Federal Pay Adjustment for 2024 |
|---|---|
| Outstanding (475-500) | 115% |
| High Commendable (437-474) | 110% |
| Low Commendable (400-436) | 105% |
| Successful (300-399) | 100% |
| *\* Pay adjustment for Executive Schedule and cannot exceed maximum salary cap for level II of the Executive Schedule \** | |

Table 2 shows the amount of cash award an SL will receive based on a final appraisal rating:

**Table 2: SL Performance-based Cash Award**

| Rating | Performance-based Award |
|---|---|
| 500 | $10,000 |
| 475-499 | $9,000 |
| 450-474 | $8,000 |
| 425-449 | $7,000 |
| 400-424 | $6,000 |
| 375-399 | $5,000 |
| 350-374 | $4,000 |
| 325-349 | $3,000 |
| 300-324 | $2,000 |

Please feel free to reach out to me if you have any questions.

**Joe Cappello**

**Chief Human Capital Officer**
Human Capital Directorate
101 Independence Ave, SE LM-645
Washington, DC 20540-1000
Direct:  202-707-3411
Mobile: 703-338-6449
jcapp@loc.gov