UNITED STATES GOVERNMENT

# *Memorandum*                          LIBRARY OF CONGRESS

DATE: January 29, 2024

| | | |
|---|---|---|
| TO | : | Eugene Flanagan<br>Director, General and International Collections Directorate |
| | | Jennifer Meehan<br>Director, Special Collections Directorate |
| VIA | : | Dongfang Shao<br>Chief, Asian Division |
| FROM | : | Jonathan Loar<br>South Asia Reference Specialist, Asian Division<br>Interim Librarian for AAPI Collection, Asian Division |
| | | Cameron Penwell<br>Japanese Reference Specialist<br>Interim Librarian for AAPI Collection, Asian Division |
| CC | : | Janice Ruth<br>Chief, Manuscript Division |
| | | Nicki Saylor<br>Director, American Folklife Center |
| | | Cathy Martyniak<br>Chief, Collections Management Division |
| | | Sabrina Hsu<br>Head, Collection Services Section, Asian Division |
| SUBJECT | : | Final Report on AAPI Collection's Transfer from AD to MSS and AFC as well as New AAPI Librarian Hire's Assignment to RRS (i.e., REGC) (Revised Jan. 26, 2024, with input and approval from MSS and AFC) |

1. **Executive Summary**

This report summarizes the transfer of the Asian American and Pacific Islander (AAPI) Collection from the Asian Division (AD) to the Manuscript Division (MSS) and American Folklife Center (AFC). The AAPI Collection contains approximately 550 boxes arranged in three dozen collections representing notable AAPI authors, artists, activists, and scholars, like Jade Snow Wong, F. Royal Morales, James Miho, and Betty Lee Sung. This report also summarizes

the related discussion on placing the approved hire for a new AAPI reference librarian, who will be assigned to the Researcher and Reference Services (RRS) Division, which became the Researcher Engagement and General Collections (REGC) Division as of October 1, 2023.

AD began work on this transfer in September 2022 at a group meeting to discuss the collection and its staffing needs. Over the next 15 months, AD initiated meetings, discussions, and cage tours with both MSS and AFC representatives, their respective directorates, and the Collections and Management Division (CMD). AD incorporated feedback from all stakeholders, which led to the efficient transfer of the bulk of the AAPI Collection to MSS in November 2023 (497 boxes) and the AAPI community collection materials to AFC in December 2023 (43 boxes, 2 folders, 2 rolls of posters). While there were many factors to consider in the interests of the collection materials and LC users, AD's aim was to consider multiple perspectives and minimize confusion so that the best course of action could be adopted without delay.

AD is very grateful to the chiefs, directors, section heads, and frontline reference staff who have taken interest in the AAPI Collection during this transfer. AD also expresses appreciation for CMD and the Collections Maintenance and Offsite Storage Section Head Steven Brooks, whose team's coordination ensured the smooth transfer of AAPI materials.

2. **Background of AAPI Collection in AD: 2007-2023**

In 2007, the AAPI Collection was established in AD by Congressional mandate and with annual appropriation from Congress. Soon thereafter, AD hired Reme Grefalda as AAPI Reference Librarian and Pang Xiong as AAPI Technician to support new acquisitions. The collection grew to its present size mostly between 2008 and 2013 with the time afterwards mostly spent on processing. Since then, AD has considered the collection "closed" with no further acquisitions. In FY2014, the AAPI Reference Librarian retired. In FY2016, the AAPI Technician took a new position as Archival Specialist in MSS.

In 2017, AD Chief Dongfang Shao assigned Cameron Penwell (Japanese librarian) and Jonathan Loar (South Asian librarian) as Interim Librarians for the AAPI Collection. Other responsibilities included answering reference questions in Ask a Librarian; scheduling appointments with researchers and serving materials in the Asian Reading Room; retrieving materials from and returning them to the LA-Deck 9 South secure storage area; and responding to occasional special requests (e.g., a virtual briefing to Sen. Patty Murray's office in May 2021).

In May 2022, AD drafted a two-page justification for a new reference librarian at the request of the GICD Director. It argued that LC needs an Asian American/AAPI Studies subject matter expert in general and a point person for the AAPI Collection in particular. AD suggested three options for the new hire's placement: 1) AD (in which case the AAPI Collection remains in AD); 2) MSS or AFC (in which case the AAPI Collection transfers); and 3) RRS (in which case the collection's future is unsure). AD then convened a meeting with stakeholders in September 2022 to discuss the collection and the new hire. The following 15 months of planning and preparation, which are summarized below, led to the collection's transfer and the assignment of the position for a new AAPI librarian to RRS.

3. **AAPI Collection Transfer: Timeline of Meetings and Discussions**

*2022 September 22, AD-MSS-AFC Meeting:*
AD convened a meeting with the GICD Director Eugene Flanagan, SCD Director Jennifer Meehan, MSS Chief Janice Ruth, MSS Head of Acquisition and Outreach Bridget Burke, and AFC Head of Research and Programs John Fenn to discuss the AAPI Collection and the need for an Asian American/AAPI Studies librarian. The group talked one scenario where AD would be the "landing spot" for all things AAPI and another scenario where several divisions would share AAPI responsibilities. AD presented two points, namely, the out-of-scope nature of the AAPI Collection compared with the Asian-language collections and LC's urgent need for subject matter expertise for this material and area. The MSS Chief indicated openness to a collection transfer in terms of the best interests for materials and users. Afterwards, AD scheduled 1:1 meetings with AFC and MSS for further conversation.

*2022 October 19, AD Meeting*:
At this internal meeting, AD's chief and interim librarians again agreed that the AAPI Collection is out of scope for AD and raised the issue of acquisition optics (e.g., readers could ask why some AAPI papers are in AD and others are in MSS). AD discussed the collection's transfer and its effect on the new AAPI librarian, wondering if the new hire could transfer to MSS, too.

*2022 October 24, AD-AFC Meeting:*
AD convened a 1:1 division meeting with AFC Director Nicki Saylor. Overall, it was agreed that the bulk of the AAPI Collection fits the profile of MSS more than AFC. This meeting discussed the approx. 50 boxes documenting Asian American cultural expression. AFC expressed openness to receiving these materials as they fall in line with AFC collecting practices.

*2022 October 26, AD-MSS Meeting:*
AD convened a 1:1 division meeting with MSS Chief Janice Ruth and Head of Acquisitions and Outreach Bridget Burke. MSS would keep the AAPI Collection together as a closed, historicized collection. It would be like a "magnet" to attract more AAPI-related acquisitions in line with MSS collecting priorities. Regarding the new hire, MSS said their new position would not be fully allocated for AAPI but rather one to collect broadly on American communities; and MSS clarified the processing technician would not be needed if they receive the AAPI Collection. This meeting also clarified that the AAPI Fund (approximately $20,000) would be transferred to MSS with the AAPI Collection. AD was agreeable to all points raised in this meeting.

*2022 November 15, AAPI Cage Tour*:
AD invited MSS and AFC staff to tour the AAPI cage, showing the collection's organization in boxes and folders. Both divisions said the material would have minimal processing impact and shelving footprint, and that it would not impede arrearage reduction efforts. Both agreed to write a memo to the SCD Director to propose the transfer.

*2022 December, New Hire Approvals*:
LCSG approved AD's requests for an AAPI librarian and AAPI technician as new hires for FY2023. Both positions were entered in e-Management.

*2023 January 26, AFC-MSS Memo:*
MSS Chief Janice Ruth, Head of Acquisition and Outreach Bridget Burke, Head of Preparation Section Alexander Lorch, and AFC Director Nicki Saylor delivered a memo to SCD Director Jennifer Meehan. MSS would receive the bulk as a closed, historicized, intact collection. AFC offered to receive the 50 boxes of the community collections. MSS would process the collection over several years; provide gold-level storage; and ensure access to researchers in their reading room. MSS would only seek additional AAPI-related collections aligning with their collection strategy. Regarding the new hire, MSS instead proposed the position for AAPI alongside Latinx, North African, and other diasporic communities.

*2023 February 14, AD Meeting:*
AD held an internal meeting and found the MSS-authored memo agreeable. Knowing the MSS position on its new hire, AD suggested the new hire could be placed in Researcher and Reference Services (RRS), which became Researcher Engagement and General Collections (REGC) as of October 1, 2023. AD Chief Dongfang Shao communicated via email with RRS Chief Dennis Clark about the transfer of the approved AAPI librarian hire from AD to RRS. The latter agreed to fold this approved hire into the RRS Division's hiring priorities for FY2023.

*2023 March 7, AD Memo*:
AD Chief Dongfang Shao wrote a memo to GICD Director Eugene Flanagan to communicate AD's agreement to the collection's transfer to MSS and AFC. AD agreed on all points raised by both divisions, including that AD staff will not independently seek out or acquire AAPI-related archival materials but will only offer input and suggestions to MSS and AFC about new acquisition. AD communicated the RRS Chief's approval to take on the approved AAPI librarian hire, where this individual will serve as recommending officer for AAPI Studies, serve as consultant on special acquisitions via other LC divisions, provide reference services in the Main Reading Room, liaise with all other LC divisions, and coordinate outreach activities and programs with AAPI researchers, visitors, and communities. AD further proposed converting the AAPI technician hire into an AD technician for the Chinese collection.

*2023 August 7, Associate Librarian's Approval:*
During the summer, the GICD and SCD directors reviewed and approved the collection's transfer to MSS and AFC as well as the new hire's transfer to RRS. On August 7, the GICD director communicated to AD the Associate Librarian for Researcher & Collections Services' approval of the same. During the transfer, AD will maintain the same responsibilities vis-à-vis custodial and reference duties until the completion of the transfer and the hire. Also in summer 2023, AD was informed that the AAPI technician position could not be converted to an AD technician position for another AD collection, which led to its cancellation in e-Management. (Note: None of these decisions should affect MSS's pending request to hire a Historian/Manuscript Specialist in Migration and Diasporic Communities in the United States as described in eStaff #7449.) AD began coordinating with MSS Chief and AFC Director on the collection transfer for early FY2024.

*2023 October 24, AD Briefing for MSS*:
MSS invited AD's Interim Librarians for the AAPI Collection Jonathan Loar and Cameron Penwell to brief the MSS frontline reference staff ahead of the transfer. Their presentation

focused on a brief overview of the collection's history, examples of reference questions and researcher projects, and notes on the uncatalogued and unserved materials (e.g., VOICE). They also discussed bibliographic records, drafted finding aids, LibGuides, and the transfer of the collection's paperwork.

*2023 November 2, AAPI Cage Tour*
Working with MSS and CMD, AD led another walkthrough of the AAPI cage in LA Deck 9 South. The goal was to survey the collection's document boxes, strategize how to load the book trucks, and when to schedule the physical transfer. Due to the continuing resolution, all parties decided to schedule the transfer to MSS after the Thanksgiving holiday.

*2023 November 29: AAPI Collection Transfer (Incl. Administrative Files) to MSS*
CMD arranged the physical transfer of 497 boxes from LA Deck 9 South to MSS in the Madison Building. AD's Jonathan Loar was present in the AAPI cage during the loading of the 29 book trucks that transferred the collection to MSS. He also emailed MSS staff a zip file of AAPI digital documents (e.g., pdf drafts of finding aids, scans of gift agreements, item lists for past displays, memos of audio/visual material transfer to MBRS from 2017, and spreadsheets with a collection inventory and list of bibliographic records with holding location modifications). He also delivered to MSS the 3 boxes of printed administrative files for the AAPI Collection. AD prepared the memo of transfer for MSS Division's signature, too. (*Note: One box with a photo album with the uncatalogued Jamias collection and one folder with an Alaskero News issue for the uncatalogued Carlos Bulosan collection were transferred from AD to MSS on December 18*).

*2023 December 13: AAPI Community Collections Transfer (Incl. Administrative Files) to AFC*
AD coordinated with AFC to transfer 43 boxes, 3 folders, and 2 rolls of posters from LA Deck 9 South to AFC's storage location in LA 103. Because of the minimal amount of materials, AD's Jonathan Loar and Cameron Penwell arranged the transfer on two book trucks. This transfer included one box of printed administrative files for these materials. AD prepared the memo of transfer along with an inventory of the box titles and short description of these materials.

*2023 End of December: LibGuide updates*
MSS published a new LibGuide for the AAPI Collection in their division. AD coordinated with REGC (formerly RRS) to update their LibGuide pages mentioning the collection, which now indicate the collection's new locations in MSS and AFC.

*2024 January: Division of AAPI responsibilities*
In consultation with MSS and AFC, AD drafted the following outline of divisional responsibilities with regard to collection curation, reference inquiries, and special visit requests.

1. **Collection curation** – The AAPI Collection itself is closed, but if AD staff or a future new hire in REGC have information about potential acquisitions of papers belonging to prominent Asian Americans they will forward them to the relevant colleagues in the MSS. AD staff will continue to serve as ROs for vernacular language material published by Asian overseas/diaspora communities for inclusion in AD custodial collections. The relevant country/language duties are outlined on the Recommending Officers Subject Index on the staff intranet at https://www.loc.gov/staff/colldev/cpc/recommending/.

2. **Routine Ask a Librarian questions** – Specific questions related to the AAPI Collection or the AAPI Miscellaneous Communities Collections will be directed to MSS and AFC, respectively. In principle, questions dealing with AAPI topics in relation to English-language materials can be directed to REGC. If staff in REGC believe a question could benefit from expertise in AD, they can forward it to the AD Ask a Librarian queue. AD will continue to handle inquiries involving Asian-language materials that relate to AAPI topics. For AAPI inquiries that arrive in AD's Ask a Librarian queue but are not related to Asian-language materials, AD staff will connect users to other divisions as appropriate (e.g., a question on Chinatown newspapers in English will go to Serial & Government Publications Division).

3. **Researchers visiting LC onsite** – AD will refer users wanting to use the AAPI Collection or the AAPI Miscellaneous Communities Collections to MSS and AFC, respectively. For use of general collections in English, AD will give a basic overview of how to navigate the Library and the online catalog and then direct users to the Main Reading Room to set up online accounts and request materials for use in the Main Reading Room or other relevant reading room.

4. **Special visit requests** – MSS will field congressional visits, special display requests, and VIP visits that involve items from the AAPI Collection and AAPI subjects.