## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DONGFANG SHAO,**

    **Plaintiff,**

  v.	Civil Action No. 1-24-cv-00360-LLA

**CARLA HAYDEN, in her capacity as**
**LIBRARIAN of CONGRESS,**	Jury Trial Demanded

    **Defendant.**

### DECLARATION OF JONATHAN AXELROD

I am an attorney of record for Plaintiff in the above-captioned case.

On March 11, 2024, I sent the Summons, the Complaint and Exhibits, the Notice of Related Cases, and the Notice of Assignment in this matter to the office of the United States Attorney for the District of Columbia, to the Office of the United States Attorney General, and to the Office of Carla Hayden.  Attachment 1 hereto is a true and correct copy of payment to the United States Postal Service for Priority Certified Mail to each of these individuals.  Attachment 2 hereto is a true and correct copy of the three U.S. Postal Service Certified Mail receipts.

On March 12, 2024, the material was received at the Office of Merrick Garland.  Attachment 3 is a true and correct copy of the receipt from his Office.

The material was received at the Office of Carla Hayden.  Attachment 4 is a true and correct copy of the receipt from her Office.

On March 13, 2024, the material was delivered to the Office of the United States Attorney for the District of Columbia.  Attachment 5 is a true and correct copy of the United States Postal Service tracking document.  The Office of the United States Attorney did not return the receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2024

    /s/ Jonathan G. Axelrod
Jonathan G. Axelrod (D.C. Bar No. 210245)
Beins, Axelrod & Keating, P.C.
1717 K Street, NW, Suite 900
Washington, DC 20006
(202) 365-1610
jaxelrod@beinsaxelrod.com

Counsel for the Plaintiff