## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONGFANG SHAO,<br><br>      Plaintiff,<br><br>      v.<br><br>CARLA HAYDEN,<br>In Her Capacity as Librarian of Congress,<br><br>      Defendant. | Civil Action No. 24-0360 (LLA) |

## **NOTICE OF APPEARANCE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Joshua H. Ontell as counsel for the Defendant in the above-captioned case.

Date:    April 25, 2024
            Washington, D.C.

                                                                      Respectfully submitted,

                                                                      *s/ Joshua H. Ontell*
                                                                      JOSHUA H. ONTELL, VA Bar No. 92444
                                                                      Assistant United States Attorney
                                                                      601 D Street, N.W.
                                                                      Washington, D.C. 20530
                                                                      Phone: (202) 252-7706
                                                                      Joshua.Ontell@usdoj.gov

                                                                      *Attorney for Defendant*