UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONGFANG SHAO,<br><br>           Plaintiff,<br><br>   v.<br><br>CARLA HAYDEN, Librarian of Congress,<br><br>           Defendant. | Civil Action No. 24-0360 (LLA) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Defendant, by and through undersigned counsel, respectfully moves this Court for an extension of approximately sixty days, up to and including, July 12, 2024, to respond to Plaintiff's Complaint. As grounds for the requested extension, Defendant states as follows:

1. Defendant's Answer is due May 13, 2024. Pursuant to the Court's May 2, 2024, Minute Order in *Shao v. Hayden*, Civ. A. No. 20-2413 (LLA) (*Hayden I*), the parties have entered mediation through the Court's Circuit Mediation Program. The mediation seeks a resolution of this action as well. *Hayden I*. The mediation has been fruitful, but the parties need more time to continue negotiations. In order to continue good-faith negotiations, the Defendant respectfully requests that the Court provide an extension of about sixty days, until July 12, 2024, to respond to the Complaint in the instant matter.

2. Plaintiff consents to the relief requested here.

\*\*\*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Joshua Ontell*
    JOSHUA ONTELL
    VA Bar No. 92444
    Assistant United States Attorney
    601 D St., N.W.
    Washington, D.C. 20530
    (202) 252-7706
    Joshua.Ontell@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONGFANG SHAO,<br><br>Plaintiff,<br><br>v.<br><br>CARLA HAYDEN, Librarian of Congress,<br><br>Defendant. | Civil Action No. 24-0360 |

## [PROPOSED] ORDER

Upon consideration of the Defendant's Motion for Extension of Time, and for the reasons contained therein and the entire record, and for good cause shown, it is hereby

1. ORDERED that Defendant shall file a response to the Complaint on or before July 12, 2024.

Dated: _____                    _____
                                          LOREN L. ALIKHAN
                                          United States District Judge

3