UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONGFANG SHAO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLA HAYDEN, Librarian of Congress,<br><br>　　　　Defendant. | Civil Action No. 20-2413 (LLA)<br>Civil Action No. 21-0576 (LLA)<br>Civil Action No. 24-0360 (LLA) |

## STIPULATION OF DISMISSAL

Pursuant to the parties' Settlement Agreement in this matter attached here as Exhibit 1, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ Jonathan G. Axelrod (by permission)
JONATHAN G. AXELROD
Beins, Axelrod, & Keating, P.C.
1717 K. St, NW Suite 900
Washington, DC 20006
202-365-1610

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Joshua Ontell
　　JOSHUA ONTELL
　　Assistant United States Attorney
　　601 D St., N.W.
　　Washington, D.C. 20530
　　(202) 252-7706
　　Joshua.Ontell@usdoj.gov

*Attorneys for the United States of America*